RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
OVSANNA TAKVORYAN (SBN 217435)
TANIA M. MOYRON (SBN 235736)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Attorneys for Chapter 11
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>GREAT CIRCLE FAMILY FOODS, LLC, | Main Case No. SA 07-12600-ES<br>Case No. SA 07-12603-ES<br>Case No. SA 07-12605-ES<br>Case No. SA 07-12606-ES |
| In re:<br>GCFF-HUNTINGTON PARK, LLC, | Case No. SA 07-12602-ES<br>Case No. SA 07-12604-ES |
| | Chapter 11 |
| In re:<br>GCFF-ORANGE, LLC, | DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING |
| In re:<br>GCFF-SAN DIEGO, LLC, | |
| In re:<br>GCFF-CANOGA, LLC, | Date:    August 23, 2007<br>Time:    2:30 p.m.<br>Place:   Courtroom 5A<br>         411 West Fourth St.<br>         Santa Ana, CA |
| In re:<br>GCFF-ONTARIO, LLC<br>                  Debtors. | |

I, Monica Y. Kim, hereby declare as follows:

1. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2. I am a member of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"), bankruptcy counsel to Great Circle Family Foods, LLC ("Great Circle"); GCFF-Huntington Park, LLC ("Huntington Park"); GCFF-Orange, LLC ("Orange"); GCFF-San Diego, LLC ("San Diego"); GCFF-Canoga, LLC ("Canoga"); and GCFF-Ontario, LLC ("Ontario"), Chapter 11 debtors and debtors in possession herein (collectively, the "Debtors"). I am licensed to practice law in the State of California and before this Court.

3. I am informed and advised by the Debtors that Great Circle is a limited liability company incorporated in the State of California. All of the other Debtors are limited liability companies that were incorporated in the State of Delaware. All of the Debtors operate businesses located in the State of California.

4. Between the period of July 5, 2007 to July 9, 2007, I obtained copies of financing statements recorded with the California Secretary of State's office and the Delaware Secretary of State's office for each of the Debtors. All references herein to "GE" shall be General Electric Capital Business Asset Funding Corporation, formerly known as GE Franchise Finance Corporation.

5.  Attached hereto as Exhibit "A" (Great Circle), Exhibit "B" (Huntington Park), Exhibit "C" (Orange), Exhibit "D" (San Diego), Exhibit "E" (Canoga), and Exhibit "K" (Ontario) are copies of the financing statements recorded with the **California** Secretary of State's office for each of the Debtors. Summaries of the financing statements recorded against each of the entities are also provided in the exhibits. Briefly, the active filings are as follows.

6.  <u>Great Circle</u>.  GE has active financing statements covering real property buildings, improvements, tenements, certain fixtures and other property at the Bakersfield, Gardena, Long Beach, and Los Angeles (Crenshaw Ave.) locations. GE also has active financing statements covering certain furniture, fixtures and equipment removed from the Palmdale store, and certain furniture, fixtures and equipment located in the San Diego and City of Industry store locations. The Bakersfield, and Palmdale locations were disposed of prior to the filing of these cases. October Acquisition, LLC (as assignee to Bank of America) has active financing statements covering land, improvements, equipment, inventory and other property at the Mission Viejo, El Cajon, Van Nuys, Downey, and Riverside store locations. The El Cajon, Van Nuys, Downey and Riverside locations were disposed of prior to the filing of these cases. Richard Reinis also recorded a financing statement covering various items of personal property at the Chula Vista, Encinitas, Block at Orange and San Marcos

3

store locations, however, the Encinitas, the Block at Orange and San Marcos stores were disposed of prior to the cases being filed. Three parties, Iso Capital, LLC, Dell Financial Services, L.P. and Pricketts Distributing, Incorporation, have filed financing statements against equipment only and/or have filed financing statements solely as a precautionary measure as equipment lessors.

    7.   <u>Huntington Park</u>. GE has active financing statements covering real property buildings, improvements, tenements, certain fixtures and other property at the Gardena store location.

    8.   <u>Orange</u>. No financing statements have been filed.

    9.   <u>San Diego</u>. GE has active financing statements covering furniture, fixtures and equipment at the San Diego store location.

    10.   <u>Canoga</u>. No active financing statements exist.

    11.   <u>Ontario</u>. GE has active financing statements covering furniture, fixtures and equipment at the City of Industry store location.

    12.   Attached hereto as Exhibit "F" (Great Circle), Exhibit "G" (Huntington Park), Exhibit "H" (Orange), Exhibit "I" (San Diego), Exhibit "J" (Canoga), and Exhibit "L" (Ontario) are copies of the financing statements recorded with the **Delaware** Secretary of State's office for each of the Debtors. Summaries of the financing statements recorded against each of the entities

are also provided in the exhibits. Briefly, the active filings are as follows.

13. <u>Great Circle</u>. GE has active financing statements covering real property buildings, improvements, tenements, certain fixtures and other items of collateral at the Gardena store location, San Diego store location, and City of Industry store location.

14. <u>Huntington Park</u>. GE has active financing statements covering real property buildings, improvements, tenements, certain fixtures and other items of collateral at the Gardena store location. Richard Reinis also recorded a financing statement covering various items of personal property at the South Gate store location, however, this location was disposed of prior to the cases being filed.

15. <u>Orange</u>. Richard Reinis recorded a financing statement covering various items of personal property at the Newport Beach and Santa Ana store locations, however, these locations were disposed of prior to the cases being filed.

16. <u>San Diego</u>. GE has active financing statements covering furniture, fixtures and equipment at the San Diego store location. Richard Reinis recorded a financing statement covering various items of personal property at a Temecula location, however, this entity does not operate a store in Temecula.

17. <u>Canoga</u>. No active financing statements exist.

5

18. <u>Ontario</u>. GE has active financing statements covering furniture, fixtures and equipment at the City of Industry store location. Richard Reinis recorded a financing statement covering various items of personal property at the Torrance store location.

19. The foregoing is provided for information purposes only. Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBRB, or acknowledgement by the Debtors, regarding the validity, priority and extent of any liens asserted by any of the Debtors' creditors against any of the Debtors or otherwise. The rights of the Debtors and all of their creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of August 2007 at Los Angeles, California.

_____
MONICA Y. KIM