RON BENDER (SBN 143364)
KIM TUNG (SBN 196236)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for Chapter 11
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GREAT CIRCLE FAMILY FOODS, LLC, et al.,<br><br>          Debtors.<br><br>☒ Affects All Debtors<br><br>☐ Affects Great Circle Family Foods, LLC only<br><br>☐ Affects GCFF-Huntington Park, LLC only<br><br>☐ Affects GCFF-Orange, LLC only<br><br>☐ Affects GCFF-San Diego, LLC only<br><br>☐ Affects GCFF-Canoga, LLC only<br><br>☐ Affects GCFF-Ontario, LLC only | Case No. 8:07-bk-12600-ES<br><br>CHAPTER 11<br><br>Jointly Administered with Case Nos.:<br><br>Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES<br><br>DECLARATION OF RICHARD G. REINIS IN SUPPORT OF STIPULATED ORDER APPROVING ASSUMPTION OF EMPLOYMENT AGREEMENT WITH BRETT GARLINGHOUSE, AS MODIFIED<br><br>Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>       411 West Fourth St.<br>       Santa Ana, CA |

I, Richard G. Reinis, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

2. I am the President of Neguity, Inc., which is a Member of the Board of Managers of Great Circle Family Foods, LLC ("Great Circle").

3. I am the person who signed the "Agreement for Employment" dated June 6, 2005 entered into between Great Circle and Brett Garlinghouse (the "Original Employment Agreement").

4. I am advised that Mr. Garlinghouse has agreed to have the Original Employment Agreement modified in the following manner:

   i. Notwithstanding the provisions of Sections 4.05 and 4.06 of the Original Employment Agreement to the contrary, no performance bonus may be paid to Brett Garlinghouse absent a further order of the Court after notice and a hearing.

   ii. The second sentence of Section 6.03 of the Original Employment Agreement is deemed eliminated and replaced with the following:

   > Brett Garlinghouse shall receive a retention bonus from the Debtors in the amount of $41,000 to be paid as follows: (i) $20,500 will be paid six months following the date of the Debtors' Chapter 11 filings, provided Brett Garlinghouse is at such time in compliance with the terms of the Employment Agreement; (ii) $20,500 will be paid one

year following the date of the Debtors' Chapter 11 filings, provided Brett Garlinghouse is at such time in compliance with the terms of the Employment Agreement, and (iii) any still unpaid portion of the $41,000 will be paid on the date that Brett Garlinghouse' employment by the Debtors is terminated by the Debtors without cause, with any dispute as to whether cause existed to be resolved by the Court.

iii. Brett Garlinghouse shall not be entitled to any severance payment from the Debtors absent further order of the Court after notice and a hearing.

5. The marketplace views Mr. Garlinghouse as the "face" and key employee of the Debtors. It is therefore critically important to the Debtors' ability to retain the confidence and support of their suppliers that the Debtors immediately assume the Original Employment Agreement as modified in the manner described above. The Debtors are not seeking to assume the Original Employment Agreement in the manner described above for the purpose of inducing Mr. Garlinghouse to remain with the Debtors' business.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of August, 2007, at Los Angeles, California.

_____
RICHARD G. REINIS

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

On August 24, 2007, I served the foregoing document(s) described as:

DECLARATION OF RICHARD G. REINIS IN SUPPORT OF STIPULATED ORDER APPROVING ASSUMPTION OF EMPLOYMENT AGREEMENT WITH BRETT GARLINGHOUSE, AS MODIFIED

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

SEE ATTACHED SERVICE LIST

\_\_\_\_\_ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on August , 2007 at Los Angeles, California.

__X__ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business morning delivery to the offices of the on the attached list. Executed on August 24, 2007, at Los Angeles, California.

\_\_\_\_\_ (By Facsimile) I caused said document to be sent via facsimile to the offices of the addressees listed above. Executed on August __, 2007, at Los Angeles, California.

\_\_\_\_\_ (By E-mail) I caused such envelope to be delivered via email to the addressees on the attached list. Executed on August __, 2007, at Los Angeles, California.

\_\_\_\_\_ (By Personal service) I caused such envelope to be delivered by hand to the offices of the addressee so designated on the attached list. Executed on August __, 2007 at Los Angeles, California.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

John Berwick

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO. LLC

Debtors
Great Circle Family Foods, et al.
717 State College Blvd., No. 1
Fullerton, CA 92831

Offices of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Richard G. Reinis, CEO
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Roger E. Glickman, President and COO
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Brett Garlinghouse, President
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Jeff Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

Christopher R. Kaup, Esq.
Tiffany & Bosco, P.A.
Camelback Esplanade II
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016

David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308