```
 1  RON BENDER (SBN 143364)
    KIM TUNG (SBN 196236)
 2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
    10250 Constellation Blvd., Suite 1700
 3  Los Angeles, California 90067
    Telephone:  (310) 229-1234
 4  Facsimile:  (310) 229-1244
 5
    Proposed Attorneys for Chapter 11
 6  Debtors and Debtors in Possession
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:07-bk-12600-ES |
| GREAT CIRCLE FAMILY FOODS, LLC, et al., | ) CHAPTER 11 |
|  Debtors. | ) Jointly Administered with<br>) Case Nos.: |
| ☒ Affects All Debtors | ) Case No. 8:07-bk-12603-ES<br>) Case No. 8:07-bk-12605-ES |
| ☐ Affects Great Circle Family Foods, LLC only | ) Case No. 8:07-bk-12606-ES<br>) Case No. 8:07-bk-12602-ES<br>) Case No. 8:07-bk-12604-ES |
| ☐ Affects GCFF-Huntington Park, LLC only | ) NOTICE OF DEBTORS' EMERGENCY<br>) MOTION FOR ORDER AUTHORIZING |
| ☐ Affects GCFF-Orange, LLC only | ) PAYMENT OF A PERFORMANCE BASED<br>) BONUS TO BRETT GARLINGHOUSE |
| ☐ Affects GCFF-San Diego, LLC only | ) Date:  September 11, 2007<br>) Time:  10:30 a.m.<br>) Place: Courtroom 5A |
| ☐ Affects GCFF-Canoga, LLC only | )        411 West Fourth St.<br>)        Santa Ana, CA |
| ☐ Affects GCFF-Ontario, LLC only | ) |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS' SECURED CREDITORS, AND THE DEBTORS' TWENTY LARGEST UNSECURED CREDITORS:**

**PLEASE TAKE NOTICE** that a hearing will be held on September 11, 2007 at 10:30 a.m. before the Honorable Erithe Smith, United States Bankruptcy Judge for the Central District of California, in her Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California, to consider the EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF A PERFORMANCE BASED BONUS TO BRETT GARLINGHOUSE (the "Emergency Motion") filed by Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the chapter 11 debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2007, the Debtors served copies of the Emergency Motion and all supportive papers upon the Office of the United States Trustee, the Debtors' secured creditors, and the Debtors' twenty largest unsecured creditors via overnight mail. If you should require an additional copy of any of the Emergency Motion please contact Debtors' counsel Levene, Neale, Bender, Rankin & Brill L.L.P. whose address is set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Emergency Motion is based on Local Bankruptcy Rule 9075-1, 11 U.S.C. §§ 105(a), 1107(a), and the appropriate exercise of their business judgment,

2

the moving papers, the supporting memorandum of points and authorities, the declaration of Richard G. Reinis in support of the Emergency Motion, the arguments and statements of counsel to be made at the hearing on the Emergency Motion, and other admissible evidence properly brought before the Court.

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the Emergency Motion must be made in writing and sent to Debtors' counsel and brought to the hearings on the Emergency Motion, with a courtesy copy for Chambers and one for counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to file and serve a timely opposition to any of the Emergency Motion may be deemed by the Court to constitute consent to the Court's granting of the relief sought therein.

Dated: August 30, 2007

GREAT CIRCLE FAMILY FOODS, LLC;
GCFF-HUNTINGTON PARK, LLC;
GCFF-ORANGE, LLC;
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC

By: /s/
Ron Bender
Kim Tung
Levene, Neale, Bender,
Rankin & Brill L.L.P.
Proposed Attorneys for
Chapter 11 Debtors and
Debtors in Possession

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

On August 30, 2007, I served the foregoing document(s) described as:

NOTICE OF DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF A PERFORMANCE BASED BONUS TO BRETT GARLINGHOUSE

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

SEE ATTACHED SERVICE LIST

____ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on August 30, 2007 at Los Angeles, California.

__X__ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business morning delivery to the offices of the on the attached list. Executed on August 30, 2007, at Los Angeles, California.

____ (By Facsimile) I caused said document to be sent via facsimile to the offices of the addressees listed above. Executed on August __, 2007, at Los Angeles, California.

____ (By E-mail) I caused such envelope to be delivered via email to the addressees on the attached list. Executed on August __, 2007, at Los Angeles, California.

____ (By Personal service) I caused such envelope to be delivered by hand to the offices of the addressee so designated on the attached list. Executed on August __, 2007 at Los Angeles, California.

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

John Berwick

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO. LLC

Debtors
Great Circle Family Foods, et al.
717 State College Blvd., No. 1
Fullerton, CA 92831

Offices of the U.S. Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Richard G. Reinis, CEO
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Roger E. Glickman, President and COO
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Brett Garlinghouse, President
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

RSN-Counsel for Krispy Kreme Doughnut Corp.
Jeff Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

Christopher R. Kaup, Esq.
Tiffany & Bosco, P.A.
Camelback Esplanade II
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016

RSN-Counsel for Krispy Kreme Doughnut
David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308

RSN-Counsel for Piege Co. dba Felina Lingerie
Marc Smith, Esq./Ann Penners Bergen, Esq.
Krane & Smith
16255 Ventura Blvd., Suite 600
Encino, CA 91436-2302

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC

20 LARGEST

Debtors
Great Circle Family Foods, et al.
717 State College Blvd., No. 1
Fullerton, CA 92831

Offices of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Piege Co. dba Felina
20120 Plummer Street
Chatsworth, CA 91311

Krispy Kreme Doughnut Corp.
37 Knollwood Suite #500
Winston Salem, NC 27103

BakeMark
7351 Crider Avenue
Pieo Rivera, CA 90660

ABN AMRO Bank N.V.
WCS Rent
Chicago, IL 60674

KB Home Non Qual. Def. Comp Plan
c/o US Trust Company
515 S. Flower St., St. 2800
Los Angeles, CA 90071

Bruce E. Karatz
680 Stone Canyon Road
Los Angeles, CA 90077

Karlovieh, Carol
2052 Via Casa Alta
La Jolla, CA 92037-5732

Los Angeles County Tax Collect
P.O. Box 54088
Los Angeles, CA 90054-0088

The Rancho Mirage Trust
c/o Steven Gilfenbain
9777 Wilshire Boulevard, #918
Beverly Hills, CA 90212

Weinstein Family L.P.
4823 Lake Washington Bl., N.E., #1
Kirkland, WA 98033

Anthony W. Podell
3 Pine Tree Lane
Rolling Hills, CA 90274

Nora J. Hunt
49 Overlook Drive
Newport Beach, CA 92657

Jaroslav J. Marik
287 N. Layton Drive
Los Angeles, CA 90049

Paul Laufer
312 S. Rodeo Drive
Beverly Hills, CA 90212

San Diego County Tax Collector
PO Box 129009
San Diego, CA 92112

Kamprath Seed Co.
c/o Pali Capital
650 5th Avenue, 6th Floor
New York, NY 10019

Kenneth Tuchman
c/o Mantucket Capital Management
5251 DTC Parkway, St. 995
Englewood, CO 80111

Howard S. Marks
21 Oakmont Drive
Los Angeles, CA 90049

Suzanne Caplan and Stan Caplan
2224 Main Street
Santa Monica, CA 90405

Franchise Tax Board
P. O. Box 942857
Sacramento, CA 92457-0631

GREAT CIRCLE FAMILY FOODS
## Secured Creditors
File No. 3888

GE Capital Franchise Finance Corp.
8377 East Hartford Drive, Suite 200
Scottsdale, AZ 85255

GE Capital Business Asset Funding
8377 East Hartford Drive, Suite 200
Scottsdale, AZ 85255

Textron Financial Corp.
40 Westminster Street
Providence, RI 02903

Wells Fargo Bank MN
6th Street & Marquette Ave.,
MAC N9311-160
Minneapolis, MN 55479

California Bank & Trust
11622 El Camino Real, Ste. 200
San Diego, CA 92130

City National Bank
400 No. Roxbury Dr
3rd Floor
Beverly Hills, CA 90210

GE Capital Business Asset Funding
10900 NE 4th Street
Ste 500 FF
Bellevue, WA 98004

GE Capital Business Asset Funding
8377 E. Hartford Dr., Ste 200
Scottsdale, AZ 85255

Bank of America
600 Peachtree St NE
GA 1-006-13-20
Atlanta, GA 30308

October Acquisition LLC
300 S. Grand Ave., #2600
Los Angeles, CA 90071

IOS Capital LLC
1738 Bass Rd
Macon, GA 31210

Dell Financial Sves
12234 N. IH-35, Bldg B
Austin, TX 78753

Pricketts Distributing, INC
123 M Street
Fresno, CA 93721

Richard G Reinis
Great Circle Mgmt
300 S. Grand Ave., Ste 2600
Los Angeles, CA 90071