WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
Hutchison B. Meltzer, State Bar No. 217166
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Counsel for the Joint Official
Committee of Creditors Holding Unsecured
Claims

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GREAT CIRCLE FAMILY FOODS, LLC, et al.<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession.<br><br>☑ Affects All Debtors<br>☐ Affects Great Circle Family Foods, LLC *only*<br>☐ Affects GCFF – Huntington Park, LLC *only*<br>☐ Affects GCFF – Orange, LLC *only*<br>☐ Affects GCFF – San Diego, LLC *only*<br>☐ Affects GCFF – Canoga, LLC *only*<br>☐ Affects GCFF – Ontario, LLC *only* | Case No.: 8:07 – 12600 ES<br><br>Chapter 11 Case<br><br>Case No.: 8:07 – 12603 ES<br>Case No.: 8:07 – 12605 ES<br>Case No.: 8:07 – 12606 ES<br>Case No.: 8:07 – 12602 ES<br>Case No.: 8:07 – 12604 ES<br><br>**COMMITTEE'S RESPONSE TO DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF A PERFORMANCE BASED BONUS TO BRETT GARLINGHOUSE**<br><br>DATE: October 4, 2007<br>TIME:　10:30 a.m.<br>CTRM: 5A |

The Joint Committee of Creditors Holding Unsecured Claims ("Committee") for the estates of Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the

1

225821_1.DOC

chapter 11 debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, submit this Response ("Response") to the Debtors' Motion for Order Authorizing Payment of a Performance Based Bonus to Brett Garlinghouse ("Motion"), and respectfully represents as follows:

1.  The Committee does not oppose a performance based bonus for Brett Garlinghouse provided that certain clarifications and modifications are made to ensure that that the bonus is truly based on benefits realized by the estates resulting from Mr. Garlinghouse's performance.

2.  Fifty percent (50%) of the bonus should be awarded on the <u>effective date</u> of a confirmed plan, not upon confirmation.

3.  With respect to the other fifty percent (50%) of the bonus, the Debtor should clarify what it means to "obtain financing" on the stores as a trigger to the bonus being awarded. Further, any bonus awarded should be proportional to the benefit provided. For example, it would not be appropriate to award a $21,500 bonus based upon obtaining a loan of $21,500 secured by the stores.

4.  The provision that allows the "balance of the Performance Bonus" to be paid upon "the closing of the stores" should not be allowed as it does not appear to be conditioned upon a tangible benefit to the estates.

5.  No portion of the performance bonus should be paid unless at the time of payment the estates are administratively solvent.

DATED: September 19, 2007

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
HUTCHISON B. MELTZER
Proposed Counsel for the Joint
Official Committee of Creditors Holding
Unsecured Claims

225821_1.DOC

2

# PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

On September 20, 2007, I served the foregoing document described as **COMMITTEE'S RESPONSE TO DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF PERFORMANCE BASED BONUS TO BRETT GARLINGHOUSE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

see attached list

[✓]    BY MAIL

[ ]    I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

[✓]    I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 20, 2007, at Costa Mesa, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Margaret Sciesinski
Type or print name

Signature

Great Circle Family Foods, LLC
SA 07-12600 ES
Short List- Created September 10, 2007
#224744

## SERVICE LIST

**United States Trustee**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Great Circle Family Foods, LLC
717 State College Blvd., No. I
Fullerton, CA 92831
**Debtor**

Monica Y Kim, Esq.
Ron Bender, Esq.
Kim Tung
Levene Neale Bender Rankin & Brill, LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
**Attorney for Debtor**

Great Circle Family Foods, LLC
SA 07-12600 ES
RSN - Created September 20, 2007

## SERVICE LIST

Ernie Zachary Park
Bewley, Lassleben & Miler, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602
Phone: 562-698-9771
**Attorneys for The Irvine Company,
a Delaware Limited Liability Company**

Ernie Zachary Park
Bewley, Lassleben & Miler, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602
Phone: 562-698-9771
**Attorneys for Creditor,
Burbank Empire Center**

Marc Smith
Ann Penners Bergen
Krane & Smith
16255 Ventura Boulevard, Ste 600
Encino, CA  91436
Phone: (818) 382-4000
Facsimile: (818) 382-4001
**Attorneys for Piege Co.  dba
Felina Lingerie**

David M. Poitras
Jeffer, Mangels, Butler & Marmaro, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA  90067-4308
Phone: (310) 203-8080
Facsimile: (310) 203-0567
**Attorneys for Krispy Kreme Doughnut
Corporation**

Christopher R. Kaup
Tiffany & Bosco, P.A.
Camelback Esplanade II, Third Floor
2525 East Camelback Road
Phoenix, AZ 85016
Phone: (602) 255-6024
Facsimile: (602) 255-0103
**Attorneys for Krispy Kreme Doughnut Corporation**

Ethan B. Minkin, Esq.
Kutak Rock LLP
8601 North Scottsdale Rd., Suite 300
Scottsdale, AZ 85253
**Attorneys for GE Capital Franchise**

Thomas J. Leans, Esq.
Brian D. Huben, Esq.
Dustin P. Branch, Esq.
Katten, Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 9067
**Attorneys for The Krausz Companies, Inc.**

Jeffrey A. Kreiger, Esq.
Greenberg Glusker Fields et al.
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590
**Attorneys for Walter H. Leimert, Jr.**

Walter H. Leimert, Jr.
Leimert Investment Company
606 North Larchmond Blvd., Suite 302
Los Angeles, CA 90004-1395

Kenneth A. Feingold
Feingold & Spiegel
11340 W. Olympic Blvd., Suite 175
Los Angeles, CA 90064
**Attorneys for Buckingham Heights**

Los Angeles County Treasurer
and Tax Collector
P.O. Box 54110
Los Angeles, CA 90051-00110
Tel. (213) 974-7803