ORIGINAL

1  **WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**

2  Evan D. Smiley, State Bar No. 161812
Hutchison B. Meltzer, State Bar No. 217166

3  650 Town Center Drive, Suite 950
Costa Mesa, California 92626

4  Telephone: (714) 966-1000
Facsimile: (714) 966-1002

5
Proposed Counsel for the Official Committee

6  of Creditors Holding Unsecured Claims

7



FILED

OCT 26 2007

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SANTA ANA DIVISION**

11  | In re | ) | Main Case No. 8:07-12600-ES |
GREAT CIRCLE FAMILY FOODS, LLC,

12  _____  ) Case No. 8:07-12603-ES
                                        ) Case No. 8:07-12605-ES

13  In re                                ) Case No. 8:07-12606-ES
GCFF-HUNTINGTON PARK, LLC,            ) Case No. 8:07-12602-ES

14  _____  ) Case No. 8:07-12604-ES
                                        )

15  In re                                ) Chapter 11
GCFF-ORANGE, LLC,                     )

16  _____  ) **DECLARATION OF EVAN D. SMILEY
                                        REGARDING NON-OPPOSITION TO**

17  In re                                **APPLICATION OF THE OFFICIAL**
GCFF-SAN DIEGO, LLC,                  **COMMITTEE OF CREDITORS HOLDING
                                        UNSECURED CLAIMS FOR APPROVAL**

18  _____  **OF: (1) EMPLOYMENT OF COUNSEL
                                        (WEILAND, GOLDEN, SMILEY, WANG**

19  In re                                **EKVALL & STROK, LLP), AND**
GCFF-CANOGA, LLC,                     **(2) MODIFIED FEE APPLICATION
                                        PROCEDURES**

20  _____

21  In re                                **[No Hearing Required Pursuant to Local**
GCFF-ONTARIO, LLC,                    **Bankruptcy Rules 2014-1(b)(1) and**

22  _____  **9013-1(a)(7)]**
                                        )

23              Debtors and              )
                Debtors-in-Possession.   )

24  _____  )

25        I, Evan D. Smiley, declare:

26        1.      I am an attorney duly licensed to practice in the courts of California and the

27  Central District of California and am a partner in the law firm of Weiland, Golden, Smiley,

28  Wang Ekvall & Strok, LLP (the "Firm"), proposed attorneys for the Official Post-

CC
w/orig
10-26-07
SA

1  Confirmation Committee of Creditors Holding Unsecured Claims of the estate of Great

2  Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San

3  Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the chapter 11 debtors and

4  debtors-in-possession.  The following is within my own personal knowledge and if called

5  as a witness, I could and would competently testify with respect thereto.

6       2.    On October 2, 2007, the Firm served and filed the Application of the Official

7  Post-Confirmation Committee of Creditors Holding Unsecured Claims for Approval of:

8  (1) Employment of Counsel (Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP), and

9  (2) Modified Fee Application Procedures (the "Application").  A complete copy of the

10  Application, including the proof of service, is attached as Exhibit "A."

11      3.    On October 2, 2007, the Firm served and filed the notice of the Application

12  (the "Notice").  A complete copy of the Notice, including the proof of service, is attached

13  as Exhibit "B."  The Notice provided that in accordance with Local Bankruptcy Rule 2014-

14  1(b)(3)(D), any opposition to the Notice must be filed and served within fifteen (15) days

15  of the date of the Notice.

16      4.    As of the date of this Declaration, I have not received any opposition to the

17  Notice or a request for hearing.

18      5.    A Pacer docket search conducted on October 23, 2007, a copy of which is

19  attached hereto as Exhibit "C," does not reflect that any opposition to the Notice has been

20  filed.

21      I declare under penalty of perjury that the foregoing is true and correct.

22      Executed this 24th day of October, 2007, at Costa Mesa, California.

EVAN D. SMILEY

1 | **WEILAND, GOLDEN,**
  | **SMILEY, WANG EKVALL & STROK, LLP**
2 | Evan D. Smiley, State Bar No. 161812
  | Hutchison B. Meltzer, State Bar No. 217166
3 | 650 Town Center Drive, Suite 950
  | Costa Mesa, California 92626
4 | Telephone: (714) 966-1000
  | Facsimile: (714) 966-1002
5 |
  | Proposed Counsel for the Official Committee
6 | of Creditors Holding Unsecured Claims
7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>GREAT CIRCLE FAMILY FOODS, LLC, | Main Case No. 8:07-12600-ES |
| | Case No. 8:07-12603-ES |
| | Case No. 8:07-12605-ES |
| In re<br>GCFF-HUNTINGTON PARK, LLC, | Case No. 8:07-12606-ES |
| | Case No. 8:07-12602-ES |
| | Case No. 8:07-12604-ES |
| In re<br>GCFF-ORANGE, LLC, | Chapter 11 |
| | **APPLICATION OF THE OFFICIAL** |
| | **COMMITTEE OF CREDITORS HOLDING** |
| In re<br>GCFF-SAN DIEGO, LLC, | **UNSECURED CLAIMS FOR APPROVAL** |
| | **OF: (1) EMPLOYMENT OF COUNSEL** |
| | **(WEILAND, GOLDEN, SMILEY, WANG** |
| | **EKVALL & STROK, LLP), AND** |
| In re<br>GCFF-CANOGA, LLC, | **(2) MODIFIED FEE APPLICATION** |
| | **PROCEDURES; STATEMENT OF** |
| | **DISINTERESTEDNESS OF EVAN D.** |
| | **SMILEY** |
| In re<br>GCFF-ONTARIO, LLC, | **[No Hearing Required Pursuant to Local** |
| | **Bankruptcy Rules 2014-1(b)(1) and** |
| | **9013-1(a)(7)]** |
| Debtors and<br>Debtors-in-Possession. | |

25 | **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

26 |     The Official Committee of Creditors Holding Unsecured Claims (the "Committee")

27 | of the estate of Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-

28 | Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the

EXHIBIT A PAGE 3

1  chapter 11 debtors and debtors-in-possession (collectively, the "Debtors") in the above-

2  captioned case, applies to this Court for approval of:  (1) the employment of Weiland,

3  Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm"), as its counsel effective

4  September 10, 2007, and (2) modified fee application procedures, and respectfully

5  represents as follows:

6

7  I.     **STATEMENT OF FACTS**

8       A.     **Background**

9           On August 22, 2007, the Debtors filed a voluntary petition under chapter 11 of the

10 Bankruptcy Code.

11          The Debtors are in the business of owning and operating Krispy Kreme Doughnut

12 stores.  While there are six separate legal entities, the Debtors essentially operate as one

13 consolidated business entity.  The Debtors currently own and operate nine Krispy Kreme

14 Doughnut stores and manage three others.

15          On August 29, 2007, the Committee was appointed by the Office of the United

16 States Trustee.

17

18      B.     **The Proposed Employment**

19          The Committee seeks authorization to employ the Firm as its counsel to perform

20 any and all legal services as may become necessary or advisable in this case, including

21 the following types of professional services:

22          1.     To advise the Committee concerning the rights and remedies of the

23 creditors and of the Committee in regard to the operation of the Debtors' business;

24          2.     To represent the Committee in any proceeding or hearing, including,

25 without limitation, lien avoidance, preference avoidance, and fraudulent

26 conveyance litigation, in the Bankruptcy Court, and in any action where the rights of

27 the estate or creditors may be litigated or affected;

28

CBM\EMPAPPS\OCC01-GREATCIRCLE.WG                 2                                    APPLICATION

EXHIBIT A   PAGE 4

3.    To assist the Committee in reviewing any plans of reorganization filed by the Debtors and to assist the Committee in its analysis of any plans; and

4.    To represent the Committee at hearings in connection with the disclosure statements and plan confirmation.

### C.    The Firm's Qualifications

The Firm's attorneys specialize in insolvency, reorganization, and bankruptcy law, and are well qualified to represent the Committee in this proceeding. All attorneys comprising or associated with the Firm who will render services for the Committee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California. A copy of the Firm's resume is on file with the Office of the United States Trustee.

### D.    Terms of the Proposed Employment

The terms of employment of the Firm agreed to by the Committee, subject to approval of the Court, are that the Firm will be compensated as follows:

1.    Hourly Fees. The Firm will undertake representation of the Committee at a rate of between $190 and $520 per hour, depending on the experience and expertise of the attorney or paralegal performing the work. The majority of the work will be performed by Evan D. Smiley, a partner whose current hourly rate is $450, and by Hutchison B. Meltzer, an associate whose current hourly rate is $300. However, the Firm reserves the right to have other attorneys or paralegals of the Firm perform work in this case, as the Firm deems appropriate. For purposes of this engagement, the Firm has agreed with the Committee that the Firm's blended hourly rate will not exceed $375.

2.    Modified Fee Application Procedures. In light of the size of the case, the Firm requests approval to be paid on a monthly basis from cash flow of the Debtors pursuant to the following modified fee application procedures:

CBM\EMPAPPS\OCC01-GREATCIRCLE.WG

3

APPLICATION

EXHIBIT A PAGE 5

(a)    The Firm will submit to the Office of the United States Trustee a monthly Professional Fee Statement (the "Fee Statement") by the 20th day after the end of the month during which professional services were rendered. The Firm will attach its invoices as an exhibit to the Fee Statement. In addition, the Firm will serve a copy of the Fee Statement (with exhibit) on the Debtors, their counsel, and the Committee, and will serve a copy of the Fee Statement (without exhibit) on parties requesting special notice. The Fee Statement will include a notice that the Firm's invoices may be obtained upon request to the Firm.

(b)    If no written objection and request for hearing is filed and served upon the Firm within 10 days after service of the Fee Statement, the Firm may be paid its fees and expenses for which notice was given, without further notice, hearing or order thereon, from cash flow of the Debtors. Any failure by any party to object to any Fee Statement shall not be deemed to be, nor construed in any manner to constitute a waiver of any objections such party may have to this request for payment of fees and costs at a later time. Any party which does not object to any Fee Statement shall be entitled to raise all of its objections at the next hearing on the interim and/or final fee application, as the case may be.

(c)    If timely opposition is received, the Firm will schedule the matter for hearing in accordance with procedure established by Local Bankruptcy Rule 9013-1(g)(1). The Firm shall file and serve, approximately every 120 days, an interim fee application or a final fee application, on noticed hearing. The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules regarding compensation requests shall apply to all interim and final fee applications filed by the Firm.

3.    Bankruptcy Court Approval. The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330

EXHIBIT A PAGE 6

1    and  331 and agrees to accept as compensation such sums as the Court may allow

2    pursuant to 11 U.S.C. §§ 328 and 330.

3

4    II.    **MEMORANDUM OF POINTS AND AUTHORITIES**

5        To the best of the Committee's knowledge, and based upon the statement of

6    disinterestedness of Evan D. Smiley filed concurrently herewith:

7            1.    Neither the Firm nor any of the attorneys employed by the Firm has

8    any connection with the Debtors, the principals of the Debtors, insiders, creditors,

9    any other party or parties in interest, their respective attorneys and accountants, or

10    any person employed in the Office of the United States Trustee;

11            2.    The Firm is not a creditor, an equity security holder or an insider of

12    the Debtors;

13            3.    The Firm is not and was not an investment banker for any

14    outstanding security of the Debtors;

15            4.    The Firm has not been within three (3) years before the date of the

16    filing of the petition herein, an investment banker for a security of the Debtors, or

17    an attorney for such an investment banker in connection with the offer, sale or

18    issuance of any security of the Debtors;

19            5.    The Firm is not and was not, within two (2) years before the date of

20    the filing of the petition herein, a director, officer or employee of the Debtors or of

21    any investment banker for any security of the Debtors;

22            6.    The Firm does not represent an individual or entity which holds an

23    interest adverse to the Estate; and

24            7.    None of the Firm's partners or employees is related to the bankruptcy

25    judge in this case.

26    The Firm will not receive a retainer in this case.

27

28

1      The Firm has no fee sharing arrangement, understanding, or compensation sharing

2  arrangement with any other entity, and no part of the attorneys' fees or expenses awarded

3  to the Firm will be paid to any other entity.

4      The employment of the Firm is in the best interest of the Committee, all unsecured

5  creditors, and the estate.

6      **WHEREFORE,** the Committee prays: (1) that it be authorized to employ Weiland,

7  Golden, Smiley, Wang Ekvall & Strok, LLP as its counsel effective September 10, 2007,

8  with compensation to be at the expense of the estate in such amount as the Court may

9  hereafter allow, and (2) that the modified fee application procedures set forth herein be

10  approved.

11                      Respectfully submitted,

12                      WEILAND, GOLDEN,
                        SMILEY, WANG EKVALL & STROK, LLP

13

14  DATED: September 24, 2007    By:_____
                                    EVAN D. SMILEY

15                         Proposed Counsel for the Official Committee of
                         Creditors Holding Unsecured Claims of Great

16                         Circle Family Foods, LLC, et al.

17

18                      OFFICIAL COMMITTEE OF CREDITORS HOLDING
                      UNSECURED CLAIMS OF GREAT CIRCLE FAMILY
                      FOODS, LLC, et al.

19

20  DATED: September ___, 2007    By: See attached signature page
                                     CAROL SHOKRAEE

21                         Bakemark USA LLC, Chair of the Official
                         Committee of Creditors Holding Unsecured

22                         Claims of Great Circle Family Foods, LLC, et al.

23

24

25

26

27

28

1    The Firm has no fee sharing arrangement, understanding, or compensation sharing

2  arrangement with any other entity, and no part of the attorneys' fees or expenses awarded

3  to the Firm will be paid to any other entity.

4    The employment of the Firm is in the best interest of the Committee, all unsecured

5  creditors, and the estate.

6    **WHEREFORE**, the Committee prays: (1) that it be authorized to employ Weiland,

7  Golden, Smiley, Wang Ekvall & Strok, LLP as its counsel effective September 10, 2007,

8  with compensation to be at the expense of the estate in such amount as the Court may

9  hereafter allow, and (2) that the modified fee application procedures set forth herein be

10  approved.

11                        Respectfully submitted,

12                        WEILAND, GOLDEN,
                          SMILEY, WANG EKVALL & STROK, LLP

13

14  DATED: September 24, 2007    By:_____
                                     EVAN D. SMILEY
15                                   Proposed Counsel for the Official Committee of
                                     Creditors Holding Unsecured Claims of Great
16                                   Circle Family Foods, LLC, et al.

17                        OFFICIAL COMMITTEE OF CREDITORS HOLDING
18                        UNSECURED CLAIMS OF GREAT CIRCLE FAMILY
                          FOODS, LLC, et al.
19

20  DATED: September ___, 2007    By:_____
                                     CAROL SHOKRAEE
21                                   Bakemark USA LLC, Chair of the Official
                                     Committee of Creditors Holding Unsecured
22                                   Claims of Great Circle Family Foods, LLC, et al.

23

24

25

26

27

28

CBM\EMP\APPS\OCC01-GREATCIRCLE.WG            6                         APPLICATION

EXHIBIT A PAGE 9

| Attorney or Party Name, Address & FAX Numbers, and California State Bar Number<br>**WEILAND, GOLDEN,**<br>**SMILEY, WANG EKVALL & STROK, LLP**<br>Evan D. Smiley, State Bar No. 161812<br>Hutchison B. Meltzer, State Bar No. 217166<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone No.:  (714) 966-1000<br>Facsimile No.:  (714) 966-1002<br>*Proposed Counsel for the Official Committee of Creditors Holding*<br>*Unsecured Claims of Great Circle Family Foods, LLC, et al.* | FOR COURT USE ONLY |
|---|---|

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>GREAT CIRCLE FAMILY FOODS, LLC; GCFF-HUNTINGTON PARK, LLC; GCFF-ORANGE, LLC; GCFF-SAN DIEGO, LLC; GCFF-CANOGA, LLC; GCFF-ONTARIO, LLC,<br><br>                                                    Debtors. | CHAPTER 11<br><br>MAIN CASE NUMBER 8:07-12600-ES<br>CASE NO. 8:07-12603-ES<br>CASE NO. 8:07-12605-ES<br>CASE NO. 8:07-12606-ES<br>CASE NO. 8:07-12602-ES<br>CASE NO. 8:07-12604-ES |
| | (No Hearing Required) |

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*

1.    Name, address and telephone number of the professional ("the Firm") submitting this Statement:

   Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
   Evan D. Smiley, Esq.
   650 Town Center Drive, Suite 950
   Costa Mesa, CA 92626
   (714) 966-1000

2.    The services to be rendered by the Firm in this case are *(specify):*

   The Firm will, among other things: (a) advise the Committee concerning the rights and remedies of the creditors and of the Committee in regard to the operation of the Debtors' business; (b) represent the Committee in any proceeding or hearing, including, without limitation, lien avoidance, preference avoidance, and fraudulent conveyance litigation, in the Bankruptcy Court, and in any action where the rights of the estate or creditors may be litigated or affected; (c) assist the Committee in reviewing any plans of reorganization filed by the Debtors and to assist the Committee in its analysis of any plans, and (d) represent the Committee at hearings in connection with the disclosure statements and plan confirmation.

3.    The terms and source of the proposed compensation and reimbursement of the Firm are *(specify):*

   The Firm will be compensated from funds in the estate on an hourly engagement at a rate of between $190 and $520 per hour, subject to Court approval of all fees and costs. The Firm's hourly rates are subject to periodic adjustment. For purposes of this engagement, the Firm has agreed with the Committee that the Firm's blended hourly rate will not exceed $375. In light of the size of the case, the Firm requests approval to be paid on a monthly basis from cash flow of the Debtors pursuant to the modified fee application procedures described in the Application.

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are *(specify):*

   None.

5.    The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of *(specify):*

   Submitted to the Firm's conflicts check system.

---

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.                                                                  **F 2014-1**

EXHIBIT A  PAGE 10

Statement of Disinterestedness for Employment of Professional Person - *Page 2*     **F 2014-1**

| | |
|---|---|
| In re<br>GREAT CIRCLE FAMILY FOODS, LLC, | CHAPTER 11 |
| Debtor. | MAIN CASE NO. 8:07-12600-ES |

6.  The following is a complete description of all of the Firm's connections with the debtors, principals of the debtors, insiders, the debtors' creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

    None.

7.  The Firm is not a creditor, an equity security holder, or an insider of the debtors.

8.  The Firm is not and was not an investment banker for any outstanding security of the debtors.

9.  The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtors.

10. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtors or of any investment banker for any security of the debtors.

11. The Firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtors or an investment banker for any security of the debtors, or for any other reason.

12. Name, address and telephone number of the person signing this Statement on behalf of the Firm and the relationship of such person to the Firm *(specify)*:

    Evan D. Smiley, partner of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP

    Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
    650 Town Center Drive, Suite 950
    Costa Mesa, CA 92626
    Telephone: (714) 966-1000

13. The Firm is not a relative or employee of the United States Trustee or a Bankruptcy Judge.

14. Total number of attached pages of supporting documentation: 0

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 24th day of September, 2007, at Costa Mesa, California.

EVAN D. SMILEY                                    _____
*Type Name of Professional*                            *Signature of Professional*

---

*Rev. 5/98 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.*     **F 2014-1**

EXHIBIT A PAGE 11

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

     On October 2, 2007, I served the foregoing document described as **APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR APPROVAL OF (1) EMPLOYMENT OF COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP), AND (2) MODIFIED FEE APPLICATION PROCEDURES; STATEMENT OF DISINTERESTEDNESS OF EVAN D. SMILEY** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[✓]    BY MAIL

    [ ]    I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

    [✓]    I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     Executed on October 2, 2007, at Costa Mesa, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

  Kelly M. Rivera                           Signature
Type or print name

Great Circle Family Foods, LLC
SA 07-12600 ES
Short List- Created September 10, 2007
#224744

## SERVICE LIST

**United States Trustee**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Great Circle Family Foods, LLC
717 State College Blvd., No. I
Fullerton, CA 92831
**Debtor**

Monica Y Kim, Esq.
Ron Bender, Esq.
Kim Tung
Levene Neale Bender Rankin & Brill, LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
**Attorney for Debtor**

David Poitras, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**Attorneys for Debtor**

EXHIBIT A PAGE 13

In re Great Circle Family Foods, LLC
Case No. 8:07-Bk-12660 ES
Creditors' Committee List
Updated: September 11, 2007
Document #224761 (MS)

| | |
|---|---|
| Weiland, Golden,<br>Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, California 92626 | **Counsel for Creditors' Committee**<br><br>Evan D. Smiley, Esq.<br>Hutchison B. Meltzer, Esq.<br><br>Tel. (714) 966-1000<br>Fax (714) 966-1002<br>email: **esmiley@wgllp.com**<br>          **hmeltzer@wgllp.com** |
| The Rancho Mirage Trust<br>Daryl L. Bishop<br>P.O. Box 6157<br>Beverly Hills, CA 90212 | Daryl L. Bishop<br><br>Tel. (310) 273-9540<br>Fax (310) 276-7590<br>email: **dbishop@grapeman.com** |
| MKM Oceanside, LLC and Piege<br>Company Mia Agahan<br>c/o Marc Smith, Esq.<br>Krane & Smith<br>16255 Ventura Blvd., Suite 600<br>Encino, CA 91436 | Marc Smith, Esq.<br><br>Tel. (818) 382-4000<br>Fax (818( 382-4001<br>email: **marc@kranesmith.com** |
| BakemarkUSA LLC<br>Carol Shokraee<br>7351 Crider Ave.<br>Rico Rivera, CA 90660 | Carol Shokraee<br><br>Tel. (562) 949-1054<br>Fax (562) 949-2279<br>email: **cshokraee@bakemarkusa.com** |
| Paul A. Laufer<br>P.O. Box 3553<br>Beverly Hills, CA  90212 | Paul A. Laufer<br><br>Tel. (323) 851-8535<br>Fax: (323) 851-9161<br>email: **paullaufer@mac.com** |

EXHIBIT K PAGE 14

| | |
|---|---|
| Krispy Kreme Doughnut Corporation<br>Darryl Marsch, Asst. General Counsel<br>370 Knollwood Street<br>Winston-Salem, NC 27103 | Darryl Marsch, Asst. General Counsel<br><br>Tel. (336) 726-8822<br>**email: dmarsch@krispykreme.com**<br><br>Andrew M. Howley<br>Howley Associates, LLC<br><br>Tel. (610) 353-9785<br>Cell (610) 766-1781<br>**email: ahowley@howleyllc.com**<br><br>Co-Counsels for Krispy Kreme<br><br>David M. Poitras, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br><br>(310) 201-3571 Direct<br>(310) 712-8571 Fax<br>(310) 720-1918 Mobile<br>**email: DMP@JMBM.com**<br><br>Christopher R. Kaup, Esq.<br>Tiffany & Bosco, P.A.<br>Camelback Esplanade II<br>Third Floor<br>2525 East Camelback Road<br>Phoenix, AZ 85016<br><br>Tel: (602) 255-6024<br>Fax: (602) 255-0103<br>**email: CRK@tblaw.com** |
| Nudnicks LLC<br>Kamprath Seed Co., LLC<br>c/o Pali Capital<br>650 5th Avenue<br>6th Floor<br>New York, NY 10019 | Bert Cohen<br><br>Tel: (917) 287-8555<br>Fax: (340) 774-3828<br><br>**email: bcohen@palicapital.com** |

EXHIBIT A PAGE 15

| Carol Karlovich<br>2052 Via Casa Alta<br>La Jolla, CA 92037-5732 | Carol Karlovich<br><br>Tel: (858) 456-4097<br>Fax: (858) 454-2869 |
| --- | --- |

EXHIBIT A PAGE 16

1   **WEILAND, GOLDEN,**
    **SMILEY, WANG EKVALL & STROK, LLP**
2   Evan D. Smiley, State Bar No. 161812
    Hutchison B. Meltzer, State Bar No. 217166
3   650 Town Center Drive, Suite 950
    Costa Mesa, California 92626
4   Telephone: (714) 966-1000
    Facsimile: (714) 966-1002
5
    Proposed Counsel for the Official Committee
6   of Creditors Holding Unsecured Claims

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                          **SANTA ANA DIVISION**

11   In re                              )   Main Case No. 8:07-12600-ES
     GREAT CIRCLE FAMILY FOODS, LLC,    )
12   _____        )   Case No. 8:07-12603-ES
                                        )   Case No. 8:07-12605-ES
13   In re                              )   Case No. 8:07-12606-ES
     GCFF-HUNTINGTON PARK, LLC,         )   Case No. 8:07-12602-ES
14   _____        )   Case No. 8:07-12604-ES
                                        )
15   In re                              )   Chapter 11
     GCFF-ORANGE, LLC,                  )
16   _____        )   **NOTICE OF APPLICATION OF THE**
                                        )   **OFFICIAL COMMITTEE OF CREDITORS**
17   In re                              )   **HOLDING UNSECURED CLAIMS FOR**
     GCFF-SAN DIEGO, LLC,               )   **APPROVAL OF: (1) EMPLOYMENT OF**
18   _____        )   **COUNSEL (WEILAND, GOLDEN,**
                                        )   **SMILEY, WANG EKVALL & STROK,**
19   In re                              )   **LLP), AND (2) MODIFIED FEE**
     GCFF-CANOGA, LLC,                  )   **APPLICATION PROCEDURES**
20   _____        )
                                        )   **[No Hearing Required Pursuant to Local**
21   In re                              )   **Bankruptcy Rules 2014-1(b)(1) and**
     GCFF-ONTARIO, LLC,                 )   **9013-1(a)(7)]**
22   _____        )
                                        )
23                Debtors and           )
                  Debtors-in-Possession.)
24   _____        )

25   **TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN**
     **INTEREST:**
26
            **PLEASE TAKE NOTICE** that the Official Committee of Creditors Holding
27   Unsecured Claims (the "Committee") of the estate of Great Circle Family Foods, LLC;
     GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga,
28   LLC; and GCFF-Ontario, LLC, the chapter 11 debtors and debtors-in-possession

(collectively, the "Debtors") in the above-captioned case, has filed an application (the "Application") with the Bankruptcy Court for approval of: (1) the employment of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm"), as its counsel effective September 10, 2007, and (2) modified fee application procedures.

1.     On August 22, 2007, the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2.     The Debtors are in the business of owning and operating Krispy Kreme Doughnut stores. While there are six separate legal entities, the Debtors essentially operate as one consolidated business entity. The Debtors currently own and operate nine Krispy Kreme Doughnut stores and manage three others.

3.     On August 29, 2007, the Committee was appointed by the Office of the United States Trustee.

4.     The Committee seeks authorization to employ the Firm as its counsel to perform any and all legal services as may become necessary or advisable in this case, including the following types of professional services:

a.     To advise the Committee concerning the rights and remedies of the creditors and of the Committee in regard to the operation of the Debtors' business;

b.     To represent the Committee in any proceeding or hearing, including, without limitation, lien avoidance, preference avoidance, and fraudulent conveyance litigation, in the Bankruptcy Court, and in any action where the rights of the estate or creditors may be litigated or affected;

c.     To assist the Committee in reviewing any plans of reorganization filed by the Debtors and to assist the Committee in its analysis of any plans; and

d.     To represent the Committee at hearings in connection with the disclosure statements and plan confirmation.

5.     The terms of employment of the Firm agreed to by the Committee, subject to approval of the Court, are that the Firm will be compensated as follows:

a.     Hourly Fees. The Firm will be compensated at its customary hourly rates which are subject to periodic adjustment. For purposes of this engagement, the Firm has agreed with the Committee that the Firm's blended hourly rate will not exceed $375.

b.     Modified Fee Application Procedures. In light of the size of the case, the Firm requests approval to be paid on a monthly basis from cash flow of the Debtors pursuant to the following modified fee application procedures:

(1)     The Firm will submit to the Office of the United States Trustee a monthly Professional Fee Statement (the "Fee Statement") by the 20th day after the end of the month during which professional services were rendered. The Firm will attach its invoices as an exhibit to the Fee Statement. In addition, the Firm will serve a copy of the Fee Statement (with exhibit) on the Debtors, their counsel, and the Committee, and will serve a copy of the Fee Statement (without exhibit) on parties requesting special notice. The Fee Statement will include a notice that the Firm's invoices may be obtained upon request to the Firm.

(2)    If no written objection and request for hearing is filed and served upon the Firm within 10 days after service of the Fee Statement, the Firm may be paid its fees and expenses for which notice was given, without further notice, hearing or order thereon, from cash flow of the Debtors. Any failure by any party to object to any Fee Statement shall <u>not</u> be deemed to be, nor construed in any manner to constitute a waiver of any objections such party may have to this request for payment of fees and costs at a later time. Any party which does not object to any Fee Statement shall be entitled to raise all of its objections at the next hearing on the interim and/or final fee application, as the case may be.

(3)    If timely opposition is received, the Firm will schedule the matter for hearing in accordance with procedure established by Local Bankruptcy Rule 9013-1(g)(1). The Firm shall file and serve, approximately every 120 days, an interim fee application or a final fee application, on noticed hearing. The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules regarding compensation requests shall apply to all interim and final fee applications filed by the Firm.

c.    <u>Bankruptcy Court Approval.</u> The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow pursuant to 11 U.S.C. §§ 328 and 330.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Firm you need take no further action. In accordance with Local Bankruptcy Rule 2014-1(b)(3)(D), any opposition to the Application and request for hearing on the Application must be filed with the Court (at the address below) and served on the Office of the United States Trustee (at the address below), and proposed counsel for the Committee (at the address below) no later than 15 days from the date of this notice, in the form set forth in Local Bankruptcy Rule 9013-1(a)(7). Any objections not timely made may be deemed waived.

B PAGE 19

1     **PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be
2  obtained from Evan D. Smiley upon request at (714) 966-1000 or from the Clerk of the
   Bankruptcy Court.

3                              WEILAND, GOLDEN,
                             SMILEY, WANG EKVALL & STROK, LLP
4
5  DATED: ~~September~~ october 2 , 2007     By:_____
                                             EVAN D. SMILEY
6                                            Proposed Counsel for the Official Committee of
                                             Creditors Holding Unsecured Claims of Great
7                                            Circle Family Foods, LLC, et al.

8
   **Office of the United States Trustee**
9  Ronald Reagan Federal Building
   411 W. 4th Street, Suite 9041
10 Santa Ana, CA 92701-8000

11 **United States Bankruptcy Court**
   411 West Fourth Street
12 Santa Ana, CA 92701

13 **Weiland, Golden,**
   **Smiley, Wang Ekvall & Strok, LLP**
14 Evan D. Smiley, Esq.
   650 Town Center Drive, Suite 950
15 Costa Mesa, CA 92626

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA,

3    COUNTY OF ORANGE

4        I am employed in the County of Orange, State of California.  I am over the age of
18 and not a party to the within action; my business address is 650 Town Center Drive,
5    Suite 950, Costa Mesa, California 92626.

6        On October 2, 2007, I served the foregoing document described as **NOTICE
APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING
7    UNSECURED CLAIMS FOR APPROVAL OF (1) EMPLOYMENT OF COUNSEL
(WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP), AND (2) MODIFIED
8    FEE APPLICATION PROCEDURES** on the interested parties in this action by placing
true copies thereof enclosed in sealed envelopes addressed as stated on the attached
9    mailing list.

10    [✓]    BY MAIL

11          [ ]    I deposited such envelope in the mail at Costa Mesa, California. The
envelope was mailed with postage thereon fully prepaid.
12

13          [✓]    I deposited such envelope with the firm for collection and processing.  I am
"readily familiar" with the firm's practice of collection and processing
14    correspondence for mailing.  It is deposited with U.S. postal service on that
same day with postage thereon fully prepaid at Costa Mesa, California in
15    the ordinary course of business.  I am aware that on motion of the party
served, service is presumed invalid if postal cancellation date or postage
16    meter date is more than one day after date of deposit for mailing in
affidavit.

17

18
    Executed on October 2, 2007, at Costa Mesa, California.
19
[ ]    (State) I declare under penalty of perjury under the laws of the State of California
20    that the above is true and correct.

21    [✓]    (Federal) I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.  I declare under the penalty of
22    perjury under the laws of the United States of America that the above is true and
correct.
23

24    Kelly M. Rivera _____        _Kelly M. Rivera_ (signature)
Type or print name                              Signature
25

26

27

28

Great Circle Family Foods, LLC
SA 07-12600 ES
Short List- Created September 10, 2007
#224744

## SERVICE LIST

**United States Trustee**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Great Circle Family Foods, LLC
717 State College Blvd., No. I
Fullerton, CA 92831
**Debtor**

Monica Y Kim, Esq.
Ron Bender, Esq.
Kim Tung
Levene Neale Bender Rankin & Brill, LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
**Attorney for Debtor**

David Poitras, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**Attorneys for Debtor**

EXHIBIT D PAGE 22

In re Great Circle Family Foods, LLC
Case No. 8:07-Bk-12660 ES
Creditors' Committee List
Updated:  September 11, 2007
Document #224761 (MS)

| | **Counsel for Creditors' Committee** |
|---|---|
| Weiland, Golden,<br>Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, California 92626 | Evan D. Smiley, Esq.<br>Hutchison B. Meltzer, Esq.<br><br>Tel. (714) 966-1000<br>Fax (714) 966-1002<br>email: esmiley@wgllp.com<br>          hmeltzer@wgllp.com |
| The Rancho Mirage Trust<br>Daryl L. Bishop<br>P.O. Box 6157<br>Beverly Hills, CA 90212 | Daryl L. Bishop<br><br>Tel. (310) 273-9540<br>Fax (310) 276-7590<br>email: dbishop@grapeman.com |
| MKM Oceanside, LLC and Piege<br>Company Mia Agahan<br>c/o Marc Smith, Esq.<br>Krane & Smith<br>16255 Ventura Blvd., Suite 600<br>Encino, CA 91436 | Marc Smith, Esq.<br><br>Tel. (818) 382-4000<br>Fax (818( 382-4001<br>email:  marc@kranesmith.com |
| BakemarkUSA LLC<br>Carol Shokraee<br>7351 Crider Ave.<br>Rico Rivera, CA 90660 | Carol Shokraee<br><br>Tel. (562) 949-1054<br>Fax (562) 949-2279<br>email: cshokraee@bakemarkusa.com |
| Paul A. Laufer<br>P.O. Box 3553<br>Beverly Hills, CA  90212 | Paul A. Laufer<br><br>Tel. (323) 851-8535<br>Fax: (323) 851-9161<br>email: paullaufer@mac.com |

EXHIBIT _B_ PAGE _23_

| Krispy Kreme Doughnut Corporation<br>Darryl Marsch, Asst. General Counsel<br>370 Knollwood Street<br>Winston-Salem, NC 27103 | Darryl Marsch, Asst. General Counsel<br><br>Tel. (336) 726-8822<br>email: **dmarsch@krispykreme.com**<br><br>Andrew M. Howley<br>Howley Associates, LLC<br><br>Tel. (610) 353-9785<br>Cell (610) 766-1781<br>email: **ahowley@howleyllc.com**<br><br>Co-Counsels for Krispy Kreme<br><br>David M. Poitras, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br><br>(310) 201-3571 Direct<br>(310) 712-8571 Fax<br>(310) 720-1918 Mobile<br>email: **DMP@JMBM.com**<br><br>Christopher R. Kaup, Esq.<br>Tiffany & Bosco, P.A.<br>Camelback Esplanade II<br>Third Floor<br>2525 East Camelback Road<br>Phoenix, AZ  85016<br><br>Tel: (602) 255-6024<br>Fax: (602) 255-0103<br>email: **CRK@tblaw.com** |
| Nudnicks LLC<br>Kamprath Seed Co., LLC<br>c/o Pali Capital<br>650 5th Avenue<br>6th Floor<br>New York, NY  10019 | Bert Cohen<br><br>Tel: (917) 287-8555<br>Fax: (340) 774-3828<br><br>email: **bcohen@palicapital.com** |

| Carol Karlovich<br>2052 Via Casa Alta<br>La Jolla, CA  92037-5732 | Carol Karlovich<br><br>Tel: (858) 456-4097<br>Fax: (858) 454-2869 |

Great Circle Family Foods, LLC
SA 07-12600 ES
RSN - Created September 20, 2007

## SERVICE LIST

Ernie Zachary Park
Bewley, Lassleben & Miler, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602
Phone: 562-698-9771
**Attorneys for The Irvine Company,
a Delaware Limited Liability Company**

Ernie Zachary Park
Bewley, Lassleben & Miler, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602
Phone: 562-698-9771
**Attorneys for Creditor,
Burbank Empire Center**

Marc Smith
Ann Penners Bergen
Krane & Smith
16255 Ventura Boulevard, Ste 600
Encino, CA 91436
Phone: (818) 382-4000
Facsimile: (818) 382-4001
**Attorneys for Piege Co. dba
Felina Lingerie**

David M. Poitras
Jeffer, Mangels, Butler & Marmaro, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Phone: (310) 203-8080
Facsimile: (310) 203-0567
**Attorneys for Krispy Kreme Doughnut
Corporation**

EXHIBIT _B_ _26_

Christopher R. Kaup
Tiffany & Bosco, P.A.
Camelback Esplanade II, Third Floor
2525 East Camelback Road
Phoenix, AZ  85016
Phone: (602) 255-6024
Facsimile: (602) 255-0103
**Attorneys for Krispy Kreme Doughnut
Corporation**

Ethan B. Minkin, Esq.
Kutak Rock LLP
8601 North Scottsdale Rd., Suite 300
Scottsdale, AZ 85253
**Attorneys for GE Capital Franchise**

Thomas J. Leans, Esq.
Brian D. Huben, Esq.
Dustin P. Branch, Esq.
Katten, Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 9067
**Attorneys for The Krausz Companies, Inc.**

Jeffrey A. Kreiger, Esq.
Greenberg Glusker Fields et al.
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590
**Attorneys for Walter H. Leimert, Jr.**

Walter H. Leimert, Jr.
Leimert Investment Company
606 North Larchmond Blvd., Suite 302
Los Angeles, CA 90004-1395

Kenneth A. Feingold
Feingold & Spiegel
11340 W. Olympic Blvd., Suite 175
Los Angeles, CA 90064
**Attorneys for Buckingham Heights**

Los Angeles County Treasurer
and Tax Collector
P.O. Box 54110
Los Angeles, CA 90051-00110
Tel. (213) 974-7803



EXHIBIT D PAGE 27

PlnDue, DsclsDue, JNTADMN, LEAD

## U.S. Bankruptcy Court
### Central District Of California (Santa Ana)
### Bankruptcy Petition #: 8:07-bk-12600-ES

*Assigned to:* Erithe A. Smith
Chapter 11
Voluntary
Asset

*Date Filed:* 08/22/2007

**Debtor**
**Great Circle Family Foods, LLC**
717 State College Blvd., No. I
Fullerton, CA 92831
Tax id: 95-4668498
*dba*
**GCFF**
*dba*
**Krispy Kreme Doughnuts**

represented by **David M Poitras**
1900 Ave Of The Stars 7Th Flr
Los Angeles, CA 90067
310-203-8080
Email: dpoitras@jmbm.com

**Kim Tung**
Lavene Neale Bender Rankin &
Brill LLP
10250 Constellation Blvd Ste 1700

Los Angeles, CA 90067
310-229-1234
Fax : 310-229-1244
Email: kt@lnbrb.com

**Monica Y Kim**
10250 Constellation Blvd Ste 1700

Los Angeles, CA 90067
310-229-1234
Email: myk@lnbrb.com

**Ron Bender**
10250 Constellation Blvd Ste 1700

Los Angeles, CA 90067
310-229-1234
Email: rb@lnbrb.com

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

**Creditor Committee**
**Official Committee of Unsecured Creditors**
650 Town Center Drive

represented by **Evan D Smiley**
Weiland, Golden, Smiley et. al
650 Town Center Dr Ste 950

EXHIBIT __C__ PAGE __28__

Suite 950
Costa Mesa, CA 92626
714-966-1000

Costa Mesa, CA 92626
714-966-1000
Email: esmiley@wgllp.com

**Hutchison B Meltzer**
650 Town Center Dr Ste 950
Costa Mesa, CA 92626
714-966-1000
Fax : 714-966-1002
Email: hmeltzer@wgllp.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/02/2007 | 57 | Application to Employ Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP as Attorneys for the Official Committee of Creditors Holding Unsecured Claims *and Modified Fee Application Procedures; Statement of Disinterestedness of Evan D. Smiley With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (Smiley, Evan) (Entered: 10/02/2007) |
| 10/02/2007 | 58 | Notice of motion/application *With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (RE: related document(s)57 Application to Employ Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP as Attorneys for the Official Committee of Creditors Holding Unsecured Claims *and Modified Fee Application Procedures; Statement of Disinterestedness of Evan D. Smiley With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (Smiley, Evan)). (Smiley, Evan) (Entered: 10/02/2007) |
| 10/05/2007 | 59 | Motion to Extend Deadline to File Schedules or Provide Required Information *(1) File Schedules of Assets and Liabilities and Statement of Financial Affiars, (2) Submit Creditor Matrix on Diskette to Clerk's Office and (3) File List of Equity Security Holders; Declaration of Brett Garlinghouse in Support Thereof (with proof of service)* Filed by Debtor Great Circle Family Foods, LLC (Tung, Kim) (Entered: 10/05/2007) |
| 10/05/2007 | 61 | Request for special notice Filed by Creditor Bakemark USA, LLC . (Reid, Rick) (Entered: 10/10/2007) |
| 10/05/2007 | 62 | Request for special notice Filed by Creditor Health Net of California, Inc . (Reid, Rick) (Entered: 10/10/2007) |
| 10/05/2007 | 63 | Order Authorizing the Debtors to Pay Expenses Under Operating Agreement Signed on 10/5/2007; with Notice of Entry [Affects All Debtors] (RE: related document(s) 36 , Emergency motion filed by Debtor Great Circle Family Foods, LLC). (Daniels, Sally) (Entered: 10/10/2007) |
| 10/09/2007 | 60 | Declaration re: non opposition *Declaration of Kim Tung, Esq. Re: Receipt of Neither Opposition to Nor Request for Hearing (with Exhibit 1 and with proof of service)* Filed by Debtor Great Circle Family Foods, LLC (RE: related document(s)49 |

EXHIBIT C   PAGE 29

| | | |
|---|---|---|
| | | Application to Employ Levene, Neale, Bender, Rankin & Brill L.L.P. as Bankruptcy Counsel *Declaration of Ron Bender, Esq. in Support Thereof (with Exhibits A, B and C and with proof of service)*. (Tung, Kim) (Entered: 10/09/2007) |
| 10/11/2007 | 64 | Motion *for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a), 107(b), and 1102(b)(3) and Rule 9018 of the Federal Rules of Bankruptcy Procedure Approving Information Sharing Procedures Related to the Transmittal of Information to Creditors; Memorandum of Points and Authorities and Declaration of Carol Shokraee In Support With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (Meltzer, Hutchison) (Entered: 10/11/2007) |
| 10/11/2007 | 65 | Notice of Hearing *With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (RE: related document(s)64 Motion *for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a), 107(b), and 1102(b)(3) and Rule 9018 of the Federal Rules of Bankruptcy Procedure Approving Information Sharing Procedures Related to the Transmittal of Information to Creditors; Memorandum of Points and Authorities and Declaration of Carol Shokraee In Support With Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors (Meltzer, Hutchison)). Hearing to be held on 11/6/2007 at 10:30 AM Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701 for 64, (Meltzer, Hutchison) (Entered: 10/11/2007) |
| 10/11/2007 | 66 | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2003 Ford Econoline Van; VIN 1FDWE35F13HA79528 . Fee Amount $150, Filed by Creditor FORD MOTOR CREDIT COMPANY (Mroczynski, Randall) (CORRECTION: Correct Courtroom is 5A) Modified on 10/11/2007 (Daniels, Sally). (Entered: 10/11/2007) |
| 10/15/2007 | 67 | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information to and including October 19, 2007 (Related Doc # 59) Signed on 10/15/2007; with Notice of Entry. (Daniels, Sally) [Affects All Debtors] Modified on 10/17/2007 (Daniels, Sally). (Entered: 10/17/2007) |
| 10/18/2007 | 68 | Request for special notice Filed by Creditor Bixby Land Company. (Greger, Michael) (Entered: 10/18/2007) |
| 10/18/2007 | 71 | Order Granting Application to Employ Levene, Neale, Bender, Rankin & Brill LLP as bankruptcy counsel (Related Doc # 49) Signed on 10/18/2007. [with notice of entry] (Reid, Rick) (Entered: 10/19/2007) |
| 10/19/2007 | 69 | Statement *Debtors' Submission of: (1) Summary of Schedules; (2) Schedules A, B, D, E, F, G, H; (3) Statement of Financial Affairs; (4) List of Equity Security Holders (with proof of service)* Filed by Debtor Great Circle Family Foods, LLC. (Attachments: # 1 Supplement Submission of Schedules, Statement of Financial Affairs (Part 2)) (Tung, Kim) (Entered: 10/19/2007) |
| 10/19/2007 | 70 | Verification of creditor matrix *(Amended)* Filed by Debtor Great Circle Family Foods, LLC. (Tung, Kim). CORRECTION: Amended Creditor Matrix required fee |

EXHIBIT _C_ PAGE 30

| | | |
|---|---|---|
| | | due. Contacted Attorney via E-mail. Modified on 10/19/2007 (Nguyen, Vi). (Entered: 10/19/2007) |
| 10/23/2007 | 75 | Chapter 11 Status Conference Order Signed on 10/23/2007; with certificate of service. The Status Conference is continued to February 7, 2008 at 10:30 am. December 28, 2007 shall be fixed as the last date by which proofs of claim and interest shall be filed. (Daniels, Sally) (Entered: 10/25/2007) |
| 10/23/2007 | 76 | Stipulation and ORDER Continuing Hearing on Ford Motor Credit Company's Motion for Relief from Automatic Stay Signed on 10/23/2007; with Notice of Entry. RE66 The hearing is continued from November 6, 2007 to November 20, 2007 at 9:30 am (Daniels, Sally) (Entered: 10/25/2007) |
| 10/24/2007 | 72 | Amendment to List of Creditors. *(with proof of service)* Fee Amount $26 Filed by Debtor Great Circle Family Foods, LLC. (Tung, Kim) (Entered: 10/24/2007) |
| 10/24/2007 | 73 | Request for special notice *Request for Notice by Creditor and Party-In-Interest OTR* Filed by Creditor OTR. (Butler, Penn) (Entered: 10/24/2007) |
| 10/24/2007 | 74 | Request for special notice *Request for Notice by Creditor and Party-In-Interest OTR* Filed by Creditor OTR. (Butler, Penn) (Entered: 10/24/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/26/2007 10:00:11 | | | |
| **PACER Login:** | aw0034 | **Client Code:** | occ01.0039 |
| **Description:** | Docket Report | **Search Criteria:** | 8:07-bk-12600-ES Fil or Ent: filed From: 7/27/2007 To: 10/26/2007 Doc From: 57 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

EXHIBIT _C_ PAGE _31_

1                                    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA,

3    COUNTY OF ORANGE

4          I am employed in the County of Orange, State of California.  I am over the age of
     18 and not a party to the within action; my business address is 650 Town Center Drive,
5    Suite 950, Costa Mesa, California 92626.

6          On October 26, 2007, I served the foregoing document described as
     **DECLARATION OF EVAN D. SMILEY REGARDING NON OPPOSITION TO**
7    **APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING**
     **UNSECURED CLAIMS FOR APPROVAL OF (1) EMPLOYMENT OF COUNSEL**
8    **(WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP), AND (2) MODIFIED**
     **FEE APPLICATION PROCEDURES** on the interested parties in this action by placing
9    true copies thereof enclosed in sealed envelopes addressed as stated on the attached
     mailing list.
10
     [✓]    BY MAIL
11
            [ ]    I deposited such envelope in the mail at Costa Mesa, California. The
12                 envelope was mailed with postage thereon fully prepaid.

13          [✓]    I deposited such envelope with the firm for collection and processing.  I am
                   "readily familiar" with the firm's practice of collection and processing
14                 correspondence for mailing.  It is deposited with U.S. postal service on that
                   same day with postage thereon fully prepaid at Costa Mesa, California in
15                 the ordinary course of business.  I am aware that on motion of the party
                   served, service is presumed invalid if postal cancellation date or postage
16                 meter date is more than one day after date of deposit for mailing in
                   affidavit.

17

18

19          Executed on October 26, 2007, at Costa Mesa, California.

20   [ ]    (State) I declare under penalty of perjury under the laws of the State of California
            that the above is true and correct.
21
     [✓]    (Federal) I declare that I am employed in the office of a member of the bar of this
22          court at whose direction the service was made.  I declare under the penalty of
            perjury under the laws of the United States of America that the above is true and
23          correct.

24
     Kelly M. Rivera
25   Type or print name                            Signature

26

27

28

Great Circle Family Foods, LLC
SA 07-12600 ES
Short List- Created September 10, 2007
#224744

## SERVICE LIST

**United States Trustee**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Great Circle Family Foods, LLC
717 State College Blvd., No. I
Fullerton, CA 92831
**Debtor**

Monica Y Kim, Esq.
Ron Bender, Esq.
Kim Tung
Levene Neale Bender Rankin & Brill, LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
**Attorney for Debtor**

David Poitras, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
**Attorneys for Debtor**

In re Great Circle Family Foods, LLC
Case No. 8:07-Bk-12660 ES
Creditors' Committee List
Updated:  September 11, 2007
Document #224761 (MS)

| | |
|---|---|
| Weiland, Golden,<br>Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, California 92626 | **Counsel for Creditors' Committee**<br><br>Evan D. Smiley, Esq.<br>Hutchison B. Meltzer, Esq.<br><br>Tel. (714) 966-1000<br>Fax (714) 966-1002<br>email: **esmiley@wgllp.com**<br>        **hmeltzer@wgllp.com** |
| The Rancho Mirage Trust<br>Daryl L. Bishop<br>P.O. Box 6157<br>Beverly Hills, CA 90212 | Daryl L. Bishop<br><br>Tel. (310) 273-9540<br>Fax (310) 276-7590<br>email: **dbishop@grapeman.com** |
| MKM Oceanside, LLC and Piege<br>Company Mia Agahan<br>c/o Marc Smith, Esq.<br>Krane & Smith<br>16255 Ventura Blvd., Suite 600<br>Encino, CA 91436 | Marc Smith, Esq.<br><br>Tel. (818) 382-4000<br>Fax (818( 382-4001<br>email:  **marc@kranesmith.com** |
| BakemarkUSA LLC<br>Carol Shokraee<br>7351 Crider Ave.<br>Rico Rivera, CA 90660 | Carol Shokraee<br><br>Tel. (562) 949-1054<br>Fax (562) 949-2279<br>email: **cshokraee@bakemarkusa.com** |
| Paul A. Laufer<br>P.O. Box 3553<br>Beverly Hills, CA  90212 | Paul A. Laufer<br><br>Tel. (323) 851-8535<br>Fax: (323) 851-9161<br>email: **paullaufer@mac.com** |

| | |
|---|---|
| Krispy Kreme Doughnut Corporation<br>Darryl Marsch, Asst. General Counsel<br>370 Knollwood Street<br>Winston-Salem, NC 27103 | Darryl Marsch, Asst. General Counsel<br><br>Tel. (336) 726-8822<br>**email: dmarsch@krispykreme.com**<br><br>Andrew M. Howley<br>Howley Associates, LLC<br><br>Tel. (610) 353-9785<br>Cell (610) 766-1781<br>**email: ahowley@howleyllc.com**<br><br>Co-Counsels for Krispy Kreme<br><br>David M. Poitras, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br><br>(310) 201-3571 Direct<br>(310) 712-8571 Fax<br>(310) 720-1918 Mobile<br>**email: DMP@JMBM.com**<br><br>Christopher R. Kaup, Esq.<br>Tiffany & Bosco, P.A.<br>Camelback Esplanade II<br>Third Floor<br>2525 East Camelback Road<br>Phoenix, AZ 85016<br><br>Tel: (602) 255-6024<br>Fax: (602) 255-0103<br>**email: CRK@tblaw.com** |
| Nudnicks LLC<br>Kamprath Seed Co., LLC<br>c/o Pali Capital<br>650 5th Avenue<br>6th Floor<br>New York, NY 10019 | Bert Cohen<br><br>Tel: (917) 287-8555<br>Fax: (340) 774-3828<br><br>**email: bcohen@palicapital.com** |

| | |
|---|---|
| Carol Karlovich<br>2052 Via Casa Alta<br>La Jolla, CA  92037-5732 | Carol Karlovich<br><br>Tel: (858) 456-4097<br>Fax: (858) 454-2869 |