RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
OVSANNA TAKVORYAN (SBN 217435)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11
Debtors and Debtors in Possession





UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-bk-12600-ES |
| GREAT CIRCLE FAMILY FOODS, LLC, et al., | CHAPTER 11 |
| Debtors. | Jointly Administered with Case Nos.: |
| ☒ Affects All Debtors | Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES |
| ☐ Affects Great Circle Family Foods, LLC only | Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES |
| ☐ Affects GCFF-Huntington Park, LLC only | ORDER APPROVING APPLICATION BY DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY STEPTOE & JOHNSON LLP, AS SPECIAL COUNSEL |
| ☐ Affects GCFF-Orange, LLC only | [No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |
| ☐ Affects GCFF-San Diego, LLC only | |
| ☐ Affects GCFF-Canoga, LLC only | |
| ☐ Affects GCFF-Ontario, LLC only | |

This Court, having considered the application (the "Application") filed by Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, Chapter 11 debtors and debtors in possession herein (collectively, the "Debtors"), to employ Steptoe & Johnson LLP (hereafter "S&J") as the Debtors' special counsel pursuant to 11 U.S.C. § 327(e), proper notice of the Application having been provided, having received no opposition thereto, and other good cause appearing therefore, it is hereby

ORDERED that the Application shall be, and is hereby, approved in its entirety, and it is further

ORDERED that the Debtors shall be, and are hereby, authorized to employ S&J as special counsel pursuant to 11 U.S.C. § 327(e), at the sole and joint expense of the Debtors' bankruptcy estates, under the terms and conditions set forth in the Application, with such employment to be deemed effective as of May 15, 2008.

IT IS SO ORDERED:

DATED: 7/7/08

THE HONORABLE ERITHE SMITH ~~MAUREEN A. TIGHE~~
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: Levene, Neale, Bender, Rankin & Brill, 10250 Constellation Blvd., Ste. 1700, Los Angeles, California 90067-5805.

On July 2, 2008, I served the within document(s):

**ORDER APPROVING APPLICATION BY DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY STEPTOE & JOHNSON LLP, AS SPECIAL COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California 90067, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by electronic transmission for immediate receipt on the same day of this Declaration by the parties on the attached e-mail service list.

**See attached**

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2d day of July 2008 at Los Angeles, California.

_Marguerite Hardin_
Marguerite Hardin

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC

**REQUEST FOR SPECIAL NOTICE**

Debtors
Great Circle Family Foods, et al.
717 State College Blvd., No. 1
Fullerton, CA 92831

Offices of the U.S. Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Committee Counsel
Evan D. Smiley
Weiland, Golden, Smiley, Wang, et al.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Richard G. Reinis, CEO
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Roger E. Glickman, President and COO
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
315 West 9th Street # 950
Los Angeles, CA 90015

Brett Garlinghouse, President
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
315 West 9th Street # 950
Los Angeles, CA 90015

Jeff Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

RSN-Counsel for Krispy Kreme Doughnut Corp.
Christopher R. Kaup, Esq.
Tiffany & Bosco, P.A.
Camelback Esplanade II
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016

RSN-Counsel for Krispy Kreme Doughnut
David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308

RSN-Counsel for Piege Co. dba Felina Lingerie
Marc Smith, Esq./Ann Penners Bergen, Esq.
Krane & Smith
16255 Ventura Blvd., Suite 600
Encino, CA 91436-2302

RSN-Counsel to The Krausz Companies, Inc.
Katten Muchin Rosenman LLP
Thomas J. Leans, Esq./Brian D. Huben, Esq.
Dustin P. Branch, Esq.
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

RSN-Counsel to The Irvine Co. & Burbank Empire Center
Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 East Penn St., Suite 510
Whittier, CA 90602-1797

RSN-Counsel to the Tim Leimert Marital Trust dated April 22, 1993 and Robert Porter
Jeffrey A. Krieger, Esq.
Greenberg Glusker Fields et al.
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

RSN-Tim Leimert Marital Trust dated April 22, 1993 and Robert Porter
c/o Walter Leimert III
Leimert Investment Company
606 North Larchmont Blvd., Suite 302
Los Angeles, CA 90004-1395

RSN-Counsel for GE Capital Franchise
Ethan B. Minkin
Kutak Rock LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253

RSN
Los Angeles County Treasurer & Tax Collector
Attn: Bonita Sanchez
P.O. Box 54110
Los Angeles, CA 90051-0110

RSN-Counsel for E-Lake Holding, L.P.
Michael Isaacs, Esq.
Luce, Forward, Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

RSN – Counsel for Health Net
Michael Finnegan/Nadine Youssef
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

RSN-Counsel for Bakemark USA, LLC
Scott E. Blakeley, Esq.
Blakeley & Blakeley LLP
1000 Quail Street, Suite 200
Newport Beach, CA 92660

RSN-Counsel to OTR
Diane L. Gibson, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

RSN-Counsel to OTR
Jordan A. Kroop, Esq.
Squire, Sanders & Dempsey, L.L.P.
Two Renaissance Square, Suite 2700
Phoenix, AZ 85004

Counsel for Bixby Land Company
Michael S. Greger, Esq./James A. Timko, Esq.
Allen Matkins Leck Gamble, et al.
1900 Main Street, 5th Floor
Irvine, CA 92614-7321

RSN-Counsel for Terramar fka GMS Realty
Richard J. Annen/Todd R. Gabriel
Sparber Rudolph Annen, APLC
701 "B" Street, Suite 1000
San Diego, CA 92101

RSN- Counsel for County of Riverside
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

| | | |
|---|---|---|
| RSN-Counsel for IKON Financial Svcs.<br>IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | RSN – Counsel for Duc Nguyen and Erdos<br>Christian L. Raisner<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091 | Counsel for Krispy Kreme<br>Roger W. Clark/Thomas M. Madruga<br>Clark, Goldberg & Madruga<br>11400 W. Olympic Blvd., Suite 1150<br>Los Angeles, CA 90064 |
| Counsel for Duc Nguyen<br>Stan Mallison, Hector Martinez<br>LAW OFCS MALLISON & MARTINEZ<br>1042 Brown Ave., Ste A<br>Lafayette, CA 94549 | Counsel for Duc Nguyen<br>NAVA & GOMEZ<br>Santos Gomez, Stanley J. Hodson<br>326 South 'A' Street, Suite 2<br>Oxnard, CA 93030 | Jeff Williams<br>Managing Director - Tax<br>RSM McGladrey, Inc.<br>PO Box 15409<br>New Bern, NC 28561 |
| Chris Fredrick<br>CCP, Inc.<br>220 Newport Center Drive, Ste 18<br>Newport Beach, CA 92660 | | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | ) | Case No. 8:07-bk-12600-ES |
|---|---|---|
| GREAT CIRCLE FAMILY FOODS, LLC, *et al.* | ) ) ) | CHAPTER 11 |
| Debtors. | ) ) | Jointly Administered with Case Nos.: |
| ☒ Affects All Debtors | ) | Case No. 8:07-bk-12603-ES |
| ☐ Affects GREAT CIRCLE FAMILY FOODS, LLC, only | ) ) | Case No. 8:07-bk-12605-ES Case No. 8:07-bk-12606-ES |
| ☐ Affects GCFF-HUNTINGTON PARK, LLC, only | ) ) | Case No. 8:07-bk-12602-ES Case No. 8:07-bk-12604-ES |
| ☐ Affects GCFF-ORANGE, LLC, only | ) | |
| ☐ Affects GCFF-SAN DIEGO, LLC, only | ) | |
| ☐ Affects GCFF-CANOGA, LLC, only | ) | |
| ☐ Affects GCFF-ONTARIO, LLC, only | ) | |

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE FOLLOWING SERVICE LIST:

1. You are hereby notified that a judgment or order entitled *(specify)*:

**ORDER APPROVING APPLICATION BY DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY STEPTOE & JOHNSON LLP, AS SPECIAL COUNSEL**

was entered on *(specify date)*: **JUL 0 9 2008**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment of the persons and entities on the attached service list on *(specify date)*: **JUL 0 9 2008**

Ron Bender
Juliet Oh
LEVENE, NEALE, BENDER, et al.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Office of the U.S. Trustee
Michael Hauser
411 West 4th Street
Suite 9041
Santa Ana, CA 92701

Counsel for Committee
Evan D. Smiley
Weiland, Golden, et al.
650 Town Center Drive, #950
Costa Mesa, CA 92626

Richard Reinis, Esq.
Steptoe & Johnson LLP
2121 Ave of the Stars, Suite 2800
Los Angeles, CA 90067

Dated: **JUL 0 9 2008**

JON D. CERETTO
Clerk of the Bankruptcy Court

by: _____
Deputy Clerk

If a judgment is by default, a copy of the judgment must be attached to this notice.
*This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California*