| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender (SBN 143364) rb@lnbrb.com<br>Holly Roark (SBN 234638) hr@lnbrb.com<br>Krikor J. Meshefejian (SBN 255030) kjm@lnbrb.com<br>LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Tel: (310) 229-1234 / Fax: (310) 229-1244<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtors and Debtors in Possession | **FILED & ENTERED**<br><br>**MAY 19 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kent    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>GREAT CIRCLE FAMILY FOODS, LLC et al.<br><br><br><br><br>                                                                  Debtor(s) | CHAPTER: 11<br><br>CASE NO.: 8:07-bk-12600-ES |
|---|---|
| | DATE: 3/3/09<br>TIME: 9:30 a.m.<br>CTRM: 5A<br>FLOOR: 5th |

# ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
## (MOVANT:  Duc Nguyen  )

1. The Motion was: ☒ Contested  ☐ Uncontested  ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Duc Nguyen  v. Great Circle Family Foods, et al.

    Docket number: BC372392

    Court or agency where pending: Superior Court for the State of California, County of Los Angeles

3. The Motion is granted under:  ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☒ Modified or conditioned as set forth in Exhibit   A   to this Order.

5. ███████████████████████████████████████████

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
   b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____

| In re   GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

7. This Court further orders as follows:
   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

###

DATED: May 19, 2009

*[Signature: Erithe A. Smith]*
United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____

| In re   GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

## EXHIBIT A TO ORDER

     The Court modifies the stay of 11 U.S.C. 362(a) in favor of Duc Nguyen ("Moving Party") as it pertains to Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, chapter 11 debtors and debtors in possession herein (collectively, the "Debtors") as follows:

1. Relief from stay is **granted** as to Moving Party's claims against non-debtor defendants, including claims against non-debtors Great Circle Management, LLC, Richard Reinis, and Roger Glickman, and such claims shall be resolved in the Superior Court of California, County of Los Angeles, without regard for the stay applicable to Debtors;

2. Relief from the automatic stay with regard to pursuing the action in the non-bankruptcy forum against Debtors is hereby **denied**;

3. Notwithstanding the preceding paragraph (2), Great Circle Management, LLC is hereby allowed to obtain payroll and employee timekeeping data directly from Debtors to produce as part of Great Circle Management, LLC's response to any lawful document request propounded upon Great Circle Management, LLC by Moving Party.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____

| In re    GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 USC § 362 was or will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **APRIL 27, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By Fax and overnight mail:**
**Counsel for Houser, Erdos and Nguyen**
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Law Offices of Mallison & Martinez
1042 Brown Ave., Ste. A
Lafayette, CA 94549
(Fax No: 925-283-3426)

Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
Green Welling LLP
595 Market Street, Ste. 2750
San Francisco, CA 94105
(Fax No. 415) 477-6710

**By overnight mail:**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____

| In re    GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

Hon. Erithe A. Smith
United States Bankruptcy Judge
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2009 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____

| In re    GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 USC § 362** was entered on the date indicated as "entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 27, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender    rb@lnbrb.com
- Bradley D Blakeley    bblakeley@bandblaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com
- Penn A Butler    pabutler@ssd.com
- Richard H Golubow    pj@winthropcouchot.com
- Michael S Greger    mgreger@allenmatkins.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Michael A Isaacs    misaacs@luce.com
- Monica Y Kim    myk@lnbrb.com
- Wendy A Loo    wendy.loo@lacity.org
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Ethan B Minkin    ethan.minkin@kutakrock.com
- Randall P Mroczynski    randym@cookseylaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- David M Poitras    dpoitras@jmbm.com
- Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Holly Roark    hr@lnbrb.com
- Julie H Rome-Banks    julie@bindermalter.com
- Martha E Romero    Romero@mromerolawfirm.com
- Gary B Rudolph    grudolph@sparberlaw.com
- Evan D Smiley    esmiley@wgllp.com
- Ovsanna Takvoryan    ovsanna@takvoryanlawgroup.com
- James A Timko    jtimko@allenmatkins.com
- Kim Tung    kt@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* ____

| In re   GREAT CIRCLE FAMILY FOODS, LLC et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:07-bk-12600-ES |

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Law Offices of Mallison & Martinez
1042 Brown Ave., Ste. A
Lafayette, CA 94549
(Fax No: 925-283-3426)

Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
Green Welling LLP
595 Market Street, Ste. 2750
San Francisco, CA 94105
(Fax No. 415) 477-6710

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 4001-10.NA**