1  STEPTOE & JOHNSON LLP
   Richard G. Reinis SBN 45811
2  Katessa C. Davis SBN 146922
   Avenue of the Stars, Suite 2800
3  Los Angeles, California 90067-5052
   Telephone: (310) 734-3200
4  Facsimile: (310) 734-3300
5  Special Counsel to Chapter 11 Debtors and Debtors in Possession

6  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   Ron Bender (SBN 143364)
7  Krikor J. Meshefejian (SBN 255030)
8  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
9  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
10 Attorneys for Chapter 11 Debtors and Debtors in Possession

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                   **SANTA ANA DIVISION**

14

15 | In re:

16 | GREAT CIRCLE FAMILY FOODS, LLC, et
17 | al.

18 |           Debtors

19 | ☒  Affects All Debtors

20 | ☐  Affects Great Circle Family Foods,
21 |     LLC only

22 | ☐  Affects GCFF – Huntington Park, LLC

23 | ☐  Affects GCFF – Orange, LLC only

24 | ☐  Affects GCFF – San Diego, LLC only

25 | ☐  Affects GCFF – Canoga, LLC only

26 | ☐  Affects GCFF – Ontario, LLC only

27

28

Case No.: 8:07-bk-012600-AS

CHAPTER 11

Jointly Administered with Case Nos:

Case No. 8:07-bk-12603-ES
Case No. 8:07-bk-12605-ES
Case No. 8:07-bk-12606-ES
Case No. 8:07-bk-12602-ES
Case No. 8:07-bk-12604-ES

**FINAL APPLICATION OF STEPTOE & JOHNSON LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF RICHARD REINIS IN SUPPORT THEREOF**

Date:  August 20, 2009
Time:  10:30 a.m.
Place: Courtroom 5A
       411 West Fourth St.
       Santa Ana, CA

1   **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY**

2   **JUDGE:**

3         STEPTOE & JOHNSON LLP. ("S&J"), commercial and employment law counsel to

4   Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-

5   San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Debtors and Debtors in

6   Possession in the above-referenced Chapter 11 bankruptcy cases (collectively, the "Debtors"),

7   hereby submits its Final Application for Approval of Fees and Reimbursement of Expenses (the

8   "Application") for services rendered and expenses incurred during the pendency of these Chapter

9   11 bankruptcy cases, for the period of May 15, 2008 July 13, 2009 (the "Covered Period").

10                                              **I.**

11                                       **INTRODUCTION**

12        The Debtors commenced their bankruptcy cases by filing voluntary petitions for relief

13  under Chapter 11 of the Bankruptcy Code on August 22, 2007 (the "Petition Date").  In this

14  Application, S&J is seeking Court approval and authority to be paid for fees and expenses

15  incurred for legal services rendered related to commercial and employment law matters.  As set

16  forth on Exhibits "A", "B","C" and "D", attached hereto, S&J billed $150,319.50 in legal fees

17  and $5,176.93 in costs and expenses.  This is the second time S&J has sought payment of its fees

18  and expenses for legal services rendered to Debtors.

19                                              **II.**

20                              **FEES AND EXPENSES  INCURRED**

21        **A.    Request For Allowance and Payment of Fees and Reimbursement of**

22               **Expenses.**

23        Other than the fees and expenses the Court has already approved on an interim basis, S&J

24  incurred $150,319.50 in fees and $5,176.93  in expenses for legal matters related to Debtors, for

25  total fees and expenses in the amount of $155,496.43.  This is S&J's second Application for fees

26  and expenses. The Court previously approved S&J's Interim Fee Application, covering the

27  period of May 15, 2008 through October 31, 2008, in the amount of $74,734.31 in legal fees and

28  $2,050.18 in costs and expenses.    Attached hereto as Exhibit "E" is a copy of S&J's Interim fee

1  Application. S&J is seeking final approval of the interim fees and expenses already approved by

2  the Court and the additional fees and expenses S&J has incurred during the Covered Period, as

3  described herein. S&J has not been paid any money for any fees or expenses incurred during the

4  Covered Period for matters identified below and has received a payment for other matters

5  identified below.

6  ## III.

7  ## DESCRIPTION AND HISTORY OF THE DEBTORS' BUSINESS, CASE

8  ## BACKGROUND AND NECESSITY FOR FILING CHAPTER 11

9  The Debtors are in the business of owning and operating Krispy Kreme Doughnut stores.

10  While there are six separate legal entities, the Debtors essentially operate as one consolidated

11  business entity. Pursuant to an order of the Court, the Debtors' bankruptcy estates are being

12  jointly administered.

13  The Debtors currently own and operate eight Krispy Kreme Doughnut stores and manage

14  three others. Great Circle Family Foods, LLC ("Great Circle") is the lessee of the stores in

15  Chula Vista, Long Beach, Los Angeles (Crenshaw), and Mission Viejo. GCFF-Canoga, LLC is

16  the lessee of the store in Santa Monica. GCFF-Huntington Park, LLC is the lessee of the store in

17  Gardena. GCFF-Ontario, LLC is the lessee of the stores in City of Industry. GCFF-San Diego,

18  LLC is the lessee of the store in Clairemont. Great Circle manages stores in Orange, Ontario and

19  Burbank (the "Three Managed Stores") for the Debtors' franchisor, Krispy Kreme Doughnut

20  Corporation ("KKD"). Those three stores were subject to a Repurchase Agreement between

21  Great Circle and KKD, which has since expired. The premises covered by these leases serve as

22  the Debtors' store locations and are essential to the Debtors' operations. Additionally, many of

23  the locations have valuable leases.

24  Great Circle was founded in 1998, with the purpose of developing Krispy Kreme

25  Doughnut stores in Southern California. After initial success, the Debtors experienced

26  significant financial problems. Those problems included over-expansion; increases in store

27  development expenses; increases in cost of goods sold to franchisees by the franchisor; an

28  absence of marketing to help sales and overcome bad press; dietary changes; wholesale business

1  undermining retail; and an absence of a credible coffee program and other means of extending
2  day parts.

3      One means of resolving matters with creditors was to sell assets, and the Debtors sold
4  many of their stores, such that by the end of 2006, the Debtors owned only 9 stores and operated
5  the Three Managed Stores which are owned by KKD. Much of the Debtors' prior large secured
6  indebtedness has been paid off, frequently with agreed upon discounts. The Debtors goal was to
7  become a smaller but economically viable company, and that goal has been achieved, as the
8  Debtors maintain a very steady annual sales rate of approximately $17 Million with an operating
9  profit.

10     As a result, the Debtors' business operations have resulted in increasing the Debtors' cash
11  balance, even after taking into account the payment of professional fees and expenses of the
12  Debtors' counsel and the Committee's counsel.

13     The Debtors' Plan of Reorganization became effective July 6, 2009. It requires that all
14  claims be finalized, and S & J has undertaken tasks for the Debtor to enable it to resolve two
15  employment class actions, common in the restaurant industry, initiated by former employees.

16     General employment issues have arisen. These, too, have required legal assistance that is
17  addressed in more detail below.

18                              **IV.**

19  **BRIEF NARRATIVE STATEMENT OF SERVICES RENDERED, TIME EXPENDED,**
20          **AND FEES CHARGED FOR EACH MATTER**

21     When recording their time, S&J timekeepers place all time entries for fees and expenses
22  related to Debtors into one of four matters: (i) Matter No. 83451.0001 which relates to the class
23  action, David Houser et al. v. Great Circle Family Foods, LLC et al., Case No. BC345742,
24  pending in the Superior Court of Los Angeles County, Case No. BC345742; (ii) Matter
25  83451.0002 which relates to the class action, Duc Nguyen v. Great Circle Family Foods LLC, et.
26  al., Case No. BC372392; (iii) Matter No. 83451-0003 which relates to advice and counsel to
27  Debtors on issues concerning wage and hour issues, discrimination, harassment, retaliation,
28  employee counseling and performance reviews, terminations, leaves of absence and service

1 | agreements; and (iv) documentation of new notes and security agreement between Debtor and
2 | GE Franchise Finance as required by the approved Plan of Reorganization.  S&J does its best to
3 | place time entries into categories which accurately reflect the work performed.  References
4 | below made to "the Covered Period" shall mean the period of May 15, 2008 through July 6,
5 | 2009.

6 |
### 1. Matter No: 83451.0001 – Houser Litigation

7 | On or about January 11, 2006, plaintiffs David Houser and Richard Steven Erdos filed
8 | the complaint in the Los Angeles Superior Court for overtime wages on behalf of the named
9 | plaintiffs and all other employees similarly situated against defendant Great Circle Family
10 | Foods, LLC. ("GCFF"), among others.  On or about March 21, 2006, GCFF filed an answer to
11 | the complaint.

12 | Plaintiffs' complaint alleges two (2) causes of action against GCFF, related to an alleged
13 | misclassification of its employees as exempt :

14 | (A)   failure to pay overtime in violation of Labor Code 55 1194 and 1197 and
15 |        California Industrial Welfare Commission Orders;

16 | (B)   violation of Business and Professions Code 5 17200 which prohibits unfair
17 |        business practices, such as unlawful employment compensation in violation of
18 |        wage and hour orders and the Labor Code;

19 | In or about August 22, 2007, GCFF filed for Chapter 11 bankruptcy.  On July 1, 2008,
20 | Plaintiffs were granted relief from the United States Bankruptcy Court for the Central District of
21 | California, Santa Ana Division from the automatic stay in favor of Plaintiffs Houser and Erdos to
22 | permit Plaintiffs to proceed to seek approval in the California Superior Court of Plaintiffs'
23 | settlement agreement with the non-debtor Administaff Companies, Inc. in this action.

24 | GCFF objected the settlement in the Los Angeles Superior Court, which right was
25 | expressly reserved at the time Plaintiffs sought relief from the bankruptcy stay.  The Court's
26 | Order granting in part and denying in part Plaintiff's motion for relief from automatic stay,
27 | which was signed by the Honorable Erithe A. Smith on July 9, 2008, states in part:

28 |
> "1.    . . . Relief from the automatic stay is hereby granted in favor of
> Plaintiffs to permit Plaintiffs to proceed to seek approval in the California

Superior Court of Plaintiffs' settlement agreement with non-debtor party Administaff in the State Court Action titled <u>David Houser, et al. v. Great Circle Family Foods LLC, et al.</u> (Case No. BC345742) (the "State Court Action"), **without prejudice to the rights of Great Circle or any of the other Debtors to object to the approval of the settlement agreement by the California Superior Court as permitted under state law.**" [Req. for Jud. Not., Exhibit 1].

Further, an Amended Order was signed by Judge Erithe A. Smith on August 21, 2008, stating essentially the same:

> "2.     Granted in favor of Plaintiffs to permit Plaintiffs to enter into settlement agreements with nondebtor defendants, and to proceed to seek approval in the California Superior court of such settlement agreements, in the State court Action entitled <u>David Houser, et. al. v. Great Circle Family Foods LLC, et. al.</u> (Case No. BC345742) (the "State Court Action"), **without prejudice to the rights of Great Circle or any of the other Debtors to object to the approval of the settlement agreements by the California Superior Court as permitted under state law; . . .**" [Exhibit 1]

GCFF's filed objections to the Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, as between Plaintiffs and Administaff, and appeared at a status conference regarding bankruptcy proceedings.

The Hon. Mary Ann Murphy of the Los Angeles Superior Court ruled favorably on the Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement on or December, 2008.   Action was taken to be certain that the effect of class certification as related to the settling defendant did not adversely impact issues of certification reserved to Debtor.  During the Covered Period, S&J billed 147.5 hours and incurred $81,070.50 of fees in this matter.  Attached hereto as Exhibit "A" is a summary as well as detailed entries of time spent upon this matter.

## 2.    Matter No. 83451.0002 – Nguyen Litigation.

On or about June 6, 2007, plaintiff Duc Nguyen filed the complaint in the Los Angeles Superior Court against Great Circle and Great Circle Management for (i) failure to pay minimum wages; (ii) failure to pay overtime wages; (iii) failure to provide rest and meal periods or pay additional wages in lieu thereof; (iv) Failure to indemnify employees for all necessary expenditures or losses incurred; (v) failure to pay wages of terminated or resigned employees;

1   (vi) knowing and intentional failure to comply with itemized employee wage statement

2   provisions; (vii) breach of contract; and (viii) violation of Unfair Competition Law, on behalf of

3   the named plaintiff and all other employees similarly situated. Great Circle did not file a

4   responsive pleading before filing for Chapter 11 Bankruptcy protection on or about August 22,

5   2007.

6       On or about October 9, 2007, Plaintiff filed a First Amended Complaint, adding

7   defendants and a cause of action pursuant to California's Private Attorneys' General Act (Labor

8   Code §§ 2698, et seq.).

9       On at least two occasions, plaintiff violated the automatic stay and S&J has been

10  employed to respond to these violations. Claims have been made on other defendants, to whom

11  or which Debtor is indemnitor, for production of documents only in the possession and control of

12  Debtor. S & J has defended these actions of plaintiff in this Court and in numerous discovery

13  disputes in state court. On March 3, 2009, plaintiff made a motion for relief from automatic stay

14  to proceed with this action as against two other defendants, each entitled to indemnity from

15  Debtor. That motion was granted. Later in March, this Court denied plaintiff's motion to lift the

16  automatic stay as to Debtor. Debtor's motion for a binding claims estimation proceeding with

17  regard to this claim is scheduled for hearing August 11, 2009.

18      During the Covered Period, S&J billed 83.98 hours and incurred $38,819.50 of fees in

19  this matter, dealing with advice and counsel on such issues. Attached hereto as Exhibit "B" is a

20  summary as well as detailed entries of time spent upon this matter.

21          **3.    Matter No. 83451.0003 – General Employment**

22      S& J has provided Debtor with counsel and advice as to ERISA issues related to form

23  5500 and an inquiry from the DOL. Certain employees severed relations with Debtor during the

24  Covered Period, and S & J provided specific advice and documentation to protect Debtor.

25  During the Covered Period, S&J incurred $13,914 of fees in this matter, dealing with advice and

26  counsel on such issues. This work involved providing Debtor advice concerning significant long

27  term relations impacting its human resources practices with a large and constantly revolving

28  work force, terminating employees with many years of service, resolving matters of disputed

1  facts as between employees and other employment related counseling. Attached hereto as

2  Exhibit "C" is a summary as well as detailed entries of time spent upon this matter.

3          **4.      Matter 83451.0004 – GE Documentation**.

4          Debtors' approved Plan of Reorganization requires four new notes be issued in favor of

5  GE Franchise Finance (or affiliate), along with other documentation including a security

6  agreement. Each of the notes is secured with different collateral, and each note has different

7  terms. S&J has been employed to document this obligation. During the Covered Period, S&J

8  billed 28.3 hours and incurred $16,515.50 of fees in this matter. Attached hereto as Exhibit "B"

9  is a summary as well as detailed entries of time spent upon this matter.

10         **B.      Detailed Listing of All Time Spent by the Professional on the Matter for**

11                 **Which Compensation is Sought**

12         Attached hereto as Exhibit "A", "B", "C" and "D" is a detailed listing of all time that

13  S&J spent during the Covered Period, in the monthly invoices for which S&J seeks

14  compensation including the date S&J rendered the service, a description of the service, the

15  amount of time spent and a designation of the person who rendered the service for the period of

16  time for the Covered Period for the Houser litigation, the Nguyen litigation, General

17  Employment advice and counsel, and the GE documentation.

18         S&J's expenses incurred in photocopying, making long distance telephone calls,

19  telecopying, mailing, and hiring messenger services and research are segregated by account. No

20  general overhead or profit is included in such billing. S&J generally handles regular and routine

21  photocopying in-house for which S&J charges clients. All expenses that S&J advanced on

22  behalf of the Debtors were necessarily incurred and are properly charged as administrative

23  expenses of the Debtors' Chapter 11 estates.

24         **C.      Description of Professional Education and Experience**

25         Richard Reinis, Esq. and Katessa Charles Davis, Esq. specialize in and matters of

26  commercial and employment litigation and labor issues, and are well qualified to represent the

27  Debtors in these areas of the law. Susan Wolf is a specialist in transaction matters including loan

28  documentation. All attorneys comprising or associated with S&J are admitted to practice law in

1  the California courts and in the United States District Court for the Central District of California.

2  Attached hereto as Exhibit "E" is a biography of Susan Wolf, Esq., Richard Reinis, Esq. and

3  Katessa Charles Davis, Esq. who worked on these matters.

4      **D.    Source and Amount of Cash Available to Pay S&J's Allowed Fees and**

5          **Expenses**

6      Based upon the Debtors' monthly operating reports, as well as the review and analysis of

7  Debtors' bankruptcy counsel, S&J believes that the Debtors have sufficient funds on hand from

8  the operation of their business to pay S&J's fees and expenses, and those of all other

9  professionals who have been employed in these cases. Debtor and S&J have agreed that fees

10 outstanding may be discounted by 40%. This will reduce the total fees requested in this

11 application from $150,310.50 to $90,191.70.

12                                    **V.**

13                            **STANDARD OF LAW**

14     Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

15 requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with

16 a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.

17 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to

18 Section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with

19 protecting the public interest in the smooth, efficient operation of the bankruptcy system by

20 encouraging competent attorneys to remain in the field. First National Bank of Chicago v.

21 Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770

22 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987).

23 Toward this end, Congress specifically disavowed notions of economy of administration, and

24 provided that compensation in bankruptcy cases should be comparable to what is charged in

25 nonbankruptcy matters. Id. at 346.

26     Under the lodestar approach, the Court is to determine the number of hours reasonably

27 expended in an attorney's representation of a debtor and multiply such number by a reasonable

28 hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air,

1  478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A reasonable hourly rate is presumptively

2  the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S.

3  274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.), 853 F.2d

4  687, 691 (9th Cir. 1988). Recognizing that the determination of an appropriate "market rate" for

5  the services of a lawyer is inherently difficult, the Supreme Court stated: "Market prices of

6  commodities and most services are determined by supply and demand. In this traditional sense

7  there is no such thing as a prevailing market rate for the service of lawyers in a particular

8  community. The type of services rendered by lawyers, as well as their experience, skill, and

9  reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers

10  in private practice also vary widely. The fees charged often are based on the product of hours

11  devoted to the representation multiplied by the lawyer's customary rate." Blum v. Stenson, 465

12  U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee

13  "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own

14  attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v.

15  Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly

16  rate is the hourly amount to which attorneys in the area with comparable skill, experience and

17  reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

18      S&J respectfully submits that the hourly rates for its attorneys and paraprofessionals are

19  reasonable and appropriate in the relevant community and in view of the circumstances of these

20  cases, the demands that these cases have placed on S&J, and the results achieved thus far by

21  S&J.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## VI.

## CONCLUSION

WHEREFORE, S&J respectfully requests that this Court enter an order:

    (1)    approving on a final basis all fees and expenses previously approved by this Court;

    (2)    approving S&J's fees in the amount of $150,319.50 and expenses in the amount of $5,176.93, for total fees and expenses in the amount of $ 155,496.43 incurred during the Covered Period; after discount, the fees outstanding total $90,191.70;

    (3)    authorizing S&J to be paid the sum of $95,368.63 by the Debtors; and

    (4)    granting such other and further relief as the Court deems just and proper.

Dated:  July 30, 2009

STEPTOE & JOHNSON LLP

By: _____

RICHARD G. REINIS
KATESSA CHARLES DAVIS
JEFFREY M. GOLDMAN
Special Counsel to Debtors and Debtors
in Possession

Dated:  July 30, 2009

LEVENE, NEALE, BENDER, RANKIN &
BRILL L.L.P.

By: _____

RON BENDER
KRIKOR J. MESHEFEJIAN
Attorneys for Debtors and Debtors in
Possession

## DECLARATION OF RICHARD G. REINIS, ESQ.

I, Richard G. Reinis, Esq., hereby declare as follows:

1.     I am a partner of Steptoe & Johnson LLP ("S&J"), which is serving as commercial and employment law counsel to Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Debtors and Debtors in Possession in the above-referenced Chapter 11 bankruptcy cases (collectively, the "Debtors").

2.     I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

3.     Susan Wolf, Katessa Charles Davis, Jeff Goldman and I are the attorneys at S&J primarily responsible for handling the Debtors' commercial and employment law matters. I attach their firm biographies. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

4.     The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on S&J's business records kept in the ordinary course of S&J's business.

5.     All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which S&J requests reimbursement are the actual expenses incurred by S&J for such services, segregated for files 83451 (the Debtor's files) by matter, and S&J does not seek any additional amounts or profits with respect thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2009, at Los Angeles, California.

_____

RICHARD G. REINIS

Doc. # CC-210136 v.1

STEPTOE & JOHNSON ᴸᴸᴾ



2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
TEL: 310.734.3216
FAX: 310.734.3217
kdavis@steptoe.com

**Areas of Practice**
Commercial Litigation,
Insolvency, & Creditors'
Rights

ERISA, Labor &
Employment

Litigation

**Education**
Georgetown University
Law Center, J.D., 1989

University of California –
Santa Barbara, B.A., 1985,
Jeremy D. Friedman
Memorial Award

**Bar & Court Admissions**
California

District of Columbia

# Katessa Charles Davis

Katessa Charles Davis is a partner in the Century City office of Steptoe & Johnson LLP. Her practice focuses on commercial and employment disputes, including unfair competition, trade secrets, breach of contract, discrimination, harassment, and retaliation claims. Ms. Davis has experience in a broad range of industries, from manufacturing to entertainment, and has arbitration as well as jury trial experience in state and federal courts.

Ms. Davis counsels companies in all areas of commercial and employment law, including state and federal wage and hour matters, all aspects of employee personnel issues, privacy in the workplace, HIPAA, development of company policies, documentation of employee performance, employment and service agreements, outside salespersons, and independent contractors. Ms. Davis also represents employers in administrative proceedings, including responding to charges filed with the Department of Fair Employment and Housing, the Equal Opportunity Employment Commission, California Labor Commissioner, and U.S. Department of Labor. Ms. Davis also litigates on behalf of employers in wage and hour, sexual harassment, wrongful termination, discrimination, breach of employment contract, unlawful business practices, non-solicitation, and trade secret claims.

Ms. Davis assists employers with reducing their workforce, creating personnel handbooks, and training employees on the prevention of sexual harassment.

Ms. Davis also speaks on a multitude of employment and management related topics, including hiring and firing; leaves of absence; disability accommodation; personnel policies; discrimination laws; trade secrets; unfair business practices; and privacy in the workplace.

Ms. Davis is the past President of the Los Angeles County Bar Foundation and a member of the Legal Advisory Board of the Jenesse Center, Inc., a domestic violence intervention program. Ms. Davis is a member of the Labor and Employment Law Sections of the State Bar of California and the Los Angeles County Bar Association. She is also a past member of the Executive Committee of the Litigation Section of the State Bar of California, a past Trustee of the Los Angeles County Bar Association, and past President of the Black Women Lawyers Association of Los Angeles, Inc.

## Noteworthy

- Listed in *Southern California Super Lawyers 2009* for Employment & Labor

- Listed in *Super Lawyers Corporate Counsel November 2009* for Employment & Labor

STEPTOE & JOHNSON

## Katessa Charles Davis

- Named as one of Southern California Super Lawyers in 2004, 2005, 2006, 2007 and 2008 by *Los Angeles Magazine*.

- Listed in *Super Lawyers Corporate Counsel Edition 2008* for Labor & Employment

### Seminars & Events

Katessa Davis on Panel: The ABA Forum on the Entertainment and Sports Industries, October 17, 2008

Katessa Davis on Panel: Century City Chamber of Commerce: Raising the Bar: Retention and Promotion of Women and Minorities, June 19, 2008

Katessa Davis on Panel: My Life as a Lawyer, October 30, 2007

Katessa Davis on Panel: Diverse Female Partners of Large Law Firms Provide Best Practices for Success, October 26, 2006

### Professional Affiliations

2007-2009 Member, Finance Committee, Los Angeles County Bar Association

2007-2009 Member, Legal Advisory Board of the Jenessee Center, Inc.

2007-2008 President, Los Angeles County Bar Foundation

2004-2007 Member, ABA Presidential Advisory Council on Diversity in the Profession

2003-2005 Trustee, Los Angeles County Bar Association

1998-1999 President, Black Women Lawyers Association of Los Angeles, Inc.

1997-2000 Member, Executive Committee, Litigation Section, State Bar of California

1999 Editor-in-Chief, *California Litigation Review*, State Bar of California

STEPTOE & JOHNSON



2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
TEL: 310.734.3242
FAX: 310.734.3300
rreinis@steptoe.com

**Areas of Practice**
Corporate, Securities, &
Finance

**Education**
University of Southern
California Gould School of
Law, J.D. 1969, Staff
Writer, *University of
Southern California Law
Review*

Princeton University, A.B.,
1966

**Bar & Court Admissions**
California

US District Court Southern
District of California

US Court of Appeals Ninth
Circuit

# Richard G. Reinis

Richard G. Reinis is of counsel in the Century City office of Steptoe & Johnson
LLP, where he practices corporate counseling, commercial transactions,
trademark and copyright law, including distributor agreements; licensing,
portfolio management and counseling. Richard has extensive experience in the
consumer, retail and apparel industries including counseling designers,
manufacturers, retailers, contractors and suppliers. Mr. Reinis also has ten years
experience in all aspects of franchising restaurants and retail foods.

Richard has served as an expert witness on apparel-related litigation matters and
is a court-appointed Special Master. He previously served as lead counsel in
several jury trials and has experience with the American Arbitration Association
as well as in Federal Court matters, especially regarding copyright and trademark
law.

He is director and secretary of the Maxwell H. Gluck Foundation, a member of
the Endowment Investment Committee of the University of California at
Riverside Foundation, and lectures to business school students at the University
of Southern California and UCLA.

## Selected Publications

REACH EU Regulations Deadline of Dec. 1
November 28, 2008

STEPTOE & JOHNSON



2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
TEL: 310.734.3275
FAX: 310.734.3300
swolf@steptoe.com

**Areas of Practice**
Asset Finance

Business & Financial
Restructuring

Corporate, Securities, &
Finance

Distressed Real Estate
Litigation & Restructuring

Mergers & Acquisitions

Private Equity/Venture
Capital

Strategic Alliances/Joint
Ventures

**Education**
University of Michigan Law
School, J.D., with
distinction, 1981

University of Michigan,
B.A.,1978

**Bar & Court Admissions**
California

# Susan A. Wolf

Susan A. Wolf is a partner in the Century City office of Steptoe & Johnson LLP,
where she is a member of the Business Solutions Department. Her broad
corporate practice spans finance, mergers and acquisitions, secured and
unsecured corporate and commercial lending, and structuring and administration
of limited liability companies, partnerships and corporations.

Ms. Wolf provides business counseling on such issues as ownership structure,
startup and expansion financing, key operational and management tactics,
liquidity and capital events and exit strategies. Ms. Wolf's clients include high
net worth individuals, entrepreneurs and closely-held family businesses, for
which she often serves as outside general counsel.

## Representative Matters

- Counsel to owners and executives of significant mortgage lenders
  including acquisitions and dispositions of equity, executive
  compensation arrangements, operating agreements, owners' agreements
  and related transactions.

- Counsel to co-owners of nationally branded chain of sports themed
  restaurants and licensee of major international brand. Includes partner
  issues, financing, licensing and related matters.

- Counsel to co-owner of significant music and real-estate enterprise in
  dispute between founders involving music publishing rights, venture
  capital investments, independent film finance and production, and
  music composition.

- Representation of management of a manufacturer in connection with
  executive compensation, employment agreements, indemnification
  agreements, change of control agreements, restricted stock awards,
  stock option agreements and related issues.

- Design and implementation of merger of Japanese-owned corporate
  affiliates which manufacture motors and other components for various
  electronic devices.

- Representation of CEO of sub-prime mortgage lender now in
  bankruptcy in relation to the debtor and to the creditors' committee.

## Professional Affiliations

Member, State Bar of California, Business Law Section

STEPTOE & JOHNSON



2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
TEL: 310.734.3260
FAX: 310.734.3300
jgoldman@steptoe.com

**Areas of Practice**
Litigation

**Education**
University of California,
Los Angeles, J.D., 2004,
Order of the Coif, Edward
and Emma DeGarmo
Scholarship, Honorable Earl
B. Gilliam Scholarship,
Member, *UCLA
Entertainment Law Review*,
2002-2003

University of Wisconsin,
B.A., 2001

**Bar & Court Admissions**
California

US District Court, Central
District of California

# Jeffrey M. Goldman

Jeffrey M. Goldman is an associate in the Century City office of Steptoe &
Johnson LLP, where he is a member of the Litigation Department. His
practice focuses on complex litigation, including securities litigation, class
actions, employment law, and intellectual property.

## Noteworthy

- UCLA Trial Advocacy Clinic

- UCLA Street Law Clinic

- Contributing Attorney – ACLU of Southern California

## Selected Publications

Co-Author, Decision May Shift Costs of Electronic Document Review
March 30, 2005, *Los Angeles Daily Journal*

Avoiding Blurred Lines: The Computation of Damages in Rule 10b-5 Securities
Class Action Lawsuits in the Ninth Circuit and a Proposal for a More Sensible
System
2 Hastings Bus. L. J. 261
*Hastings Business Law Journal*

Protecting Gays From the Government's Crosshairs: A Reevaluation of the
Ninth Circuit's Treatment of Gays Under the Federal Constitution's Equal
Protection Clause Following Lawrence v. Texas
39 U.S.F.L. Rev. 617.
*University of San Francisco Law Review*

## Professional Affiliations

American Bar Association

Los Angeles County Bar Association

Beverly Hills Bar Association

## Steptoe & Johnson Hourly Rates for Professionals

Richard Reinis: $565/HR

Katessa Davis: $560/HR

Susan Wolf: $565/HR

Jeffrey Goldman: May 15, 2008 – December 31, 2008 ($390/HR)
January 1, 2009 – July 6, 2009 ($430/HR)

**EXHIBIT A**

**083541.00001- HOUSER V GCFF**

|  | Invoice | Date | Fees | Cost | Total |
|------|---------|------|------|------|-------|
| BILL | 2259774 | 6/10/2008 | 420.00 | 2.00 | 422.00 |
| BILL | 2263373 | 7/15/2008 | 76.00 | 207.00 | 283.00 |
| BILL | 2267962 | 8/20/2008 | 0.00 | 69.34 | 69.34 |
| BILL | 2272208 | 9/24/2008 | 0.00 | 9.00 | 9.00 |
| PAYDC | 13508 | 10/7/2008 | 0.00 | -9.00 | -9.00 |
|  |  |  |  |  | 0.00 |
| BILL | 2274055 | 10/8/2008 | 14,911.25 | 584.21 | 15,495.46 |
| BILL | 2279081 | 11/10/2008 | 25,698.50 | 312.06 | 26,010.56 |
| BILL | 2283359 | 12/8/2008 | 8,777.00 | 264.78 | 9,041.78 |
| BILL | 2285967 | 1/8/2009 | 2,522.50 | 123.38 | 2,645.88 |
| BILL | 2293208 | 3/12/2009 | 544.00 | 7.00 | 551.00 |
| BILL | 2297173 | 4/10/2009 | 9,581.50 | 40.35 | 9,621.85 |
| BILL | 2300522 | 5/8/2009 | 16,548.00 | 1,475.51 | 18,023.51 |
| BILL | 2304048 | 6/10/2009 | 560.00 | 679.43 | 1,239.43 |
| BILL | 2307876 | 7/13/2009 | 168.00 | 79.30 | 247.30 |

| | | | | | |
|------|------|------|------|------|------|
| TOTAL BILLED | | | 79,806.75 | 3,853.36 | 83,660.11 |
| TOTAL PAID | | | 0.00 | 9.00 | 9.00 |
| TOTAL UNBILLED | | | 1,263.75 | 1.00 | 1,264.75 |
| TOTAL OUTSTANDING | | | **81,070.50** | **3,854.36** | **84,924.86** |

Billed and Unbilled Recap Of Time Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/20/2008 | 00355 | Katessa Charles Davis | 0.75 | 420.00 | Review and analysis of client's settlement | 083451.00001 | 9386740 |
| 08/10/2008 | | Invoice=2259774 | 0.75 | 420.00 | agreement and release. | | |
| 06/16/2008 | 05831 | Kristina Eckert | 0.40 | 76.00 | Draft Request for Dismissal | 083451.00001 | 9441582 |
| 07/15/2008 | | Invoice=2283373 | 0.40 | 76.00 | | | |
| 09/19/2008 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Review moving papers for preliminary approval | 083451.00001 | 9761158 |
| 10/08/2008 | | Invoice=2274055 | 3.00 | 1,680.00 | of class action settlement and attendant legal | | |
| | | | | | research. | | |
| 09/22/2008 | 05831 | Kristina Eckert | 0.50 | 95.00 | review and print cases/authorities | 083451.00001 | 9744596 |
| 10/08/2008 | | Invoice=2274055 | 0.50 | 95.00 | | | |
| 09/22/2008 | 00355 | Katessa Charles Davis | 8.00 | 4,480.00 | Draft opposition and objections to motion for | 083451.00001 | 9732463 |
| 10/08/2008 | | Invoice=2274055 | 8.00 | 4,480.00 | preliminary approval of class action | | |
| | | | | | settlement; and attendant legal research. | | |
| 09/23/2008 | 00355 | Katessa Charles Davis | 8.50 | 4,760.00 | Research and draft opposition to Motion for | 083451.00001 | 9736568 |
| 10/08/2008 | | Invoice=2274055 | 8.50 | 4,760.00 | Preliminary Approval of Settlement and | | |
| | | | | | Objections to Declarations of Bacerra and | | |
| | | | | | Green. | | |
| 09/23/2008 | 05831 | Kristina Eckert | 0.50 | 95.00 | review cases for good law | 083451.00001 | 9744599 |
| 10/08/2008 | | Invoice=2274055 | 0.50 | 95.00 | | | |
| 09/23/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | Review objections to class certification and | 083451.00001 | 9745463 |
| 10/08/2008 | | Invoice=2274055 | 1.00 | 565.00 | draft supplement. | | |
| 09/24/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | Review Objections to Class Certification, | 083451.00001 | 9745470 |
| 10/08/2008 | | Invoice=2274055 | 1.00 | 565.00 | revise and return for filing. | | |
| 09/24/2008 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Finalize opposition to motion for preliminary | 083451.00001 | 9742922 |
| 10/08/2008 | | Invoice=2274055 | 2.50 | 1,400.00 | approval of settlement and objections to | | |
| | | | | | counsel's supporting declarations. | | |
| 09/25/2008 | 00365 | Richard Reinis | 0.25 | 141.25 | e-mail Davis regarding filing Objections with | 083451.00001 | 9745473 |
| 10/08/2008 | | Invoice=2274055 | 0.25 | 141.25 | Court. | | |
| 09/30/2008 | 00365 | Richard Reinis | 2.00 | 1,130.00 | Prepare for hearing tomorrow and memo to file | 083451.00001 | 9769570 |
| 10/08/2008 | | Invoice=2274055 | 2.00 | 1,130.00 | re arguments. | | |
| 10/01/2008 | 00365 | Richard Reinis | 1.70 | 960.50 | Attend hearing and memo to file re re-scheduled | 083451.00001 | 9780106 |
| 11/10/2008 | | Invoice=2279081 | 1.70 | 960.50 | hearing on P's motion for class certification. | | |
| 10/03/2008 | 00355 | Katessa Charles Davis | 2.00 | 1,120.00 | Review and analysis of file in preparation of | 083451.00001 | 9862748 |
| 11/10/2008 | | Invoice=2279081 | 2.00 | 1,120.00 | sur-opposition to motion for preliminary | | |
| | | | | | approval of class action settlement. | | |
| 10/06/2008 | 00355 | Katessa Charles Davis | 0.20 | 112.00 | Analysis of dismissal of Krispy Kreme Doughnuts | 083451.00001 | 9783024 |
| 11/10/2008 | | Invoice=2279081 | 0.20 | 112.00 | and supporting declarations. | | |
| 10/06/2008 | 00355 | Katessa Charles Davis | 4.50 | 2,520.00 | Prepare sur-reply in support of opposition to | 083451.00001 | 9783025 |
| 11/10/2008 | | Invoice=2279081 | 4.50 | 2,520.00 | motion for preliminary approval of class | | |
| | | | | | settlement and attendant legal research; review | | |
| | | | | | of file documents. | | |
| 10/07/2008 | 00355 | Katessa Charles Davis | 7.00 | 3,920.00 | Prepare status conference form for upcoming | 083451.00001 | 9797014 |
| 11/10/2008 | | Invoice=2279081 | 7.00 | 3,920.00 | hearing re status of bankruptcy proceedings.; | | |
| | | | | | further edit and revise sur-opposition brief to | | |
| | | | | | motion for preliminary approval of class action | | |
| | | | | | settlement; review and analysis of file. | | |
| 10/08/2008 | 00355 | Katessa Charles Davis | 7.00 | 3,920.00 | Review and analysis of contents of state and | 083451.00001 | 9789956 |
| 11/10/2008 | | Invoice=2279081 | 7.00 | 3,920.00 | federal court records and correspondence of | | |
| | | | | | file; communication with court clerk; prepare | | |
| | | | | | and complete status conference statement; | | |
| | | | | | revise and complete sur-opposition to | | |
| | | | | | preliminary approval of settlement agreement | | |
| | | | | | with Administaff | | |
| 10/09/2008 | 05831 | Kristina Eckert | 0.40 | 76.00 | assemble binder for hearing | 083451.00001 | 9806035 |
| 11/10/2008 | | Invoice=2279081 | 0.40 | 76.00 | | | |
| 10/10/2008 | 05831 | Kristina Eckert | 0.60 | 114.00 | update hearing binder | 083451.00001 | 9806039 |
| 11/10/2008 | | Invoice=2279081 | 0.60 | 114.00 | | | |

Billed and Unbilled Recap Of Time Detail - [083451.00001 - HOUSER V GCFF]    Page 2
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| 10/10/2008 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Finalize and prepare for filing sur-opposition | 083451.00001 | 9862751 |
| 11/10/2008 | | Invoice=2279081 | 3.00 | 1,680.00 | to motion for preliminary approval of class | | |
| | | | | | action settlement. | | |
| 10/16/2008 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Preparation for status conference. | 083451.00001 | 9862755 |
| 11/10/2008 | | Invoice=2279081 | 0.50 | 280.00 | | | |
| 10/16/2008 | 00355 | Katessa Charles Davis | 2.00 | 1,120.00 | Preparation for hearing on motion by review and | 083451.00001 | 9862756 |
| 11/10/2008 | | Invoice=2279081 | 2.00 | 1,120.00 | analysis of state and federal court file; | | |
| | | | | | prepare legal arguments. | | |
| 10/20/2008 | 05831 | Kristina Eckert | 0.40 | 76.00 | review and print cases | 083451.00001 | 9825149 |
| 11/10/2008 | | Invoice=2279081 | 0.40 | 76.00 | | | |
| 10/20/2008 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Attendance at status conference re bankruptcy | 083451.00001 | 9857874 |
| 11/10/2008 | | Invoice=2279081 | 4.00 | 2,240.00 | proceeding and draft memo re the same. | | |
| 10/20/2008 | 00355 | Katessa Charles Davis | 3.50 | 1,960.00 | Research and preparation of research for | 083451.00001 | 9857875 |
| 11/10/2008 | | Invoice=2279081 | 3.50 | 1,960.00 | hearing on preliminary approval of class action | | |
| | | | | | settlement with Administaff; preparation for | | |
| | | | | | hearing on preliminary approval of class action | | |
| | | | | | settlement; draft memo re legal arguments. | | |
| 10/21/2008 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Preparation for hearing on preliminary approval | 083451.00001 | 9857877 |
| 11/10/2008 | | Invoice=2279081 | 2.50 | 1,400.00 | of settlements with Administaff and KKDC and | | |
| | | | | | attendant legal research. | | |
| 10/23/2008 | 00355 | Katessa Charles Davis | 6.00 | 3,360.00 | Attendance at hearing on Plaintiffs' motion for | 083451.00001 | 9857879 |
| 11/10/2008 | | Invoice=2279081 | 6.00 | 3,360.00 | preliminary approval of class action | | |
| | | | | | settlement; draft memo re the same; | | |
| | | | | | communication with Holly Roarke regardign the | | |
| | | | | | same; review and analyze cases cited in Judge's | | |
| | | | | | tentative ruling re settlement. | | |
| 10/27/2008 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Analysis of state and federal decisions cited | 083451.00001 | 9857885 |
| 11/10/2008 | | Invoice=2279081 | 1.50 | 840.00 | in Judge Murphy's tentative ruling; analysis of | | |
| | | | | | notice of ruling re hearing on preliminary | | |
| | | | | | approval of class action settlement and | | |
| | | | | | preparation for further argument. | | |
| 11/03/2008 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | analysis of Plaintiffs' supplemental brief re | 083451.00001 | 9886317 |
| 12/08/2008 | | Invoice=2283359 | 0.50 | 280.00 | issues raised by court and review of notice and | | |
| | | | | | claim forms. | | |
| 11/14/2008 | 05831 | Kristina Eckert | 0.20 | 38.00 | print cases | 083451.00001 | 9907881 |
| 12/08/2008 | | Invoice=2283359 | 0.20 | 38.00 | | | |
| 11/14/2008 | 00355 | Katessa Charles Davis | 5.00 | 2,800.00 | Draft and finalize further sur-opposition brief | 083451.00001 | 9916149 |
| 12/08/2008 | | Invoice=2283359 | 5.00 | 2,800.00 | for continued hearing on preliminary approval | | |
| | | | | | of settlement. | | |
| 11/18/2008 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Review papers and prepare legal arguments for | 083451.00001 | 9916155 |
| 12/08/2008 | | Invoice=2283359 | 1.50 | 840.00 | hearing on motion for preliminary approval of | | |
| | | | | | class action settlement. | | |
| 11/19/2008 | 00355 | Katessa Charles Davis | 3.50 | 1,960.00 | Appearance on behalf of GCFF at continued | 083451.00001 | 9921921 |
| 12/08/2008 | | Invoice=2283359 | 3.50 | 1,960.00 | hearing on Plaintiffs' motion for preliminary | | |
| | | | | | approval of class action settlement. | | |
| 11/20/2008 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Analysis of Plaintiffs' reply to GCFF further | 083451.00001 | 9921924 |
| 12/08/2008 | | Invoice=2283359 | 2.50 | 1,400.00 | sur-opposition to motion for preliminary | | |
| | | | | | approval of class action settlement and | | |
| | | | | | supporting declarations and exhibits; draft | | |
| | | | | | responsive arguments. | | |
| 11/24/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Analysis of Plaintiffs' reply of furhter | 083451.00001 | 9928969 |
| 12/08/2008 | | Invoice=2283359 | 1.00 | 560.00 | sur-opposition and preparation for hearing on | | |
| | | | | | class action settlement. | | |
| 11/25/2008 | 00365 | Richard Reinis | 0.60 | 339.00 | Preparation for hearing regarding class | 083451.00001 | 9957605 |
| 12/08/2008 | | Invoice=2283359 | 0.60 | 339.00 | certification. | | |
| 11/26/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Preparation for court appearance on plaintiff's | 083451.00001 | 9952710 |
| 12/08/2008 | | Invoice=2283359 | 1.00 | 560.00 | motion for preliminary approval of class action | | |
| | | | | | settlement; review briefs, case law and notice | | |
| | | | | | forms for class members. | | |

Billed and Unbilled Recap Of Time Detail - [083451.00001 - HOUSER V GCFF]

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC  7/30/2009 4:16:26 PM

Page 3

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/01/2008 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Attendance at hearing on motion for preliminary | 083451.00001 | 9974758 |
| 01/08/2009 | | Invoice=2285967 | 3.00 | 1,680.00 | approval of class action settlement. | | |
| | | | | | | | |
| 12/01/2008 | 00365 | Richard Reinis | 0.50 | 282.50 | Review memo on trial court's ruling certifying | 083451.00001 | 9974781 |
| 01/08/2009 | | Invoice=2285967 | 0.50 | 282.50 | class as relates to Administaff. | | |
| | | | | | | | |
| 12/02/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Analysis of notice of ruling, proposed order, | 083451.00001 | 9974761 |
| 01/08/2009 | | Invoice=2285967 | 1.00 | 560.00 | exhibits and including notice to class members | | |
| | | | | | and claim form. | | |
| | | | | | | | |
| 02/04/2009 | 05831 | Kristina Eckert | 1.00 | 205.00 | legal research re service of summons and | 083451.00001 | 10103471 |
| 03/12/2009 | | Invoice=2293208 | 1.00 | 205.00 | complaint via fax | | |
| | | | | | | | |
| 02/11/2009 | 00365 | Richard Reinis | 0.60 | 339.00 | Review pleadings filed by P for relief from | 083451.00001 | 10116793 |
| 03/12/2009 | | Invoice=2293208 | 0.60 | 339.00 | stay. | | |
| | | | | | | | |
| 03/09/2009 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Initial analysis of litigation strategy as to | 083451.00001 | 10191736 |
| 04/10/2009 | | Invoice=2297173 | 4.00 | 2,240.00 | defendant Great Circle Management and possible | | |
| | | | | | motion to consolidate with bankruptcy action | | |
| | | | | | against Great circle Family Foods; review of | | |
| | | | | | complaints of related actions; initial draft of | | |
| | | | | | motion to consolidate; communication with | | |
| | | | | | counsel for Plaintiffs Houser. | | |
| | | | | | | | |
| 03/10/2009 | 00355 | Katessa Charles Davis | 1.90 | 1,064.00 | Further analysis of litigation strategy and | 083451.00001 | 10197635 |
| 04/10/2009 | | Invoice=2297173 | 1.90 | 1,064.00 | preparation of motion to consolidate; analysis | | |
| | | | | | of incoming correspondence from Plaintiff's | | |
| | | | | | counsel re sworn statements. | | |
| | | | | | | | |
| 03/11/2009 | 00355 | Katessa Charles Davis | 0.10 | 56.00 | Conversation with Roger Glickman re status of | 083451.00001 | 10206397 |
| 04/10/2009 | | Invoice=2297173 | 0.10 | 56.00 | cases and production of redacted tax returns of | | |
| | | | | | Great Circle Management. | | |
| | | | | | | | |
| 03/12/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Communication with Glickman re documents | 083451.00001 | 10208398 |
| 04/10/2009 | | Invoice=2297173 | 0.50 | 280.00 | (balance sheets, tax returns, etc) to provide | | |
| | | | | | to Plaintiffs' counsel in order to avoid | | |
| | | | | | another lawsuit; analysis of notice of case | | |
| | | | | | management conference. | | |
| | | | | | | | |
| 03/17/2009 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Draft and edit motion to consolidate actions | 083451.00001 | 10213570 |
| 04/10/2009 | | Invoice=2297173 | 3.00 | 1,680.00 | involving GCFF and GC Management. | | |
| | | | | | | | |
| 03/18/2009 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Legal research in support of motion to | 083451.00001 | 10218605 |
| 04/10/2009 | | Invoice=2297173 | 4.00 | 2,240.00 | consolidate and/or stay; and initial draft of | | |
| | | | | | demurrer to complaint based on fact that | | |
| | | | | | another action is pending. | | |
| | | | | | | | |
| 03/19/2009 | 05831 | Kristina Eckert | 0.30 | 61.50 | pull cases for demurrer | 083451.00001 | 10221784 |
| 04/10/2009 | | Invoice=2297173 | 0.30 | 61.50 | | | |
| | | | | | | | |
| 03/31/2009 | 00355 | Katessa Charles Davis | 3.50 | 1,960.00 | Intial draft and legal research in support of | 083451.00001 | 10255713 |
| 04/10/2009 | | Invoice=2297173 | 3.50 | 1,960.00 | demurrer and motion to consolidate. | | |
| | | | | | | | |
| 04/02/2009 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Drafting demurrer and motion to consolidate | 083451.00001 | 10279013 |
| 05/08/2009 | | Invoice=2300522 | 4.00 | 2,240.00 | with GCFF action. | | |
| | | | | | | | |
| 04/03/2009 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Further drafting and research related to | 083451.00001 | 10279016 |
| 05/08/2009 | | Invoice=2300522 | 3.00 | 1,680.00 | demurrer and motion to consolidate with GCFF | | |
| | | | | | action. | | |
| | | | | | | | |
| 04/03/2009 | 00355 | Katessa Charles Davis | 2.00 | 1,120.00 | (w/o)Further drafting and research related to | 083451.00001 | 10373191 |
| | | | | | demurrer and motion to consolidate with GCFF | | |
| | | | | | action. | | |
| | | | | | | | |
| 04/06/2009 | 00355 | Katessa Charles Davis | 6.00 | 3,360.00 | Draft and revise demurrer and motion to | 083451.00001 | 10288562 |
| 05/08/2009 | | Invoice=2300522 | 6.00 | 3,360.00 | consolidate and stay. | | |
| | | | | | | | |
| 04/07/2009 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Further revision and research re demurrer and | 083451.00001 | 10289738 |
| 05/08/2009 | | Invoice=2300522 | 3.00 | 1,680.00 | motion to stay, or in the alternative, to | | |
| | | | | | consolidate; communication with Plaintiff's | | |
| | | | | | counsel re responsive pleading and status | | |
| | | | | | conference statement. | | |
| | | | | | | | |
| 04/07/2009 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | (w/o)Further revision and research re demurrer | 083451.00001 | 10373192 |
| | | | | | and motion to stay, or in the alternative, to | | |

Billed and Unbilled Recap Of Time Detail - [083451.00001 - HOUSER V GCFF]

Page 4

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| | | | | | consolidate; communication with Plaintiff's | | |
| | | | | | counsel re responsive pleading and status | | |
| | | | | | conference statement. | | |
| 04/08/2009 | 00355 | Katessa Charles Davis | 4.50 | 2,520.00 | (w/o)Draft and research motion to consolidate, | 083451.00001 | 10373194 |
| | | | | | or in the alternative, to stay action because | | |
| | | | | | of related case; draft and edit demurrer to | | |
| | | | | | complaint; prepare requests for judicial | | |
| | | | | | notice. | | |
| 04/08/2009 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Draft and research motion to consolidate, or in | 083451.00001 | 10294376 |
| 05/08/2009 | | Invoice=2300522 | 4.00 | 2,240.00 | the alternative, to stay action because of | | |
| | | | | | related case; draft and edit demurrer to | | |
| | | | | | complaint; prepare requests for judicial | | |
| | | | | | notice. | | |
| 04/09/2009 | 00355 | Katessa Charles Davis | 0.60 | 336.00 | Prepare status conference statement advising | 083451.00001 | 10298769 |
| 05/08/2009 | | Invoice=2300522 | 0.60 | 336.00 | court of status and related case. | | |
| 04/10/2009 | 00355 | Katessa Charles Davis | 3.50 | 1,960.00 | Finalize demurrer and motion to stay, or in the | 083451.00001 | 10301693 |
| 05/08/2009 | | Invoice=2300522 | 3.50 | 1,960.00 | alternative to completely consolidate; finalize | | |
| | | | | | request for judicial notice; finalize case | | |
| | | | | | management conference statement. | | |
| 04/10/2009 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | (w/o)Finalize demurrer and motion to stay, or | 083451.00001 | 10373193 |
| | | | | | in the alternative to completely consolidate; | | |
| | | | | | finalize request for judicial notice; finalize | | |
| | | | | | case management conference statement. | | |
| 04/14/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Discuss and develop legal strategy re GCFF | 083451.00001 | 10306459 |
| 05/08/2009 | | Invoice=2300522 | 0.50 | 280.00 | estimation proceedings in bankruptcy court and | | |
| | | | | | impact on state court actions. | | |
| 04/22/2009 | 00355 | Katessa Charles Davis | 0.70 | 392.00 | Prepare and file notice of taking demurrer and | 083451.00001 | 10352030 |
| 05/08/2009 | | Invoice=2300522 | 0.70 | 392.00 | motion to stay off calendar without prejudice | | |
| | | | | | to file later. | | |
| 04/23/2009 | 00355 | Katessa Charles Davis | 4.25 | 2,380.00 | Attendance at Case Management Conference and | 083451.00001 | 10321056 |
| 05/08/2009 | | Invoice=2300522 | 4.25 | 2,380.00 | OSC re bankruptcy proceedings as GCFF and GCM | | |
| | | | | | in Los Angeles Superior Court; draft memo to | | |
| | | | | | file re the same; communication with client re | | |
| | | | | | the same; draft notice of taking demurrer and | | |
| | | | | | motion to stay off-calendar without prejudice. | | |
| 05/12/2009 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Draft deposition notice for both Houser and | 083451.00001 | 10385091 |
| 06/10/2009 | | Invoice=2304048 | 1.00 | 560.00 | Erdos. | | |
| 06/17/2009 | 00355 | Katessa Charles Davis | 0.30 | 168.00 | Analysis of motion for final approval of class | 083451.00001 | 10537338 |
| 07/13/2009 | | Invoice=2307876 | 0.30 | 168.00 | action settlement. | | |
| 07/06/2009 | 00365 | Richard Reinis | 0.75 | 423.75 | Review OSC re status conference and revise | 083451.00001 | 10602067 |
| | | | | | objections thereto. | | |
| 07/06/2009 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Analysis of notice of status conference and | 083451.00001 | 10617936 |
| | | | | | draft objections thereto. | | |
| | | UNBILLED TOTALS:   WORK | 10.75 | 6,023.75 | 6 records | | |
| | | UNBILLED TOTALS:   BILL: | 2.25 | 1,263.75 | | | |
| | | BILLED TOTALS:   WORK: | 145.25 | 79,806.75 | 63 records | | |
| | | BILLED TOTALS:   BILL: | 145.25 | 79,806.75 | | | |
| | | GRAND TOTALS:   WORK: | 156.00 | 85,830.50 | 89 records | | |
| | | GRAND TOTALS:   BILL: | 147.50 | 81,070.50 | | | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/ Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/27/2008 | 07720 | Maria S. Darvell | DUPLCC | 10.00 | 0.20 | 2.00 | MARIA DARVELL       Copies made: 10 | 12779647 |
| 06/10/2008 | | Invoice=2259774 | | 10.00 | 0.20 | 2.00 | Unit ID: CCCOP03   Notes: | |
| 06/08/2008 | 09245 | CC Merrill | DUPLCC | 108.00 | 0.20 | 21.60 | MERRILL-CC       Copies made: 108 | 12782896 |
| 07/15/2008 | | Invoice=2263373 | | 108.00 | 0.20 | 21.60 | Unit ID: CCDCOP02 Notes: | |
| 06/06/2008 | 09245 | CC Merrill | DUPLCC | 12.00 | 0.20 | 2.40 | MERRILL-CC       Copies made: 12 | 12782897 |
| 07/15/2008 | | Invoice=2263373 | | 12.00 | 0.20 | 2.40 | Unit ID: CCDCOP02 Notes: RODRIGUEZ, MARIA | |
| 06/06/2008 | 09245 | CC Merrill | DUPLCC | 13.00 | 0.20 | 2.60 | MERRILL-CC       Copies made: 13 | 12782898 |
| 07/15/2008 | | Invoice=2263373 | | 13.00 | 0.20 | 2.60 | Unit ID: CCDCOP02 Notes: RODRIGUEZ, MARIA | |
| 06/06/2008 | 09245 | CC Merrill | DUPLCC | 29.00 | 0.20 | 5.80 | MERRILL-CC       Copies made: 29 | 12782899 |
| 07/15/2008 | | Invoice=2263373 | | 29.00 | 0.20 | 5.80 | Unit ID: CCDCOP02 Notes: RODRIGUEZ, MARIA | |
| 06/09/2008 | 09245 | CC Merrill | DUPLCC | 61.00 | 0.20 | 12.20 | MERRILL-CC       Copies made: 61 | 12782900 |
| 07/15/2008 | | Invoice=2263373 | | 61.00 | 0.20 | 12.20 | Unit ID: CCDCOP01 Notes: | |
| 06/09/2008 | 09245 | CC Merrill | DUPLCC | 45.00 | 0.20 | 9.00 | MERRILL-CC       Copies made: 45 | 12782901 |
| 07/15/2008 | | Invoice=2263373 | | 45.00 | 0.20 | 9.00 | Unit ID: CCDCOP01 Notes: DARVELL, MARIA | |
| 06/09/2008 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | MERRILL-CC       Copies made: 3 | 12782902 |
| 07/15/2008 | | Invoice=2263373 | | 3.00 | 0.20 | 0.60 | Unit ID: CCDCOP01 Notes: DARVELL, MARIA | |
| 06/09/2008 | 09245 | CC Merrill | DUPLCC | 12.00 | 0.20 | 2.40 | MERRILL-CC       Copies made: 12 | 12782903 |
| 07/15/2008 | | Invoice=2263373 | | 12.00 | 0.20 | 2.40 | Unit ID: CCDCOP01 Notes: DARVELL, MARIA | |
| 06/24/2008 | 08870 | Steven Ridgill | DUPLCC | 103.00 | 0.20 | 20.60 | STEVEN RIDGILL       Copies made: 103 | 12818348 |
| 07/15/2008 | | Invoice=2263373 | | 103.00 | 0.20 | 20.60 | Unit ID: CCDCOP01 Notes: | |
| 06/25/2008 | 09066 | Merrill | DUPLCC | 324.00 | 0.20 | 64.80 | TEMPS-CC       Copies made: 324 | 12818350 |
| 07/15/2008 | | Invoice=2263373 | | 324.00 | 0.20 | 64.80 | Unit ID: CCDCOP02 Notes: | |
| 06/28/2008 | 00365 | Richard Reinis | WESTLAW | 1.00 | 65.00 | 65.00 | Westlaw On-Line Research | 12796433 |
| 07/15/2008 | | Invoice=2263373 | | 1.00 | 65.00 | 65.00 | DC Westlaw Search by:  GOLDMAN,JEFFREY | |
| 07/07/2008 | 09245 | CC Merrill | DUPLCC | 21.00 | 0.20 | 4.20 | MERRILL-CC       Copies made: 21 | 12838825 |
| 08/20/2008 | | Invoice=2267962 | | 21.00 | 0.20 | 4.20 | Unit ID: CCDCOP02 Notes: | |
| 07/07/2008 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | MERRILL-CC       Copies made: 1 | 12838826 |
| 08/20/2008 | | Invoice=2267962 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP02 Notes: RODRIGUEZ, MARIA | |
| 07/07/2008 | 09245 | CC Merrill | DUPLCC | 7.00 | 0.20 | 1.40 | MERRILL-CC       Copies made: 7 | 12838827 |
| 08/20/2008 | | Invoice=2267962 | | 7.00 | 0.20 | 1.40 | Unit ID: CCDCOP02 Notes: RODRIGUEZ, MARIA | |
| 07/08/2008 | 09245 | CC Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | MERRILL-CC       Copies made: 6 | 12838828 |
| 08/20/2008 | | Invoice=2267982 | | 6.00 | 0.20 | 1.20 | Unit ID: CCDCOP01 Notes: TEMP08, CC_SECRE | |
| 07/08/2008 | 09245 | CC Merrill | DUPLCC | 62.00 | 0.20 | 12.40 | MERRILL-CC       Copies made: 62 | 12838829 |
| 08/20/2008 | | Invoice=2267962 | | 62.00 | 0.20 | 12.40 | Unit ID: CCDCOP01 Notes: TEMP08, CC_SECRE | |
| 07/28/2008 | 00365 | Richard Reinis | WESTLAW | 1.00 | 49.94 | 49.94 | Westlaw On-Line Research | 12876367 |
| 08/20/2008 | | Invoice=2267962 | | 1.00 | 49.94 | 49.94 | DC Westlaw Search by:  ECKERT,KRISTINA | |
| 08/20/2008 | 00354 | Mark A. Neubauer | LOCALTR | 1.00 | 9.00 | 9.00 | Local Transportation -  MARK NEUBAUER- Toll | 12914668 |
| 09/24/2008 | | Invoice=2272208 | | 1.00 | 9.00 | 9.00 | road fees (2) re appearance in Vista Court on 08/01/08 | |
| | | Voucher=647088 Paid | | | | | Vendor=MARK NEUBAUER Balance= .00 Amount= 179.92 | |
| | | | | | | | Check #471482 08/20/2008 | |
| 09/22/2008 | 09066 | Merrill | DUPLCC | 41.00 | 0.20 | 8.20 | TEMPS-CC       Copies made: 41 | 13011134 |
| 10/08/2008 | | Invoice=2274055 | | 41.00 | 0.20 | 8.20 | Unit ID: CCDCOP02 Notes: | |
| 09/22/2008 | 09066 | Merrill | DUPLCC | 62.00 | 0.20 | 12.40 | TEMPS-CC       Copies made: 62 | 13011135 |
| 10/08/2008 | | Invoice=2274055 | | 62.00 | 0.20 | 12.40 | Unit ID: CCDCOP02 Notes: | |
| 09/22/2008 | 00365 | Richard Reinis | WESTLAW | 1.00 | 429.96 | 429.96 | Westlaw On-Line Research | 13013727 |
| 10/08/2008 | | Invoice=2274055 | | 1.00 | 429.96 | 429.96 | DC Westlaw Search by:  ECKERT,KRISTINA | |
| 09/23/2008 | 08870 | Steven Ridgill | DUPLCC | 22.00 | 0.20 | 4.40 | STEVEN RIDGILL       Copies made: 22 | 13011136 |
| 10/08/2008 | | Invoice=2274055 | | 22.00 | 0.20 | 4.40 | Unit ID: CCDCOP02 Notes: | |
| 09/23/2008 | 00365 | Richard Reinis | LEXIS | 1.00 | 48.25 | 48.25 | Lexis On-Line Research | 13015419 |
| 10/08/2008 | | Invoice=2274055 | | 1.00 | 48.25 | 48.25 | DC Lexis Search by:  ECKERT, KRISTIN | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 176.00 | 0.20 | 35.20 | TEMPS-CC       Copies made: 176 | 13011137 |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| 10/08/2008 | | Invoice=2274055 | | 176.00 | 0.20 | 35.20 | Unit ID: CCDCOP02 Notes: | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 16.00 | 0.20 | 3.20 | TEMPS-CC       Copies made: 16 | 13024614 |
| 10/08/2008 | | Invoice=2274055 | | 16.00 | 0.20 | 3.20 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | TEMPS-CC       Copies made: 6 | 13024615 |
| 10/08/2008 | | Invoice=2274055 | | 6.00 | 0.20 | 1.20 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 83.00 | 0.20 | 16.60 | TEMPS-CC       Copies made: 83 | 13024616 |
| 10/08/2008 | | Invoice=2274055 | | 83.00 | 0.20 | 16.60 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024617 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024618 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024619 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024620 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024621 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024622 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024623 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024624 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024625 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024626 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024627 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024628 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024629 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024630 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024631 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024632 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024633 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024634 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024635 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024636 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/24/2008 | 09066 | Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | TEMPS-CC       Copies made: 2 | 13024637 |
| 10/08/2008 | | Invoice=2274055 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: VENTURA, CIRIA | |
| 09/29/2008 | 08870 | Steven Ridgill | DUPLCC | 4.00 | 0.20 | 0.80 | STEVEN RIDGILL       Copies made: 4 | 13024638 |
| 10/08/2008 | | Invoice=2274055 | | 4.00 | 0.20 | 0.80 | Unit ID: CCDCOP02 Notes: | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | COM Index |
|---|---|---|---|---|---|---|---|---|
| 09/29/2008 | 08870 | Steven Ridgill | DUPLCC | 78.00 | 0.20 | 15.60 | STEVEN RIDGILL   Copies made: 78 | 13024639 |
| 10/08/2008 | | Invoice=2274055 | | 78.00 | 0.20 | 15.60 | Unit ID: CCDCOP01  Notes: | |
| 10/03/2008 | 09066 | Merrill | DUPLCC | 16.00 | 0.20 | 3.20 | TEMPS-CC   Copies made: 16 | 13040798 |
| 11/10/2008 | | Invoice=2279081 | | 16.00 | 0.20 | 3.20 | Unit ID: CCCOP06  Notes: | |
| 10/06/2008 | 08870 | Steven Ridgill | DUPLCC | 5.00 | 0.20 | 1.00 | STEVEN RIDGILL   Copies made: 5 | 13040800 |
| 11/10/2008 | | Invoice=2279081 | | 5.00 | 0.20 | 1.00 | Unit ID: CCDCOP01  Notes: | |
| 10/09/2008 | 09245 | CC Merrill | DUPLCC | 47.00 | 0.20 | 9.40 | MERRILL-CC   Copies made: 47 | 13040937 |
| 11/10/2008 | | Invoice=2279081 | | 47.00 | 0.20 | 9.40 | Unit ID: CCDCOP02  Notes: DAVIS, KATESSA | |
| 10/09/2008 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | MERRILL-CC   Copies made: 2 | 13040938 |
| 11/10/2008 | | Invoice=2279081 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02  Notes: DAVIS, KATESSA | |
| 10/09/2008 | 08870 | Steven Ridgill | DUPLCC | 7.00 | 0.20 | 1.40 | STEVEN RIDGILL   Copies made: 7 | 13040939 |
| 11/10/2008 | | Invoice=2279081 | | 7.00 | 0.20 | 1.40 | Unit ID: CCDCOP01  Notes: | |
| 10/09/2008 | 09245 | CC Merrill | DUPLCC | 132.00 | 0.20 | 26.40 | MERRILL-CC   Copies made: 132 | 13040940 |
| 11/10/2008 | | Invoice=2279081 | | 132.00 | 0.20 | 26.40 | Unit ID: CCDCOP02  Notes: | |
| 10/09/2008 | 08857 | Maria Rodriguez | HRSTAF | 0.50 | 38.00 | 19.00 | Staff Overtime - For Maria Rodriguez on | 13069231 |
| 11/10/2008 | | Invoice=2279081 | | 0.50 | 38.00 | 19.00 | 10/09/2008 | |
| 10/09/2008 | 09248 | Amy R. Monroe | HRSTAF | 0.25 | 38.00 | 9.50 | Staff Overtime - For Amy Crandall on | 13069232 |
| 11/10/2008 | | Invoice=2279081 | | 0.25 | 38.00 | 9.50 | 10/09/2008 | |
| 10/10/2008 | 08857 | Maria Rodriguez | DUPLCC | 32.00 | 0.20 | 6.40 | MARIA RODRIGUEZ   Copies made: 32 | 13040941 |
| 11/10/2008 | | Invoice=2279081 | | 32.00 | 0.20 | 6.40 | Unit ID: CCCOP05  Notes: | |
| 10/16/2008 | 08804 | Jorge Salazar | DUPLCC | 4.00 | 0.20 | 0.80 | JORGE SALAZAR   Copies made: 4 | 13093509 |
| 11/10/2008 | | Invoice=2279081 | | 4.00 | 0.20 | 0.80 | Unit ID: CCDCOP01  Notes: | |
| 10/20/2008 | 08870 | Steven Ridgill | DUPLCC | 6.00 | 0.20 | 1.20 | STEVEN RIDGILL   Copies made: 6 | 13093510 |
| 11/10/2008 | | Invoice=2279081 | | 6.00 | 0.20 | 1.20 | Unit ID: CCCOP06  Notes: | |
| 10/20/2008 | 00365 | Richard Reinis | WESTLAW | 1.00 | 29.68 | 29.68 | Westlaw On-Line Research | 13099529 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 29.68 | 29.68 | DC Westlaw Search by: ECKERT,KRISTINA | |
| 10/21/2008 | 09245 | CC Merrill | DUPLCC | 84.00 | 0.20 | 16.80 | MERRILL-CC   Copies made: 84 | 13093511 |
| 11/10/2008 | | Invoice=2279081 | | 84.00 | 0.20 | 16.80 | Unit ID: CCDCOP02  Notes: | |
| 10/22/2008 | 00355 | Katessa Charles Davis | PARKX | 1.00 | 20.00 | 20.00 | Parking - KATESSA DAVIS-Travel to Staples | 13057811 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 20.00 | 20.00 | Center on 10/20/08 re Houser v. GCFF | |
| | | Voucher=655585 Paid | | | | | Vendor=KATESSA DAVIS Balance= .00 Amount= 20.00 | |
| | | | | | | | Check #475620  10/22/2008 | |
| 10/22/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE Inv. A53517 | 13057877 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 25.41 | 25.41 | date 10/05/08 re: Deliver to LASC-CENTRAL | |
| | | | | | | | office  court service fees filing on date | |
| | | | | | | | 09/25/08 ` | |
| | | Voucher=655656 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 4988.97 | |
| | | | | | | | Check #475824  10/23/2008 | |
| 10/22/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE Inv. A53517 | 13057878 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 25.41 | 25.41 | date 10/05/08 re: Deliver to LASC-CENTRAL | |
| | | | | | | | office  court service fees filing on date | |
| | | | | | | | 09/24/08 ` | |
| | | Voucher=655656 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 4988.97 | |
| | | | | | | | Check #475824  10/23/2008 | |
| 10/24/2008 | 09245 | CC Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | MERRILL-CC   Copies made: 6 | 13093849 |
| 11/10/2008 | | Invoice=2279081 | | 6.00 | 0.20 | 1.20 | Unit ID: CCDCOP01  Notes: | |
| 10/27/2008 | 00355 | Katessa Charles Davis | PARKX | 1.00 | 20.00 | 20.00 | Parking - KATESSA DAVIS Travel to L.A.S. | 13061235 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 20.00 | 20.00 | attend court hearing | |
| | | Voucher=656383 Paid | | | | | Vendor=KATESSA DAVIS Balance= .00 Amount= 31.70 | |
| | | | | | | | Check #476137  10/27/2008 | |
| 10/27/2008 | 00355 | Katessa Charles Davis | LOCALTR | 1.00 | 11.70 | 11.70 | Local Transportation - KATESSA DAVIS T | 13061236 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 11.70 | 11.70 | L.A.S.C. to attend court hearing - mileage | |
| | | Voucher=656383 Paid | | | | | Vendor=KATESSA DAVIS Balance= .00 Amount= 31.70 | |
| | | | | | | | Check #476137  10/27/2008 | |
| 10/29/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 57.75 | 57.75 | Filing Fees - NOW LEGAL SERVICE Inv.A53674 | 13068061 |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Codes | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 57.75 | 57.75 | date 10/20/08 re: Deliver to LASC-CENTRAL | |
| | | | | | | | court service fees filing on date 10/10/08 | |
| | | Voucher=657034 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 6161.62 | |
| | | | | | | | Check #476757  10/31/2008 | |
| | | | | | | | | |
| 10/29/2008 | 00365 | Richard Reinis | DELMESX | 1.00 | 25.41 | 25.41 | Local Messenger -  NOW LEGAL SERVICE | 13068062 |
| 11/10/2008 | | Invoice=2279081 | | 1.00 | 25.41 | 25.41 | Inv.A53674 date 10/20/08 re: Deliver to | |
| | | | | | | | LASC-CENTRAL  on date 10/10/08 | |
| | | Voucher=657034 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 6161.62 | |
| | | | | | | | Check #476757  10/31/2008 | |
| | | | | | | | | |
| 11/14/2008 | 09245 | CC Merrill | FAXCC | 33.00 | 1.15 | 37.95 | MERRILL-CC          Tel:(310)802-0500 | 13133696 |
| 12/08/2008 | | Invoice=2283359 | | 33.00 | 1.15 | 37.95 | Pages: 33  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/14/2008 | 09245 | CC Merrill | FAXCC | 33.00 | 1.15 | 37.95 | MERRILL-CC          Tel:(949)851-0152 | 13133698 |
| 12/08/2008 | | Invoice=2283359 | | 33.00 | 1.15 | 37.95 | Pages: 33  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/14/2008 | 09245 | CC Merrill | FAXCC | 33.00 | 1.15 | 37.95 | MERRILL-CC          Tel:(310)478-0099 | 13133700 |
| 12/08/2008 | | Invoice=2283359 | | 33.00 | 1.15 | 37.95 | Pages: 33  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/14/2008 | 09245 | CC Merrill | FAXCC | 33.00 | 1.15 | 37.95 | MERRILL-CC          Tel:(310)229-1244 | 13133702 |
| 12/08/2008 | | Invoice=2283359 | | 33.00 | 1.15 | 37.95 | Pages: 33  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/14/2008 | 09066 | Merrill | FAXCC | 7.00 | 1.15 | 8.05 | TEMPS-CC          Tel:(415)477-6710 | 13133704 |
| 12/08/2008 | | Invoice=2283359 | | 7.00 | 1.15 | 8.05 | Pages: 7  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/14/2008 | 09066 | Merrill | FAXCC | 4.00 | 1.15 | 4.60 | TEMPS-CC          Tel:(415)477-6710 | 13133706 |
| 12/08/2008 | | Invoice=2283359 | | 4.00 | 1.15 | 4.60 | Pages: 4  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/17/2008 | 09066 | Merrill | FAXCC | 27.00 | 1.15 | 31.05 | TEMPS-CC          Tel:(415)477-6710 | 13133708 |
| 12/08/2008 | | Invoice=2283359 | | 27.00 | 1.15 | 31.05 | Pages: 27  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/17/2008 | 09066 | Merrill | FAXCC | 1.00 | 1.15 | 1.15 | TEMPS-CC          Tel:(415)477-6710 | 13133710 |
| 12/08/2008 | | Invoice=2283359 | | 1.00 | 1.15 | 1.15 | Pages: 1  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/17/2008 | 09066 | Merrill | FAXCC | 9.00 | 1.15 | 10.35 | TEMPS-CC          Tel:(415)477-6710 | 13133712 |
| 12/08/2008 | | Invoice=2283359 | | 9.00 | 1.15 | 10.35 | Pages: 9  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 11/18/2008 | 09066 | Merrill | DUPLCC | 31.00 | 0.20 | 6.20 | TEMPS-CC          Copies made: 31 | 13133900 |
| 12/08/2008 | | Invoice=2283359 | | 31.00 | 0.20 | 6.20 | Unit ID: CCCOP08  Notes: | |
| | | | | | | | | |
| 11/21/2008 | 00355 | Katessa Charles Davis | PARKX | 1.00 | 20.00 | 20.00 | Parking - KATESSA DAVIS  Parking fee to | 13139634 |
| 12/08/2008 | | Invoice=2283359 | | 1.00 | 20.00 | 20.00 | court hearing and round trip mileage (28mi.) | |
| | | | | | | | from office to court on 11/19/08 | |
| | | Voucher=660155 Paid | | | | | Vendor=KATESSA DAVIS  Balance= .00  Amount= 36.38 | |
| | | | | | | | Check #478192  11/24/2008 | |
| | | | | | | | | |
| 11/21/2008 | 00355 | Katessa Charles Davis | LOCALTR | 1.00 | 16.38 | 16.38 | Local Transportation -  KATESSA DAVIS | 13139635 |
| 12/08/2008 | | Invoice=2283359 | | 1.00 | 16.38 | 16.38 | fee to attend court hearing and round trip | |
| | | | | | | | mileage (28mi.) from office to court on | |
| | | | | | | | 11/19/08 | |
| | | Voucher=660155 Paid | | | | | Vendor=KATESSA DAVIS  Balance= .00  Amount= 36.38 | |
| | | | | | | | Check #478192  11/24/2008 | |
| | | | | | | | | |
| 11/21/2008 | 09245 | CC Merrill | DUPLCC | 76.00 | 0.20 | 15.20 | MERRILL-CC          Copies made: 76 | 13160164 |
| 12/08/2008 | | Invoice=2283359 | | 76.00 | 0.20 | 15.20 | Unit ID: CCDCOP01  Notes: | |
| | | | | | | | | |
| 12/03/2008 | 00355 | Katessa Charles Davis | PARKX | 1.00 | 20.00 | 20.00 | Parking -  KATESSA DAVIS- Reimbursement of | 13166012 |
| 01/08/2009 | | Invoice=2285967 | | 1.00 | 20.00 | 20.00 | parking fee on 12/01/08 | |
| | | Voucher=661261 Paid | | | | | Vendor=KATESSA DAVIS  Balance= .00  Amount= 36.38 | |
| | | | | | | | Check #478742  12/04/2008 | |
| | | | | | | | | |
| 12/03/2008 | 00355 | Katessa Charles Davis | LOCALTR | 1.00 | 16.38 | 16.38 | Local Transportation -  KATESSA DAVIS- | 13166013 |
| 01/08/2009 | | Invoice=2285967 | | 1.00 | 16.38 | 16.38 | Roundtrip mileage from office to Court on | |
| | | | | | | | 12/01/08 | |
| | | Voucher=661261 Paid | | | | | Vendor=KATESSA DAVIS  Balance= .00  Amount= 36.38 | |
| | | | | | | | Check #478742  12/04/2008 | |
| | | | | | | | | |
| 12/03/2008 | 09245 | CC Merrill | POST | 1.00 | 9.25 | 9.25 | MERRILL-CC          Unit ID: CCFAX01 | 13199778 |
| 01/08/2009 | | Invoice=2285967 | | 1.00 | 9.25 | 9.25 | | |
| | | | | | | | | |
| 12/04/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 77.75 | 77.75 | Filing Fees -  NOW LEGAL SERVICE  Inv. A53992 | 13167123 |
| 01/08/2009 | | Invoice=2285967 | | 1.00 | 77.75 | 77.75 | date 11/20/08 re: Deliver to LASC-CENTRAL court | |
| | | | | | | | service fees for filing on 11/14/08 | |
| | | Voucher=661580 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 3809.14 | |
| | | | | | | | Check #479386  12/11/2008 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]   Page 5
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name Invoice Number | Cost | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/04/2009 | 09245 | CC Merrill | DUPLCC | 9.00 | 0.20 | 1.80 | MERRILL-CC    Copies made: 9 | 13278525 |
| 03/12/2009 | | Invoice=2293208 | | 9.00 | 0.20 | 1.80 | Unit ID: CCDCOP02 Notes: | |
| 02/09/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME    Copies made: 2 | 13289213 |
| 03/12/2009 | | Invoice=2293208 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 02/10/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 24.00 | 0.20 | 4.80 | SHANNON RAMME    Copies made: 24 | 13289214 |
| 03/12/2009 | | Invoice=2293208 | | 24.00 | 0.20 | 4.80 | Unit ID: CCCOP06  Notes: | |
| 02/23/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME    Copies made: 2 | 13340311 |
| 04/10/2009 | | Invoice=2297173 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: | |
| 02/27/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 25.00 | 0.20 | 5.00 | SHANNON RAMME    Copies made: 25 | 13340312 |
| 04/10/2009 | | Invoice=2297173 | | 25.00 | 0.20 | 5.00 | Unit ID: CCCOP06  Notes: | |
| 03/03/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME    Copies made: 2 | 13340313 |
| 04/10/2009 | | Invoice=2297173 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 03/10/2009 | 08870 | Steven Ridgill | DUPLCC | 5.00 | 0.20 | 1.00 | STEVEN RIDGILL    Copies made: 5 | 13347144 |
| 04/10/2009 | | Invoice=2297173 | | 5.00 | 0.20 | 1.00 | Unit ID: CCDCOP01 Notes: | |
| 03/10/2009 | 08870 | Steven Ridgill | DUPLCC | 1.00 | 0.20 | 0.20 | STEVEN RIDGILL    Copies made: 1 | 13347145 |
| 04/10/2009 | | Invoice=2297173 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP01 Notes: | |
| 03/11/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 4.00 | 0.20 | 0.80 | SHANNON RAMME    Copies made: 4 | 13347146 |
| 04/10/2009 | | Invoice=2297173 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP06  Notes: | |
| 03/11/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 10.00 | 0.20 | 2.00 | SHANNON RAMME    Copies made: 10 | 13347147 |
| 04/10/2009 | | Invoice=2297173 | | 10.00 | 0.20 | 2.00 | Unit ID: CCCOP06  Notes: | |
| 03/18/2009 | 00365 | Richard Reinis | DLFD | 1.00 | 52.69 | 52.69 | Federal Express from Richard G. Reinis, Esq. | 13406246 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 52.69 | 52.69 | to Susannah Frost | |
| | | | | | | | on March 18, 2009. | |
| | | | | | | | Tracking Number 796441048251 | |
| 03/20/2009 | 09245 | CC Merrill | FAXCC | 11.00 | 1.15 | 12.65 | MERRILL-CC    Tel:(415)477-6710 | 13402394 |
| 04/10/2009 | | Invoice=2297173 | | 11.00 | 1.15 | 12.65 | Pages: 11  Unit ID: CCFAX01 | |
| 03/23/2009 | 09066 | Merrill | FAXCC | 2.00 | 1.15 | 2.30 | TEMPS-CC    Tel:(415)477-8710 | 13402396 |
| 04/10/2009 | | Invoice=2297173 | | 2.00 | 1.15 | 2.30 | Pages: 2  Unit ID: CCFAX01 | |
| 03/31/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 78.00 | 0.20 | 15.60 | SHANNON RAMME    Copies made: 78 | 13402771 |
| 04/10/2009 | | Invoice=2297173 | | 78.00 | 0.20 | 15.60 | Unit ID: CCCOP06  Notes: | |
| 04/03/2009 | 08870 | Steven Ridgill | DUPLCC | 2.00 | 0.20 | 0.40 | STEVEN RIDGILL    Copies made: 2 | 13416240 |
| 05/08/2009 | | Invoice=2300522 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: RIDGILL, STEVEN | |
| 04/03/2009 | 08870 | Steven Ridgill | DUPLCC | 2.00 | 0.20 | 0.40 | STEVEN RIDGILL    Copies made: 2 | 13416242 |
| 05/08/2009 | | Invoice=2300522 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: RIDGILL, STEVEN | |
| 04/03/2009 | 08870 | Steven Ridgill | DUPLCC | 2.00 | 0.20 | 0.40 | STEVEN RIDGILL    Copies made: 2 | 13416244 |
| 05/08/2009 | | Invoice=2300522 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: RIDGILL, STEVEN | |
| 04/03/2009 | 08870 | Steven Ridgill | DUPLCC | 15.00 | 0.20 | 3.00 | STEVEN RIDGILL    Copies made: 15 | 13416245 |
| 05/08/2009 | | Invoice=2300522 | | 15.00 | 0.20 | 3.00 | Unit ID: CCDCOP01 Notes: RIDGILL, STEVEN | |
| 04/06/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 66.00 | 0.20 | 13.20 | SHANNON RAMME    Copies made: 66 | 13416246 |
| 05/08/2009 | | Invoice=2300522 | | 66.00 | 0.20 | 13.20 | Unit ID: CCCOP06  Notes: | |
| 04/09/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 15.00 | 0.20 | 3.00 | SHANNON RAMME    Copies made: 15 | 13440018 |
| 05/08/2009 | | Invoice=2300522 | | 15.00 | 0.20 | 3.00 | Unit ID: CCCOP06  Notes: | |
| 04/13/2009 | 00365 | Richard Reinis | WESTLAW | 1.00 | 227.75 | 227.75 | Westlaw On-Line Research | 13459206 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 227.75 | 227.75 | DC Westlaw Search by:  GOLDMAN,JEFFREY | |
| 04/14/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 36.00 | 0.20 | 7.20 | SHANNON RAMME    Copies made: 36 | 13440020 |
| 05/08/2009 | | Invoice=2300522 | | 36.00 | 0.20 | 7.20 | Unit ID: CCCOP06  Notes: | |
| 04/14/2009 | 08870 | Steven Ridgill | DUPLCC | 2.00 | 0.20 | 0.40 | STEVEN RIDGILL    Copies made: 2 | 13440022 |
| 05/08/2009 | | Invoice=2300522 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: | |
| 04/14/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 4.00 | 0.20 | 0.80 | SHANNON RAMME    Copies made: 4 | 13440024 |
| 05/08/2009 | | Invoice=2300522 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP06  Notes: | |
| 04/14/2009 | 00365 | Richard Reinis | WESTLAW | 1.00 | 210.07 | 210.07 | Westlaw On-Line Research | 13459207 |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 210.07 | 210.07 | DC Westlaw Search by: DAVIS,KATESSA C | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 49.00 | 0.20 | 9.80 | SHANNON RAMME    Copies made: 49 | 13440025 |
| 05/08/2009 | | Invoice=2300522 | | 49.00 | 0.20 | 9.80 | Unit ID: CCCOP06  Notes: | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 14.00 | 0.20 | 2.80 | SHANNON RAMME    Copies made: 14 | 13440027 |
| 05/08/2009 | | Invoice=2300522 | | 14.00 | 0.20 | 2.80 | Unit ID: CCCOP06  Notes: | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 189.00 | 0.20 | 37.80 | SHANNON RAMME    Copies made: 189 | 13440029 |
| 05/08/2009 | | Invoice=2300522 | | 189.00 | 0.20 | 37.80 | Unit ID: CCCOP06  Notes: | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 523.00 | 0.20 | 104.60 | TEMPS-CC    Copies made: 523 | 13440031 |
| 05/08/2009 | | Invoice=2300522 | | 523.00 | 0.20 | 104.60 | Unit ID: CCDCOP01 Notes: | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 60.00 | 0.20 | 12.00 | SHANNON RAMME    Copies made: 60 | 13440033 |
| 05/08/2009 | | Invoice=2300522 | | 60.00 | 0.20 | 12.00 | Unit ID: CCCOP06  Notes: | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 70.00 | 0.20 | 14.00 | SHANNON RAMME    Copies made: 70 | 13440035 |
| 05/08/2009 | | Invoice=2300522 | | 70.00 | 0.20 | 14.00 | Unit ID: CCDCOP02 Notes: | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 72.00 | 0.20 | 14.40 | TEMPS-CC    Copies made: 72 | 13440931 |
| 05/06/2009 | | Invoice=2300522 | | 72.00 | 0.20 | 14.40 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 41.00 | 0.20 | 8.20 | SHANNON RAMME    Copies made: 41 | 13440932 |
| 05/08/2009 | | Invoice=2300522 | | 41.00 | 0.20 | 8.20 | Unit ID: CCCOP06  Notes: SCARDINO, FRANCE | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 12.00 | 0.20 | 2.40 | SHANNON RAMME    Copies made: 12 | 13440933 |
| 05/08/2009 | | Invoice=2300522 | | 12.00 | 0.20 | 2.40 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 14.00 | 0.20 | 2.80 | SHANNON RAMME    Copies made: 14 | 13440934 |
| 05/08/2009 | | Invoice=2300522 | | 14.00 | 0.20 | 2.80 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | TEMPS-CC    Copies made: 6 | 13440935 |
| 05/08/2009 | | Invoice=2300522 | | 6.00 | 0.20 | 1.20 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 12.00 | 0.20 | 2.40 | TEMPS-CC    Copies made: 12 | 13440936 |
| 05/08/2009 | | Invoice=2300522 | | 12.00 | 0.20 | 2.40 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 26.00 | 0.20 | 5.20 | TEMPS-CC    Copies made: 26 | 13440937 |
| 05/08/2009 | | Invoice=2300522 | | 26.00 | 0.20 | 5.20 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| 04/15/2009 | 09066 | Merrill | DUPLCC | 14.00 | 0.20 | 2.80 | TEMPS-CC    Copies made: 14 | 13440938 |
| 05/08/2009 | | Invoice=2300522 | | 14.00 | 0.20 | 2.80 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| 04/15/2009 | 00365 | Richard Reinis | WESTLAV | 1.00 | 559.97 | 559.97 | Westlaw On-Line Research | 13459208 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 559.97 | 559.97 | DC Westlaw Search by: DAVIS,KATESSA C | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440939 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440940 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440941 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440942 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440943 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440944 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME    Copies made: 5 | 13440945 |
| 05/08/2009 | | Invoice=2300522 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/16/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 4.00 | 0.20 | 0.80 | SHANNON RAMME    Copies made: 4 | 13440946 |
| 05/08/2009 | | Invoice=2300522 | | 4.00 | 0.20 | 0.80 | Unit ID: CCDCOP01 Notes: | |
| 04/16/2009 | 00365 | Richard Reinis | WESTLAV | 1.00 | 147.43 | 147.43 | Westlaw On-Line Research | 13459209 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 147.43 | 147.43 | DC Westlaw Search by: DAVIS,KATESSA C | |
| 04/17/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME    Copies made: 1 | 13440947 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP06  Notes: | |

Billed and Unbilled Recap Of Cost Detail - [083451.0000 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC 7/30/2009 4:16:26 PM

| Date | Index | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|-------|---------------------|------|----------|------|--------|-------------|-----------|
| 04/20/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 6.00 | 0.20 | 1.20 | SHANNON RAMME      Copies made: 6 | 13440948 |
| 05/08/2009 | | Invoice=2300522 | | 6.00 | 0.20 | 1.20 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/20/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 6.00 | 0.20 | 1.20 | SHANNON RAMME      Copies made: 6 | 13440949 |
| 05/08/2009 | | Invoice=2300522 | | 6.00 | 0.20 | 1.20 | Unit ID: CCCOP06  Notes: | |
| 04/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 41.00 | 0.20 | 8.20 | SHANNON RAMME      Copies made: 41 | 13440950 |
| 05/08/2009 | | Invoice=2300522 | | 41.00 | 0.20 | 8.20 | Unit ID: CCCOP06  Notes: | |
| 04/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME      Copies made: 5 | 13463580 |
| 05/08/2009 | | Invoice=2300522 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/23/2009 | 08870 | Steven Ridgill | DUPLCC | 1.00 | 0.20 | 0.20 | STEVEN RIDGILL      Copies made: 1 | 13463581 |
| 05/08/2009 | | Invoice=2300522 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP02 Notes: | |
| 04/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME      Copies made: 5 | 13463583 |
| 05/08/2009 | | Invoice=2300522 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 4.00 | 0.20 | 0.80 | SHANNON RAMME      Copies made: 4 | 13463585 |
| 05/08/2009 | | Invoice=2300522 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| 04/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME      Copies made: 2 | 13463586 |
| 05/08/2009 | | Invoice=2300522 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: SCARDINO, FRANCE | |
| 04/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 47.00 | 0.20 | 9.40 | SHANNON RAMME      Copies made: 47 | 13463588 |
| 05/08/2009 | | Invoice=2300522 | | 47.00 | 0.20 | 9.40 | Unit ID: CCCOP06  Notes: | |
| 04/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 9.00 | 0.20 | 1.80 | SHANNON RAMME      Copies made: 9 | 13463590 |
| 05/08/2009 | | Invoice=2300522 | | 9.00 | 0.20 | 1.80 | Unit ID: CCCOP06  Notes: | |
| 05/06/2009 | 00355 | Katessa Charles Davis | LOCALTR | 1.00 | 15.40 | 15.40 | Local Transportation - KATESSA DAVIS- | 13468658 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 15.40 | 15.40 | to LASC on 04/23/09 re CMC Hearing (mileage) | |
| | | Voucher=680231 Paid | | | | | Vendor=KATESSA DAVIS Balance= .00 Amount= 35.00 | |
| | | | | | | | Check #488363 05/07/2009 | |
| 05/06/2009 | 00355 | Katessa Charles Davis | PARKX | 1.00 | 19.60 | 19.60 | Parking -  KATESSA DAVIS- Travel to LASC | 13468659 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 19.60 | 19.60 | 04/23/09 re CMC Hearing | |
| | | Voucher=680231 Paid | | | | | Vendor=KATESSA DAVIS Balance= .00 Amount= 35.00 | |
| | | | | | | | Check #488363 05/07/2009 | |
| 05/12/2009 | 09245 | CC Merrill | POST | 1.00 | 125.00 | 125.00 | MERRILL-CC           Unit ID: CCFAX01 | 13500080 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 125.00 | 125.00 | | |
| 05/13/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 415.41 | 415.41 | Filing Fees -  NOW LEGAL SERVICE  Inv. A55861 | 13475061 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 415.41 | 415.41 | date 04/20/09 re: Deliver to LASC DOWNTOWN | |
| | | | | | | | court service  fees for filing on 04/15/09 | |
| | | Voucher=681132 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 3819.15 | |
| | | | | | | | Check #488961 05/14/2009 | |
| 05/13/2009 | 09245 | CC Merrill | POST | 1.00 | 25.25 | 25.25 | MERRILL-CC           Unit ID: CCFAX01 | 13500081 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 25.25 | 25.25 | | |
| 05/13/2009 | 09245 | CC Merrill | POST | 1.00 | 2.95 | 2.95 | MERRILL-CC           Unit ID: CCFAX01 | 13500082 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 2.95 | 2.95 | | |
| 05/14/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees -  NOW LEGAL SERVICE  Inv. A56020 | 13476189 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 25.41 | 25.41 | date 05/05/09  re: Deliver to LASC DOWNTOWN | |
| | | | | | | | court service fees for filing on 04/22/09 | |
| | | Voucher=681364 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 2748.68 | |
| | | | | | | | Check #489266 05/19/2009 | |
| 05/14/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees -  NOW LEGAL SERVICE  Inv. A56020 | 13476192 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 25.41 | 25.41 | date 05/05/09  ra: Deliver to LASC DOWNTOWN | |
| | | | | | | | court service fees for filing  on 04/29/09 | |
| | | Voucher=681364 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 2748.68 | |
| | | | | | | | Check #489266 05/19/2009 | |
| 05/15/2009 | 00365 | Richard Reinis | LEXIS | 1.00 | 25.00 | 25.00 | Lexis On-Line Research | 13504431 |
| 06/10/2009 | | Invoice=2304048 | | 1.00 | 25.00 | 25.00 | DC Lexis Search by: ECKERT, KRISTIN | |
| 06/02/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | 0.60 | SHANNON RAMME      Copies made: 3 | 13549839 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Unit ID: CCCOP08  Notes: RAMME, SHANNON | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550629 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: FILE://C:\DOCUME 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]

Page 8

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC    7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550631 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550633 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550635 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550637 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550639 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550641 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550643 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550645 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550647 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550649 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550651 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages:    3 Doc: RE FELINA BANK A 06/03/2009 | |
| | | | | | | | Notes: RE FELINA BANK A | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550653 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: SIMONOFFOUTLINE 06/03/2009 | |
| | | | | | | | Notes: SIMONOFFOUTLINE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550655 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550657 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550659 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550661 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550663 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:    2 Doc: OUTBIND://77/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://77/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550665 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550667 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:    1 Doc: OUTBIND://79/ 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Notes: OUTBIND://79/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550669 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550671 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: OUTBIND://78/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://78/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550673 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550675 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: OUTBIND://80/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://80/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550677 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 18.00 | 0.20 | 3.60 | Automated Document Production : MERRILL-CC | 13550679 |
| 07/13/2009 | | Invoice=2307876 | | 18.00 | 0.20 | 3.60 | Pages:   18 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 5.00 | 0.20 | 1.00 | Automated Document Production : MERRILL-CC | 13550681 |
| 07/13/2009 | | Invoice=2307876 | | 5.00 | 0.20 | 1.00 | Pages:   5 Doc: OUTBIND://81/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://81/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 5.00 | 0.20 | 1.00 | Automated Document Production : MERRILL-CC | 13550683 |
| 07/13/2009 | | Invoice=2307876 | | 5.00 | 0.20 | 1.00 | Pages:   5 Doc: OUTBIND://81/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://81/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550685 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550687 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages:   4 Doc: OUTBIND://82/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://82/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550689 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages:   4 Doc: OPPNMOATTYFEES.P 06/03/2009 | |
| | | | | | | | Notes: OPPNMOATTYFEES.P | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550691 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 7.00 | 0.20 | 1.40 | Automated Document Production : MERRILL-CC | 13550693 |
| 07/13/2009 | | Invoice=2307876 | | 7.00 | 0.20 | 1.40 | Pages:   7 Doc: REPLYMOTIONADDPL 06/03/2009 | |
| | | | | | | | Notes: REPLYMOTIONADDPL | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550695 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550697 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: OUTBIND://83/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://83/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550699 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages:   3 Doc: OUTBIND://84/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://84/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550701 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages:   4 Doc: OUTBIND://86/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://86/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550703 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: OUTBIND://85/  06/03/2009 | |
| | | | | | | | Notes: OUTBIND://85/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550705 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: MICROSOFT OFFICE 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC 7/30/2009 4:16:26 PM

| Date | Initals | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|---------|---------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550707 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550709 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://87/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://87/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550711 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages: 4 Doc: NTC OF ORDER REF 06/03/2009 | |
| | | | | | | | Notes: NTC OF ORDER REF | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550713 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550715 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550717 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550719 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550721 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages: 3 Doc: CANON5D14BC_EXCH 06/03/2009 | |
| | | | | | | | Notes: CANON5D14BC_EXCH | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550723 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: OUTBIND://88/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://88/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550725 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550727 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550729 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://89/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://89/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550731 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550733 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://90/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://90/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550735 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550737 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: 20090508140108.P 06/03/2009 | |
| | | | | | | | Notes: 20090508140108.P | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550739 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages: 3 Doc: ATT2135060 - NOT 06/03/2009 | |
| | | | | | | | Notes: ATT2135060 - NOT | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550741 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550743 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages: 4 Doc: OUTBIND://93/ 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC 7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Notes: OUTBIND://93/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550745 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages: 4 Doc: OUTBIND://94/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://94/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550747 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: OUTBIND://92/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://92/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550749 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages: 4 Doc: OUTBIND://95/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://95/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 4.00 | 0.20 | 0.80 | Automated Document Production : MERRILL-CC | 13550751 |
| 07/13/2009 | | Invoice=2307876 | | 4.00 | 0.20 | 0.80 | Pages: 4 Doc: OUTBIND://96/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://96/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550753 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages: 3 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550755 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550757 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://97/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://97/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550759 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550761 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550763 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550765 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 18.00 | 0.20 | 3.60 | Automated Document Production : MERRILL-CC | 13550768 |
| 07/13/2009 | | Invoice=2307876 | | 18.00 | 0.20 | 3.60 | Pages: 18 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550770 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 18.00 | 0.20 | 3.60 | Automated Document Production : MERRILL-CC | 13550772 |
| 07/13/2009 | | Invoice=2307876 | | 18.00 | 0.20 | 3.60 | Pages: 18 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550773 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550775 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550777 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 10.00 | 0.20 | 2.00 | Automated Document Production : MERRILL-CC | 13550779 |
| 07/13/2009 | | Invoice=2307876 | | 10.00 | 0.20 | 2.00 | Pages: 10 Doc: 20090226142959.P 06/03/2009 | |
| | | | | | | | Notes: 20090226142959.P | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550781 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT OFFICE 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550783 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: OUTBIND://69/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://69/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550785 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://70/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://70/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 6.00 | 0.20 | 1.00 | Automated Document Production : MERRILL-CC | 13550787 |
| 07/13/2009 | | Invoice=2307876 | | 5.00 | 0.20 | 1.00 | Pages: 5 Doc: 20090210152254.P 06/03/2009 | |
| | | | | | | | Notes: 20090210152254.P | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550789 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages: 3 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550790 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages: 3 Doc: OUTBIND://72/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://72/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550791 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: OUTBIND://73/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://73/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550792 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| 06/08/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550793 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | Automated Document Production : MERRILL-CC | 13550794 |
| 07/13/2009 | | Invoice=2307876 | | 6.00 | 0.20 | 1.20 | Pages: 6 Doc: RE FELINA BANK A 06/03/2009 | |
| | | | | | | | Notes: RE FELINA BANK A | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550795 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: OUTBIND://74/ 06/03/2009 | |
| | | | | | | | Notes: OUTBIND://74/ | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 10.00 | 0.20 | 2.00 | Automated Document Production : MERRILL-CC | 13550796 |
| 07/13/2009 | | Invoice=2307876 | | 10.00 | 0.20 | 2.00 | Pages: 10 Doc: MKM GCFF COMPLET 06/03/2009 | |
| | | | | | | | Notes: MKM GCFF COMPLET | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 35.00 | 0.20 | 7.00 | Automated Document Production : MERRILL-CC | 13550797 |
| 07/13/2009 | | Invoice=2307876 | | 35.00 | 0.20 | 7.00 | Pages: 35 Doc: MORADDECL - NOTE 06/03/2009 | |
| | | | | | | | Notes: MORADDECL - NOTE | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 69.00 | 0.20 | 13.80 | Automated Document Production : MERRILL-CC | 13550798 |
| 07/13/2009 | | Invoice=2307876 | | 69.00 | 0.20 | 13.80 | Pages: 69 Doc: MICHAELZDECL - N 06/03/2009 | |
| | | | | | | | Notes: MICHAELZDECL - N | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550799 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550800 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550801 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550802 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages: 2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550803 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550804 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages: 1 Doc: MICROSOFT WORD - 06/03/2009 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00001 - HOUSER V GCFF]   Page 13
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:16:26 PM

| Date | Indite | Name/Invoice Number | Ccode | Quantity | Rate | Amount | Description | Cost Index |
|------|--------|---------------------|-------|----------|------|--------|-------------|------------|
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550805 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550806 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550807 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550808 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550809 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550810 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: SIMONOFFOUTLINE 06/03/2009 | |
| | | | | | | | Notes: SIMONOFFOUTLINE | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | Automated Document Production : MERRILL-CC | 13550811 |
| 07/13/2009 | | Invoice=2307876 | | 3.00 | 0.20 | 0.60 | Pages:   3 Doc: RE FELINA BANK A 06/03/2009 | |
| | | | | | | | Notes: RE FELINA BANK A | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550812 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 2.00 | 0.20 | 0.40 | Automated Document Production : MERRILL-CC | 13550813 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 0.20 | 0.40 | Pages:   2 Doc: MICROSOFT WORD - 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT WORD - | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550814 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: MICROSOFT OFFICE 06/03/2009 | |
| | | | | | | | Notes: MICROSOFT OFFICE | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | Automated Document Production : MERRILL-CC | 13550815 |
| 07/13/2009 | | Invoice=2307876 | | 1.00 | 0.20 | 0.20 | Pages:   1 Doc: FILE://C:\DOCUME 06/03/2009 | |
| | | | | | | | Notes: FILE://C:\DOCUME | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 6.00 | 0.20 | 1.20 | Automated Document Production : MERRILL-CC | 13550816 |
| 07/13/2009 | | Invoice=2307876 | | 6.00 | 0.20 | 1.20 | Pages:   6 Doc: RE FELINA BANK A 06/03/2009 | |
| | | | | | | | Notes: RE FELINA BANK A | |
| | | | | | | | | |
| 06/03/2009 | 09245 | CC Merrill | DUPLCC | 10.00 | 0.20 | 2.00 | Automated Document Production : MERRILL-CC | 13550817 |
| 07/13/2009 | | Invoice=2307876 | | 10.00 | 0.20 | 2.00 | Pages:   10 Doc: MKM GCFF COMPLET 06/03/2009 | |
| | | | | | | | Notes: MKM GCFF COMPLET | |
| | | | | | | | | |
| 06/16/2009 | 09066 | Merrill | FAXCC | 2.00 | 1.15 | 2.30 | TEMPS-CC       Tel:(925)283-3426 | 13575822 |
| 07/13/2009 | | Invoice=2307876 | | 2.00 | 1.15 | 2.30 | Pages: 2 Unit ID: CCFAX01 | |
| | | | | | | | | |
| 07/06/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME       Copies made: 5 | 13611810 |
| | | | | | | | Unit ID: CCCOP06  Notes: | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 1.00 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1.00 | | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 3,853.36 | 269 records | |
| | | BILLED TOTALS:   BILL: | | | | 3,853.36 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 3,854.36 | 270 records | |
| | | GRAND TOTAL:   BILL: | | | | 3,854.36 | | |

**EXHIBIT B**

**83451.0002 - NGUYEN V GCFF**

| Type | Invoice | Date | Fees | Cost | Total |
|------|---------|------|------|------|-------|
| BILL | 2263372 | 7/15/2008 | 1,967.50 | 449.60 | 2,417.10 |
| BILL | 2267967 | 8/20/2008 | 3,354.00 | 53.11 | 3,407.11 |
| BILL | 2274056 | 10/8/2008 | 0.00 | 4.40 | 4.40 |
| BILL | 2285966 | 1/8/2009 | 1,209.00 | 27.50 | 1,236.50 |
| BILL | 2293207 | 3/12/2009 | 314.00 | 0.00 | 314.00 |
| BILL | 2297174 | 4/10/2009 | 1,965.00 | 27.20 | 1,992.20 |
| BILL | 2304049 | 6/10/2009 | 20,706.50 | 249.26 | 20,955.76 |
| BILL | 2307875 | 7/13/2009 | 8,995.50 | 354.39 | 9,349.89 |

| | | | | | |
|------|---------|------|------|------|-------|
| TOTAL BILLED | | | 38,511.50 | 1,165.46 | 39,676.96 |
| TOTAL PAID | | | 0.00 | 0.00 | 0.00 |
| TOTAL UNBILLED | | | 308.00 | 41.60 | 349.60 |
| TOTAL OUTSTANDING | | | **38,819.50** | **1,207.06** | **40,026.56** |

Billed and Unbilled Recap Of Time Detail - [083451.00002 - NGUYEN V GCFF]    Page 1
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC    7/30/2009 4:22:37 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/23/2008 | 03050 | Jeffrey M. Goldman | 1.50 | 585.00 | Review OSC briefing from opposition; start | 083451.00002 | 9460492 |
| 07/15/2008 | | Invoice=2263372 | 1.50 | 585.00 | dictation of opposition. | | |
| 06/23/2008 | 03050 | Jeffrey M. Goldman | 0.30 | 117.00 | Analysis re: responding to RFP's w/ L. Bergman. | 083451.00002 | 9460493 |
| 07/15/2008 | | Invoice=2263372 | 0.30 | 117.00 | | | |
| 06/23/2008 | 03050 | Jeffrey M. Goldman | 0.50 | 195.00 | Finalize dictation of OSC briefing. | 083451.00002 | 9460494 |
| 07/15/2008 | | Invoice=2263372 | 0.50 | 195.00 | | | |
| 06/23/2008 | 00365 | Richard Reinis | 0.10 | 56.50 | Review OSC opposition | 083451.00002 | 9464842 |
| 07/15/2008 | | Invoice=2263372 | 0.10 | 56.50 | | | |
| 06/25/2008 | 03050 | Jeffrey M. Goldman | 0.60 | 234.00 | Finalize Briefing re: OSC hearing and file | 083451.00002 | 9468208 |
| 07/15/2008 | | Invoice=2263372 | 0.60 | 234.00 | same. | | |
| 06/26/2008 | 03050 | Jeffrey M. Goldman | 2.00 | 780.00 | Travel and attendants at OSC hearing. | 083451.00002 | 9468212 |
| 07/15/2008 | | Invoice=2263372 | 2.00 | 780.00 | | | |
| 07/03/2008 | 03050 | Jeffrey M. Goldman | 2.30 | 897.00 | Dictate Motion for Reconsideration; research | 083451.00002 | 9505673 |
| 08/20/2008 | | Invoice=2267967 | 2.30 | 897.00 | re: same. | | |
| 07/05/2008 | 03050 | Jeffrey M. Goldman | 1.00 | 390.00 | Edit/Draft 1008 motion. | 083451.00002 | 9524073 |
| 08/20/2008 | | Invoice=2267967 | 1.00 | 390.00 | | | |
| 07/06/2008 | 03050 | Jeffrey M. Goldman | 4.30 | 1,677.00 | Edit/Draft section 1008 motion and related | 083451.00002 | 9524075 |
| 08/20/2008 | | Invoice=2267967 | 4.30 | 1,677.00 | documents. | | |
| 07/07/2008 | 03050 | Jeffrey M. Goldman | 1.00 | 390.00 | Edit/draft CCP 1008 motion. | 083451.00002 | 9535953 |
| 08/20/2008 | | Invoice=2267967 | 1.00 | 390.00 | | | |
| 12/21/2008 | 03050 | Jeffrey M. Goldman | 0.60 | 234.00 | Review briefing re: Jan. 22, 2008 hearing; | 083451.00002 | 10001665 |
| 01/08/2009 | | Invoice=2285966 | 0.60 | 234.00 | analysis re: same. | | |
| 12/22/2008 | 03050 | Jeffrey M. Goldman | 2.50 | 975.00 | Attend status conference re: dismissal of | 083451.00002 | 10001668 |
| 01/08/2009 | | Invoice=2285966 | 2.50 | 975.00 | action. | | |
| 02/11/2009 | 00365 | Richard Reinis | 0.40 | 226.00 | Review Minute Order from LASC re vacation of | 083451.00002 | 10116794 |
| 03/12/2009 | | Invoice=2293207 | 0.40 | 226.00 | trial date and tele conf with RG regarding | | |
| | | | | | same. | | |
| 02/11/2009 | 03050 | Jeffrey M. Goldman | 0.20 | 88.00 | Review minute order; analysis re: same w/ R. | 083451.00002 | 10117028 |
| 03/12/2009 | | Invoice=2293207 | 0.20 | 88.00 | Reinis. | | |
| 03/10/2009 | 03050 | Jeffrey M. Goldman | 0.50 | 220.00 | Research re: relief from stay obtained by | 083451.00002 | 10195360 |
| 04/10/2009 | | Invoice=2297174 | 0.50 | 220.00 | Nguyen. | | |
| 03/16/2009 | 05831 | Kristina Eckert | 1.00 | 205.00 | review documents, locate taxable income by year | 083451.00002 | 10216474 |
| 04/10/2009 | | Invoice=2297174 | 1.00 | 205.00 | and balance sheets and draft email regarding | | |
| 03/23/2009 | 03050 | Jeffrey M. Goldman | 3.50 | 1,540.00 | Prepare for and attend status conference; | 083451.00002 | 10233983 |
| 04/10/2009 | | Invoice=2297174 | 3.50 | 1,540.00 | analysis re: upcoming briefing and draft notice | | |
| | | | | | of ruling re: same. | | |
| 04/01/2009 | 03050 | Jeffrey M. Goldman | 2.50 | 1,100.00 | Calls w/ BK counsel re: bankruptcy status; | 083451.00002 | 10293496 |
| 06/10/2009 | | Invoice=2304049 | 2.50 | 1,100.00 | begin research re: briefing re: stay of | | |
| | | | | | proceedings. | | |
| 04/03/2009 | 03050 | Jeffrey M. Goldman | 3.50 | 1,540.00 | Edit/draft/research re: briefing for | 083451.00002 | 10293501 |
| 06/10/2009 | | Invoice=2304049 | 3.50 | 1,540.00 | Supplemental Brief re: bankruptcy stay; | | |
| | | | | | communication w/ Bankruptcy counsel re: same. | | |
| 04/06/2009 | 03050 | Jeffrey M. Goldman | 0.20 | 88.00 | Emails with BK counsel re: upcoming briefing. | 083451.00002 | 10293511 |
| 06/10/2009 | | Invoice=2304049 | 0.20 | 88.00 | | | |
| 04/06/2009 | 05831 | Kristina Eckert | 1.50 | 307.50 | draft request for judicial notice and appendix | 083451.00002 | 10288807 |
| 06/10/2009 | | Invoice=2304049 | 1.50 | 307.50 | of non-california authorities | | |
| 04/07/2009 | 00365 | Richard Reinis | 1.50 | 847.50 | Revise LASC Brief on motion for relief from | 083451.00002 | 10293317 |
| 06/10/2009 | | Invoice=2304049 | 1.50 | 847.50 | stay. | | |
| 04/07/2009 | 03050 | Jeffrey M. Goldman | 2.50 | 1,100.00 | Edit/draft supplemental briefing; call w/ H. | 083451.00002 | 10303011 |
| 08/10/2009 | | Invoice=2304049 | 2.50 | 1,100.00 | Roark re: same. | | |
| 04/07/2009 | 02246 | Steven D. Wheeless | 1.40 | 630.00 | Per Mr. Reinis, review and analyze pleadings | 083451.00002 | 10288607 |
| 06/10/2009 | | Invoice=2304049 | 1.40 | 630.00 | and motions in all related cases; draft | | |
| | | | | | correspondence to Mr. Reinis and Ms. Davis re | | |

Billed and Unbilled Recap Of Time Detail - [083451.00002 - NGUYEN V GCFF]                                   Page 2
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | same. | | |
| 04/08/2009 | 03050 | Jeffrey M. Goldman | 1.50 | 660.00 | Edit/draft briefing; call w/ H. Roark; draft H. | 083451.00002 | 10293517 |
| 06/10/2009 | | Invoice=2304049 | 1.50 | 660.00 | Roark declaration. | | |
| 04/09/2009 | 03050 | Jeffrey M. Goldman | 2.00 | 880.00 | Draft briefing; confer w/ H. Roark re: | 083451.00002 | 10293522 |
| 06/10/2009 | | Invoice=2304049 | 2.00 | 880.00 | declaration. | | |
| 04/09/2009 | 05831 | Kristina Eckert | 0.30 | 61.50 | revise appendix of non-california authorities | 083451.00002 | 10291923 |
| 06/10/2009 | | Invoice=2304049 | 0.30 | 61.50 | | | |
| 04/09/2009 | 00355 | Katessa Charles Davis | 8.00 | 4,480.00 | Edit and finalize brief in support of | 083451.00002 | 10298770 |
| 06/10/2009 | | Invoice=2304049 | 8.00 | 4,480.00 | maintaining stay in state court action; edit | | |
| | | | | | and finalize demurrer and requests for judicial | | |
| | | | | | notice. | | |
| 04/10/2009 | 03050 | Jeffrey M. Goldman | 0.50 | 220.00 | Finalize briefing for filing re: stay of | 083451.00002 | 10293526 |
| 06/10/2009 | | Invoice=2304049 | 0.50 | 220.00 | action. | | |
| 04/17/2009 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Counsel client on back payment of wages for | 083451.00002 | 10318084 |
| 06/10/2009 | | Invoice=2304049 | 2.50 | 1,400.00 | current employees and draft acknowledgement for | | |
| | | | | | employees. | | |
| 04/20/2009 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Further counsel client; edit and research | 083451.00002 | 10340919 |
| 06/10/2009 | | Invoice=2304049 | 1.50 | 840.00 | related to acknowledgment form; complete | | |
| | | | | | acknowledgement form. | | |
| 04/21/2009 | 03050 | Jeffrey M. Goldman | 0.50 | 220.00 | Preparation for April 22, 2009 hearing. | 083451.00002 | 10315810 |
| 06/10/2009 | | Invoice=2304049 | 0.50 | 220.00 | | | |
| 04/22/2009 | 03050 | Jeffrey M. Goldman | 3.00 | 1,320.00 | Attend status conference re: stay; analysis re: | 083451.00002 | 10321552 |
| 06/10/2009 | | Invoice=2304049 | 3.00 | 1,320.00 | outcome and next steps. | | |
| 04/22/2009 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Legal research related to class actions; | 083451.00002 | 10352031 |
| 06/10/2009 | | Invoice=2304049 | 2.50 | 1,400.00 | analysis of status of matter and discovery; | | |
| | | | | | review and advise on objection to Court's | | |
| | | | | | order. | | |
| 04/23/2009 | 03050 | Jeffrey M. Goldman | 0.20 | 88.00 | Review email from bankruptcy counsel; edits re: | 083451.00002 | 10321554 |
| 06/10/2009 | | Invoice=2304049 | 0.20 | 88.00 | same. | | |
| 04/24/2009 | 03050 | Jeffrey M. Goldman | 0.50 | 220.00 | Call with Bankruptcy Counsel re: objection to | 083451.00002 | 10321556 |
| 06/10/2009 | | Invoice=2304049 | 0.50 | 220.00 | proposed order. | | |
| 04/27/2009 | 03050 | Jeffrey M. Goldman | 0.20 | 88.00 | Review discovery from Plaintiff; email to team | 083451.00002 | 10324970 |
| 06/10/2009 | | Invoice=2304049 | 0.20 | 88.00 | re: same. | | |
| 04/28/2009 | 00355 | Katessa Charles Davis | 0.90 | 504.00 | Legal research re class actions and issues | 083451.00002 | 10352036 |
| 06/10/2009 | | Invoice=2304049 | 0.90 | 504.00 | related to exempt employees in preparation for | | |
| | | | | | summary judgment motion. | | |
| 05/07/2009 | 03050 | Jeffrey M. Goldman | 0.30 | 132.00 | Edit/draft response to RFP. | 083451.00002 | 10413355 |
| 06/10/2009 | | Invoice=2304049 | 0.30 | 132.00 | | | |
| 05/08/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Analysis/research re: CCP 1008 motion based on | 083451.00002 | 10453954 |
| 06/10/2009 | | Invoice=2304049 | 1.00 | 440.00 | Houser Court's decision to stay action. | | |
| 05/11/2009 | 03050 | Jeffrey M. Goldman | 0.30 | 132.00 | Analysis re: CCP sec. 1008 motion; edits to | 083451.00002 | 10379391 |
| 06/10/2009 | | Invoice=2304049 | 0.30 | 132.00 | response to RFP; call w/ Bender firm re: entry | | |
| | | | | | of order. | | |
| 05/11/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Analysis of issue of reconsideration of court's | 083451.00002 | 10382536 |
| 06/10/2009 | | Invoice=2304049 | 0.50 | 280.00 | order to lift stay of state court action and | | |
| | | | | | discussion re the same. | | |
| 05/14/2009 | 00355 | Katessa Charles Davis | 1.80 | 1,008.00 | Coordinate deposition of Plaintiff; prepare | 083451.00002 | 10395648 |
| 06/10/2009 | | Invoice=2304049 | 1.80 | 1,008.00 | correspondence and deposition notice. edit | | |
| | | | | | objections to document request served to debtor | | |
| | | | | | Great Circle Family Foods, LLC | | |
| 05/18/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Edit objections to document request and make | 083451.00002 | 10409321 |
| 06/10/2009 | | Invoice=2304049 | 0.50 | 280.00 | second request for deposition dates for | | |
| | | | | | Plaintiff representative. | | |
| 05/19/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Calls w/ BK Counsel; analysis re: objections | 083451.00002 | 10413372 |
| 06/10/2009 | | Invoice=2304049 | 1.00 | 440.00 | and entered Bankruptcy Court Order. | | |

Billed and Unbilled Recap Of Time Detail - [083451.00002 - NGUYEN V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/02/2009 | 00358 | Seong H. Kim | 0.25 | 143.75 | Telephone calls and e-mails with partner | 083451.00002 | 10576575 |
| 07/13/2009 | | Invoice=2307875 | 0.25 | 143.75 | concerning deposition. | | |
| 06/03/2009 | 00358 | Seong H. Kim | 0.25 | 143.75 | Telephone calls and e-mails and meeting with | 083451.00002 | 10576584 |
| 07/13/2009 | | Invoice=2307875 | 0.25 | 143.75 | associate concerning deposition. | | |
| 06/03/2009 | 03050 | Jeffrey M. Goldman | 0.50 | 220.00 | Review deposition notice/rfp; edits re: same. | 083451.00002 | 10573927 |
| 07/13/2009 | | Invoice=2307875 | 0.36 | 158.40 | | | |
| 06/04/2009 | 00358 | Seong H. Kim | 0.50 | 287.50 | Telephone calls and emails with partners and | 083451.00002 | 10576595 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 287.50 | associates re deposition; telephone calls and | | |
| | | | | | emails with opposing counsel re deposition; | | |
| | | | | | meeting with associate re same. | | |
| 06/04/2009 | 03050 | Jeffrey M. Goldman | 1.50 | 660.00 | Review law re: deposition notice and finalize | 083451.00002 | 10476719 |
| 07/13/2009 | | Invoice=2307875 | 1.09 | 479.60 | notice/document requests to plaintiff Nguyen. | | |
| 06/10/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Draft outline for upcoming deposition of Duc | 083451.00002 | 10517137 |
| 07/13/2009 | | Invoice=2307875 | 0.73 | 321.20 | Nguyen. | | |
| 06/13/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Edit/draft outline re: upcoming deposition of | 083451.00002 | 10517147 |
| 07/13/2009 | | Invoice=2307875 | 0.72 | 316.80 | Nguyen. | | |
| 06/14/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Edit/draft deposition outline. | 083451.00002 | 10517148 |
| 07/13/2009 | | Invoice=2307875 | 0.73 | 321.20 | | | |
| 06/15/2009 | 03050 | Jeffrey M. Goldman | 1.00 | 440.00 | Edit/draft outline for deposition. | 083451.00002 | 10517150 |
| 07/13/2009 | | Invoice=2307875 | 0.72 | 316.80 | | | |
| 06/16/2009 | 03050 | Jeffrey M. Goldman | 2.60 | 1,144.00 | Analysis re: objection to deposition; | 083451.00002 | 10521180 |
| 07/13/2009 | | Invoice=2307875 | 1.88 | 827.20 | edit/draft outline for deposition; analysis w/ | | |
| | | | | | S. Kim re: same. | | |
| 06/16/2009 | 00358 | Seong H. Kim | 1.00 | 575.00 | Review deposition outline; telephone calls and | 083451.00002 | 10576664 |
| 07/13/2009 | | Invoice=2307875 | 1.00 | 575.00 | emails with opposing counsel re depositions; | | |
| | | | | | review bankruptcy court order and other docs | | |
| | | | | | from opposing counsel; telephone calls and | | |
| | | | | | emails with associate and partner re same; | | |
| | | | | | review deposition exhibits | | |
| 06/17/2009 | 00358 | Seong H. Kim | 0.25 | 143.75 | Review pleadings; telephone calls and emails | 083451.00002 | 10576674 |
| 07/13/2009 | | Invoice=2307875 | 0.25 | 143.75 | with associate re status and strategy; | | |
| | | | | | telephone calls and emails with partner re same | | |
| 06/17/2009 | 00365 | Richard Reinis | 1.00 | 565.00 | Review opposition to Claims Estimation | 083451.00002 | 10525951 |
| 07/13/2009 | | Invoice=2307875 | 1.00 | 565.00 | Proceeding and opposition to depo of P and | | |
| | | | | | prepare response thereto. Tele conf and letter | | |
| | | | | | to Bender re violation of automatic stay. | | |
| 06/17/2009 | 03050 | Jeffrey M. Goldman | 0.40 | 176.00 | Analysis and strategy re: upcoming deposition | 083451.00002 | 10538411 |
| 07/13/2009 | | Invoice=2307875 | 0.29 | 127.60 | of Duc Nguyen. | | |
| 06/17/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Communications re Plaintiff's deposition and | 083451.00002 | 10537339 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 280.00 | analysis of objections to deposition notice. | | |
| 06/18/2009 | 00365 | Richard Reinis | 1.25 | 706.25 | Review service of summons and opposition to | 083451.00002 | 10532370 |
| 07/13/2009 | | Invoice=2307875 | 1.25 | 706.25 | motion to set aside and e mail to Krikor | | |
| | | | | | regarding violation of automatic stay. Review | | |
| | | | | | memo on violations and send to Krikor and | | |
| | | | | | review his letter re withdrawal of automatic | | |
| | | | | | stay. Tele conf with Mitch R regarding | | |
| | | | | | opposition and proper response. | | |
| 06/18/2009 | 00358 | Seong H. Kim | 0.50 | 287.50 | Review document; telephone calls and emails | 083451.00002 | 10576682 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 287.50 | with associate re depositions; telephone calls | | |
| | | | | | and emails with team re deposition. | | |
| 06/19/2009 | 00358 | Seong H. Kim | 0.50 | 287.50 | Review documents from opposing counsel; | 083451.00002 | 10576696 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 287.50 | telephone calls and emails with partner re | | |
| | | | | | status and strategy; telephone calls and emails | | |
| | | | | | with opposing counsel re deposition. | | |
| 06/24/2009 | 03050 | Jeffrey M. Goldman | 0.40 | 176.00 | Review bankruptcy filing re: claims estimation | 083451.00002 | 10543867 |
| 07/13/2009 | | Invoice=2307875 | 0.29 | 127.60 | proceeding. | | |

Billed and Unbilled Recap Of Time Detail - [083451.00002 - NGUYEN V GCFF]  Page 4
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name /Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| 06/25/2009 | 03050 | Jeffrey M. Goldman | 1.50 | 660.00 | Review pleadings re: hearing on Motion to Set | 083451.00002 | 10547144 |
| 07/13/2009 | | Invoice=2307875 | 1.09 | 479.60 | Aside Reinis' default; call w/ Silver & | | |
| | | | | | Friedman re: case. | | |
| | | | | | | | |
| 06/26/2009 | 03050 | Jeffrey M. Goldman | 4.00 | 1,760.00 | Appearance at motion to set aside default; | 083451.00002 | 10547149 |
| 07/13/2009 | | Invoice=2307875 | 2.90 | 1,276.80 | analysis re: same; research re: PAGA and email | | |
| | | | | | to R. Reinis' counsel re: same. | | |
| | | | | | | | |
| 06/26/2009 | 00358 | Seong H. Kim | 0.50 | 287.50 | Review pleadings; telephone calls and emails | 083451.00002 | 10551540 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 287.50 | with associate re depositions; emails to | | |
| | | | | | opposing counsel re depositions; emails with | | |
| | | | | | opposing counsel re same and re documents. | | |
| | | | | | | | |
| 06/29/2009 | 00355 | Kalessa Charles Davis | 0.50 | 280.00 | Analysis of reply by debtor to joint opposition | 083451.00002 | 10565799 |
| 07/13/2009 | | Invoice=2307875 | 0.50 | 280.00 | filed by Nguyen and Houser to schedule hearing | | |
| | | | | | and establish procedures to estimate certain | | |
| | | | | | undisputed and unliquidated claims. | | |
| | | | | | | | |
| 06/29/2009 | 03050 | Jeffrey M. Goldman | 0.80 | 352.00 | Edit/draft amended notice of taking deposition; | 083451.00002 | 10573934 |
| 07/13/2009 | | Invoice=2307875 | 0.58 | 255.20 | draft email to opposing counsel re: same; | | |
| | | | | | review Arias decision re: PAGA. | | |
| | | | | | | | |
| 07/02/2009 | 03050 | Jeffrey M. Goldman | 0.30 | 132.00 | Analysis re: deposition of plaintiff; emails | 083451.00002 | 10588549 |
| | | | | | with opposing counsel re: same. | | |
| | | | | | | | |
| 07/06/2009 | 03050 | Jeffrey M. Goldman | 0.40 | 176.00 | Review discovery and analysis re: same. | 083451.00002 | 10588555 |
| | | | | | | | |
| | | UNBILLED TOTALS:  WORK | 0.70 | 308.00 | 2 records | | |
| | | UNBILLED TOTALS:  BILL: | 0.70 | 308.00 | | | |
| | | | | | | | |
| | | BILLED TOTALS:  WORK: | 87.60 | 40,411.50 | 69 records | | |
| | | BILLED TOTALS:  BILL: | 83.28 | 38,511.50 | | | |
| | | | | | | | |
| | | GRAND TOTALS:  WORK: | 88.30 | 40,719.50 | 71 records | | |
| | | GRAND TOTALS:  BILL: | 83.98 | 38,819.50 | | | |

Billed and Unbilled Recap Of Cost Detail - [083451.00002 - NGUYEN V GCFF]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name/Invoice Number | Ecode | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|-------|----------|------|--------|-------------|------------|
| 05/15/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 57.75 | 57.75 | Filing Fees - NOW LEGAL SERVICE Inv.A51914 | 12705186 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 57.75 | 57.75 | dated 05/05/08 re: Deliver to LASC-CENTRAL Court | |
| | | | | | | | Service fees for filing on date 04/29/08 | |
| | | Voucher=633948 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 5255.09 | |
| | | | | | | | Check #465442 05/30/2008 | |
| 05/15/2008 | 00365 | Richard Reinis | FEESUBX | 1.00 | 184.50 | 184.50 | Fees - Subpoena - NOW LEGAL SERVICE Inv.A51914 | 12705198 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 184.50 | 184.50 | dated 05/05/08 re: Process Service to David | |
| | | | | | | | Nguyen ON 02/28/08' | |
| | | Voucher=633948 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 5255.09 | |
| | | | | | | | Check #465442 05/30/2008 | |
| 05/27/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 57.75 | 57.75 | Filing Fees - NOW LEGAL SERVICE Inv. A52063 | 12705603 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 57.75 | 57.75 | dated 05/20/08 re: Deliver LASC-CENTRAL Court | |
| | | | | | | | Service fees for filing on date 05/08/08 | |
| | | Voucher=635443 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 6662.18 | |
| | | | | | | | Check #465441 05/30/2008 | |
| 05/29/2008 | 03050 | Jeffrey M. Goldman | HRLITX | 1.00 | 7.50 | 7.50 | Litigation Support Vendors - JEFFREY GOLDM | 12726212 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 7.50 | 7.50 | Inv. TR3050042508 dated 04/25/08 re Download | |
| | | | | | | | documents from LASC website | |
| | | Voucher=635987 Paid | | | | | Vendor=JEFFREY GOLDMAN  Balance= .00 Amount= 7.50 | |
| | | | | | | | Check #465249 05/29/2008 | |
| 06/23/2008 | 08857 | Maria Rodriguez | DUPLCC | 22.00 | 0.20 | 4.40 | MARIA RODRIGUEZ     Copies made: 22 | 12818352 |
| 07/15/2008 | | Invoice=2263372 | | 22.00 | 0.20 | 4.40 | Unit ID: CCCOP05  Notes: RODRIGUEZ, MARIA | |
| 06/23/2008 | 08857 | Maria Rodriguez | DUPLCC | 5.00 | 0.20 | 1.00 | MARIA RODRIGUEZ     Copies made: 5 | 12818354 |
| 07/15/2008 | | Invoice=2263372 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP05  Notes: | |
| 06/24/2008 | 00365 | Richard Reinis | WESTLAV | 1.00 | 10.00 | 10.00 | Westlaw On-Line Research | 12796434 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 10.00 | 10.00 | DC Westlaw Search by: GOLDMAN,JEFFREY | |
| 06/25/2008 | 09245 | CC Merrill | FAXCC | 55.00 | 1.15 | 63.25 | MERRILL-CC        Tel:(925)283-3426 | 12818152 |
| 07/15/2008 | | Invoice=2263372 | | 55.00 | 1.15 | 63.25 | Pages: 55  Unit ID: CCFAX01 | |
| 06/25/2008 | 09245 | CC Merrill | FAXCC | 55.00 | 1.15 | 63.25 | MERRILL-CC        Tel:(805)483-0860 | 12818155 |
| 07/15/2008 | | Invoice=2263372 | | 55.00 | 1.15 | 63.25 | Pages: 55  Unit ID: CCFAX01 | |
| 06/26/2008 | 08857 | Maria Rodriguez | DUPLCC | 1.00 | 0.20 | 0.20 | MARIA RODRIGUEZ     Copies made: 1 | 12818514 |
| 07/15/2008 | | Invoice=2263372 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP05  Notes: | |
| 07/03/2008 | 03050 | Jeffrey M. Goldman | PARKX | 1.00 | 20.00 | 20.00 | Parking - JEFFREY GOLDMAN -Paking, LASC for | 12822146 |
| 08/20/2008 | | Invoice=2267967 | | 1.00 | 20.00 | 20.00 | attendance at OSC reDismissal on 06/26/08 | |
| | | Voucher=641069 Paid | | | | | Vendor=JEFFREY GOLDMAN Balance= .00 Amount= 20.00 | |
| | | | | | | | Check #468198 07/07/2008 | |
| 07/03/2008 | 03050 | Jeffrey M. Goldman | DUPLCC | 1.00 | 0.20 | 0.20 | JEFFREY GOLDMAN     Copies made: 1 | 12838830 |
| 08/20/2008 | | Invoice=2267967 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP04  Notes: | |
| 07/11/2008 | 03050 | Jeffrey M. Goldman | HRLITX | 1.00 | 7.50 | 7.50 | Litigation Support Vendors - JEFFREY GOLDM | 12830296 |
| 08/20/2008 | | Invoice=2267967 | | 1.00 | 7.50 | 7.50 | Inv 5401 dated 07/03/08 re Download document | |
| | | | | | | | from LASC website | |
| | | Voucher=642126 Paid | | | | | Vendor=JEFFREY GOLDMAN Balance= .00 Amount= 7.50 | |
| | | | | | | | Check #468752 07/14/2008 | |
| 07/16/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE Inv.A52533 | 12839170 |
| 08/20/2008 | | Invoice=2267967 | | 1.00 | 25.41 | 25.41 | date 07/05/08 re: Deliver to LASC-CENTRAL | |
| | | | | | | | court service fees for filing on date 06/25/08 | |
| | | Voucher=642721 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 7017.92 | |
| | | | | | | | Check #469806 07/25/2008 | |
| 08/29/2008 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | MERRILL-CC        Copies made: 1 | 12972346 |
| 10/08/2008 | | Invoice=2274056 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP02  Notes: RODRIGUEZ, MARIA | |
| 08/29/2008 | 09245 | CC Merrill | DUPLCC | 9.00 | 0.20 | 1.80 | MERRILL-CC        Copies made: 9 | 12972347 |
| 10/08/2008 | | Invoice=2274056 | | 9.00 | 0.20 | 1.80 | Unit ID: CCDCOP02  Notes: RODRIGUEZ, MARIA | |
| 08/29/2008 | 09245 | CC Merrill | DUPLCC | 8.00 | 0.20 | 1.60 | MERRILL-CC        Copies made: 8 | 12972348 |
| 10/08/2008 | | Invoice=2274056 | | 8.00 | 0.20 | 1.60 | Unit ID: CCDCOP02  Notes: RODRIGUEZ, MARIA | |
| 08/29/2008 | 09245 | CC Merrill | DUPLCC | 3.00 | 0.20 | 0.60 | MERRILL-CC        Copies made: 3 | 12972349 |
| 10/08/2008 | | Invoice=2274056 | | 3.00 | 0.20 | 0.60 | Unit ID: CCDCOP02  Notes: RODRIGUEZ, MARIA | |
| 08/29/2008 | 09245 | CC Merrill | DUPLCC | 1.00 | 0.20 | 0.20 | MERRILL-CC        Copies made: 1 | 12972350 |
| 10/08/2008 | | Invoice=2274056 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP02  Notes: | |

Billed and Unbilled Recap Of Cost Detail - [083451.00002 - NGUYEN V GCFF]                                                    Page 2
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name /Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/29/2008 | 03050 | Jeffrey M. Goldman | PARKX | 1.00 | 20.00 | 20.00 | Parking - JEFFREY GOLDMAN Travel to Vista, | 13206250 |
| 01/08/2009 | | Invoice=2285966 | | 1.00 | 20.00 | 20.00 | for appearance at CMC, etc on 12/22/08 | |
| | | Voucher=664321 Paid | | | | | Vendor=JEFFREY GOLDMAN Balance= .00 Amount= 165.01 | |
| | | | | | | | Check #480403 12/29/2008 | |
| 12/29/2008 | 03050 | Jeffrey M. Goldman | HRLITX | 1.00 | 7.50 | 7.50 | Litigation Support Vendors - JEFFREY GOLDM | 13206251 |
| 01/08/2009 | | Invoice=2285966 | | 1.00 | 7.50 | 7.50 | Travel to Vista, CA for appearance at CMC, etc | |
| | | | | | | | on 12/22/08 | |
| | | Voucher=664321 Paid | | | | | Vendor=JEFFREY GOLDMAN Balance= .00 Amount= 165.01 | |
| | | | | | | | Check #480403 12/29/2008 | |
| 03/09/2009 | 08870 | Steven Ridgill | DUPLCC | 2.00 | 0.20 | 0.40 | STEVEN RIDGILL   Copies made: 2 | 13347148 |
| 04/10/2009 | | Invoice=2297174 | | 2.00 | 0.20 | 0.40 | Unit ID: CCDCOP02 Notes: | |
| 03/23/2009 | 03050 | Jeffrey M. Goldman | DUPLCC | 4.00 | 0.20 | 0.80 | JEFFREY GOLDMAN   Copies made: 4 | 13402473 |
| 04/10/2009 | | Invoice=2297174 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP05 Notes: GOLDMAN, JEFFREY | |
| 03/23/2009 | 09245 | CC Merrill | DUPLCC | 15.00 | 0.20 | 3.00 | MERRILL-CC   Copies made: 15 | 13402474 |
| 04/10/2009 | | Invoice=2297174 | | 15.00 | 0.20 | 3.00 | Unit ID: CCDCOP02 Notes: | |
| 03/25/2009 | 08857 | Maria Rodriguez | DUPLCC | 8.00 | 0.20 | 1.60 | MARIA RODRIGUEZ   Copies made: 8 | 13402475 |
| 04/10/2009 | | Invoice=2297174 | | 8.00 | 0.20 | 1.60 | Unit ID: CCCOP05 Notes: | |
| 03/25/2009 | 08857 | Maria Rodriguez | DUPLCC | 4.00 | 0.20 | 0.80 | MARIA RODRIGUEZ   Copies made: 4 | 13402773 |
| 04/10/2009 | | Invoice=2297174 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP05 Notes: RODRIGUEZ, MARIA | |
| 03/25/2009 | 08857 | Maria Rodriguez | DUPLCC | 2.00 | 0.20 | 0.40 | MARIA RODRIGUEZ   Copies made: 2 | 13402774 |
| 04/10/2009 | | Invoice=2297174 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP05 Notes: RODRIGUEZ, MARIA | |
| 03/25/2009 | 08857 | Maria Rodriguez | DUPLCC | 1.00 | 0.20 | 0.20 | MARIA RODRIGUEZ   Copies made: 1 | 13402776 |
| 04/10/2009 | | Invoice=2297174 | | 1.00 | 0.20 | 0.20 | Unit ID: CCCOP05 Notes: RODRIGUEZ, MARIA | |
| 03/26/2009 | 03050 | Jeffrey M. Goldman | PARKX | 1.00 | 20.00 | 20.00 | Parking - JEFFREY GOLDMAN- Travel to LASC on | 13372130 |
| 04/10/2009 | | Invoice=2297174 | | 1.00 | 20.00 | 20.00 | 03/23/09 re Status Conference, OSC re Dimsissal | |
| | | Voucher=675097 Paid | | | | | Vendor=JEFFREY GOLDMAN Balance= .00 Amount= 20.00 | |
| | | | | | | | Check #485925 03/26/2009 | |
| 04/06/2009 | 00365 | Richard Reinis | WESTLAV | 1.00 | 72.70 | 72.70 | Westlaw On-Line Research | 13459210 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 72.70 | 72.70 | DC Westlaw Search by: ECKERT,KRISTINA | |
| 04/10/2009 | 09245 | CC Merrill | DUPLCC | 24.00 | 0.20 | 4.80 | MERRILL-CC   Copies made: 24 | 13440037 |
| 06/10/2009 | | Invoice=2304049 | | 24.00 | 0.20 | 4.80 | Unit ID: CCDCOP02 Notes: RAMME, SHANNON | |
| 04/10/2009 | 09245 | CC Merrill | DUPLCC | 18.00 | 0.20 | 3.60 | MERRILL-CC   Copies made: 18 | 13440039 |
| 06/10/2009 | | Invoice=2304049 | | 18.00 | 0.20 | 3.60 | Unit ID: CCDCOP02 Notes: RAMME, SHANNON | |
| 04/10/2009 | 09245 | CC Merrill | DUPLCC | 114.00 | 0.20 | 22.80 | MERRILL-CC   Copies made: 114 | 13440040 |
| 06/10/2009 | | Invoice=2304049 | | 114.00 | 0.20 | 22.80 | Unit ID: CCDCOP02 Notes: | |
| 04/10/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 13.00 | 0.20 | 2.60 | SHANNON RAMME   Copies made: 13 | 13440042 |
| 06/10/2009 | | Invoice=2304049 | | 13.00 | 0.20 | 2.60 | Unit ID: CCCOP06 Notes: | |
| 04/10/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 24.00 | 0.20 | 4.80 | SHANNON RAMME   Copies made: 24 | 13440044 |
| 06/10/2009 | | Invoice=2304049 | | 24.00 | 0.20 | 4.80 | Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 04/10/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 18.00 | 0.20 | 3.60 | SHANNON RAMME   Copies made: 18 | 13440046 |
| 06/10/2009 | | Invoice=2304049 | | 18.00 | 0.20 | 3.60 | Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 04/13/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | 0.60 | SHANNON RAMME   Copies made: 3 | 13440048 |
| 06/10/2009 | | Invoice=2304049 | | 3.00 | 0.20 | 0.60 | Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 04/13/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 4.00 | 0.20 | 0.80 | SHANNON RAMME   Copies made: 4 | 13440050 |
| 06/10/2009 | | Invoice=2304049 | | 4.00 | 0.20 | 0.80 | Unit ID: CCCOP06 Notes: SCARDINO, FRANCE | |
| 04/13/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 7.00 | 0.20 | 1.40 | SHANNON RAMME   Copies made: 7 | 13440052 |
| 06/10/2009 | | Invoice=2304049 | | 7.00 | 0.20 | 1.40 | Unit ID: CCCOP06 Notes: | |
| 04/14/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE Inv. A55672 | 13415944 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 25.41 | 25.41 | date 04/05/09 re: Deliver to LASC DOWN TOWN | |
| | | | | | | | service fees for filing on 03/24/09 | |
| | | Voucher=677429 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 3822.37 | |
| | | | | | | | Check #487233 04/17/2009 | |
| 04/21/2009 | 09245 | CC Merrill | FAXCC | 6.00 | 1.15 | 6.90 | MERRILL-CC   Tel:(925)283-3426 | 13440729 |
| 06/10/2009 | | Invoice=2304049 | | 6.00 | 1.15 | 6.90 | Pages: 6 Unit ID: CCFAX01 | |

Billed and Unbilled Recap Of Cost Detail - [083451.00002 - NGUYEN V GCFF]

Page 3

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:22:37 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/07/2009 | 03050 | Jeffrey M. Goldman | PARKX | 1.00 | 20.00 | 20.00 | Parking - JEFFREY GOLDMAN- Parking, LASC for | 13469135 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 20.00 | 20.00 | appearance at hearing re Stay | |
| | | Voucher=680405 Paid | | | | | Vendor=JEFFREY GOLDMAN  Balance= .00  Amount= 44.52 | |
| | | | | | | | Check #488520  05/08/2009 | |
| | | | | | | | | |
| 05/12/2009 | 09245 | CC Merrill | POST | 1.00 | 2.53 | 2.53 | MERRILL-CC          Unit ID: CCFAX01 | 13500083 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 2.53 | 2.53 | | |
| | | | | | | | | |
| 05/13/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE  Inv. A55861 | 13475062 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 25.41 | 25.41 | date  04/20/09  re: Deliver to LASC DOWNTOWN | |
| | | | | | | | court  service  fees on 04/10/09 | |
| | | Voucher=681132 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 3819.15 | |
| | | | | | | | Check #488961  05/14/2009 | |
| | | | | | | | | |
| 05/14/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 25.41 | 25.41 | Filing Fees - NOW LEGAL SERVICE   Inv. A56020 | 13477383 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 25.41 | 25.41 | date  05/05/09  re: Deliver to LASC DOWNTOWN | |
| | | | | | | | court  service fees for filing on 04/21/09 | |
| | | Voucher=681364 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 2748.68 | |
| | | | | | | | Check #489266  05/19/2009 | |
| | | | | | | | | |
| 05/14/2009 | 00365 | Richard Reinis | FEESUBX | 1.00 | 15.00 | 15.00 | Fees - Subpoena - NOW LEGAL SERVICE  Inv. | 13477384 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 15.00 | 15.00 | A56020 date 05/05/09  re: Process service to | |
| | | | | | | | Levine Neal Bender  on 04/29/09 | |
| | | Voucher=681364 Paid | | | | | Vendor=NOW LEGAL SERVICE  Balance= .00  Amount= 2748.68 | |
| | | | | | | | Check #489266  05/19/2009 | |
| | | | | | | | | |
| 05/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | 0.60 | SHANNON RAMME          Copies made: 3 | 13500222 |
| 06/10/2009 | | Invoice=2304049 | | 3.00 | 0.20 | 0.60 | Unit ID: CCDCOP01 Notes: RAMME, SHANNON | |
| | | | | | | | | |
| 05/15/2009 | 08870 | Steven Ridgill | DUPLCC | 9.00 | 0.20 | 1.80 | STEVEN RIDGILL          Copies made: 9 | 13500223 |
| 06/10/2009 | | Invoice=2304049 | | 9.00 | 0.20 | 1.80 | Unit ID: CCDCOP01 Notes: RIDGILL, STEVEN | |
| | | | | | | | | |
| 05/15/2009 | 08870 | Steven Ridgill | DUPLCC | 8.00 | 0.20 | 1.60 | STEVEN RIDGILL          Copies made: 8 | 13500224 |
| 06/10/2009 | | Invoice=2304049 | | 8.00 | 0.20 | 1.60 | Unit ID: CCDCOP01 Notes: RIDGILL, STEVEN | |
| | | | | | | | | |
| 05/15/2009 | 08870 | Steven Ridgill | DUPLCC | 3.00 | 0.20 | 0.60 | STEVEN RIDGILL          Copies made: 3 | 13500225 |
| 06/10/2009 | | Invoice=2304049 | | 3.00 | 0.20 | 0.60 | Unit ID: CCDCOP01 Notes: RIDGILL, STEVEN | |
| | | | | | | | | |
| 05/15/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 1.00 | 0.20 | 0.20 | SHANNON RAMME          Copies made: 1 | 13500226 |
| 06/10/2009 | | Invoice=2304049 | | 1.00 | 0.20 | 0.20 | Unit ID: CCDCOP01 Notes: | |
| | | | | | | | | |
| 05/15/2009 | 09387 | Shannon Ellen Ramme | FAXCC | 2.00 | 1.15 | 2.30 | SHANNON RAMME          Tel:(925)283-3426 | 13500260 |
| 06/10/2009 | | Invoice=2304049 | | 2.00 | 1.15 | 2.30 | Pages: 2  Unit ID: CCFAX01 | |
| | | | | | | | | |
| 05/19/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME          Copies made: 5 | 13500227 |
| 06/10/2009 | | Invoice=2304049 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| | | | | | | | | |
| 05/19/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME          Copies made: 2 | 13500228 |
| 06/10/2009 | | Invoice=2304049 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| | | | | | | | | |
| 05/19/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME          Copies made: 5 | 13500229 |
| 06/10/2009 | | Invoice=2304049 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| | | | | | | | | |
| 05/19/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 2.00 | 0.20 | 0.40 | SHANNON RAMME          Copies made: 2 | 13500230 |
| 06/10/2009 | | Invoice=2304049 | | 2.00 | 0.20 | 0.40 | Unit ID: CCCOP06  Notes: RAMME, SHANNON | |
| | | | | | | | | |
| 05/19/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 5.00 | 0.20 | 1.00 | SHANNON RAMME          Copies made: 5 | 13500231 |
| 06/10/2009 | | Invoice=2304049 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP06  Notes: | |
| | | | | | | | | |
| 06/04/2009 | 08857 | Maria Rodriguez | DUPLCC | 32.00 | 0.20 | 6.40 | MARIA RODRIGUEZ          Copies made: 32 | 13549379 |
| 07/13/2009 | | Invoice=2307875 | | 32.00 | 0.20 | 6.40 | Unit ID: CCCOP05  Notes: RODRIGUEZ, MARIA | |
| | | | | | | | | |
| 06/04/2009 | 08857 | Maria Rodriguez | DUPLCC | 30.00 | 0.20 | 6.00 | MARIA RODRIGUEZ          Copies made: 30 | 13549380 |
| 07/13/2009 | | Invoice=2307875 | | 30.00 | 0.20 | 6.00 | Unit ID: CCCOP05  Notes: | |
| | | | | | | | | |
| 06/15/2009 | 03050 | Jeffrey M. Goldman | DUPLCC | 9.00 | 0.20 | 1.80 | JEFFREY GOLDMAN          Copies made: 9 | 13575828 |
| 07/13/2009 | | Invoice=2307875 | | 9.00 | 0.20 | 1.80 | Unit ID: CCCOP04  Notes: GOLDMAN, JEFFREY | |
| | | | | | | | | |
| 06/15/2009 | 00365 | Richard Reinis | WESTLAV | 1.00 | 120.00 | 120.00 | Westlaw On-Line Research | 13578779 |
| 07/13/2009 | | Invoice=2307875 | | 1.00 | 120.00 | 120.00 | DC Westlaw Search by:  GOLDMAN,JEFFREY | |
| | | | | | | | | |
| 06/16/2009 | 08829 | Janna L. Cole | DUPLCC | 159.00 | 0.20 | 31.80 | JANNA COLE          Copies made: 159 | 13575830 |
| 07/13/2009 | | Invoice=2307875 | | 159.00 | 0.20 | 31.80 | Unit ID: CCDCOP02 Notes: COLE, JANNA | |
| | | | | | | | | |
| 06/16/2009 | 08829 | Janna L. Cole | DUPLCC | 55.00 | 0.20 | 11.00 | JANNA COLE          Copies made: 55 | 13575832 |

Billed and Unbilled Recap Of Cost Detail - [083451.00002 - NGUYEN V GCFF]

Page 4

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC    7/30/2009 4:22:37 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/13/2009 | | Invoice=2307875 | | 55.00 | 0.20 | 11.00 | Unit ID: CCCOP09  Notes: | |
| | | | | | | | | |
| 06/16/2009 | 08829 | Janna L. Cole | DUPLCC | 625.00 | 0.20 | 125.00 | JANNA COLE        Copies made: 625 | 13575834 |
| 07/13/2009 | | Invoice=2307875 | | 625.00 | 0.20 | 125.00 | Unit ID: CCDCOP02  Notes: | |
| | | | | | | | | |
| 06/18/2009 | 08829 | Janna L. Cole | DUPLCC | 164.00 | 0.20 | 32.80 | JANNA COLE        Copies made: 164 | 13576067 |
| 07/13/2009 | | Invoice=2307875 | | 164.00 | 0.20 | 32.80 | Unit ID: CCCOP09  Notes: | |
| | | | | | | | | |
| 06/24/2009 | 08829 | Janna L. Cole | DUPLCC | 60.00 | 0.20 | 12.00 | JANNA COLE        Copies made: 60 | 13576069 |
| 07/13/2009 | | Invoice=2307875 | | 60.00 | 0.20 | 12.00 | Unit ID: CCCOP09  Notes: | |
| | | | | | | | | |
| 06/25/2009 | 03050 | Jeffrey M. Goldman | TELEDCX | 1.00 | 5.99 | 5.99 | Long Distance Telephone -  JEFFREY GOLDMAN- | 13560257 |
| 07/13/2009 | | Invoice=2307875 | | 1.00 | 5.99 | 5.99 | Internet Service 06/17/09 | |
| | | Voucher=686484 Paid | | | | | Vendor=JEFFREY GOLDMAN  Balance= .00  Amount= 11.98 | |
| | | | | | | | Check #491471  06/26/2009 | |
| | | | | | | | | |
| 06/26/2009 | 08857 | Maria Rodriguez | DUPLCC | 5.00 | 0.20 | 1.00 | MARIA RODRIGUEZ        Copies made: 5 | 13576336 |
| 07/13/2009 | | Invoice=2307875 | | 5.00 | 0.20 | 1.00 | Unit ID: CCCOP05  Notes: | |
| | | | | | | | | |
| 06/29/2009 | 08829 | Janna L. Cole | DUPLCC | 3.00 | 0.20 | 0.60 | JANNA COLE        Copies made: 3 | 13576339 |
| 07/13/2009 | | Invoice=2307875 | | 3.00 | 0.20 | 0.60 | Unit ID: CCCOP03  Notes: | |
| | | | | | | | | |
| 07/02/2009 | 03050 | Jeffrey M. Goldman | PARKX | 1.00 | 20.00 | 20.00 | Parking - JEFFREY GOLDMAN - Local Travel on | 13570388 |
| | | | | | | | 06/26/09 re Parking, LASC for appearance at | |
| | | | | | | | hearing on motion to set aside default | |
| | | Voucher=687535 Paid | | | | | Vendor=JEFFREY GOLDMAN  Balance= .00  Amount= 20.00 | |
| | | | | | | | Check #492170  07/06/2009 | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 2.00 | 0.20 | 0.40 | JANNA COLE        Copies made: 2 | 13611820 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 8.00 | 0.20 | 1.60 | JANNA COLE        Copies made: 8 | 13611821 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 8.00 | 0.20 | 1.60 | JANNA COLE        Copies made: 8 | 13611822 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 7.00 | 0.20 | 1.40 | JANNA COLE        Copies made: 7 | 13611823 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 2.00 | 0.20 | 0.40 | JANNA COLE        Copies made: 2 | 13611824 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 8.00 | 0.20 | 1.60 | JANNA COLE        Copies made: 8 | 13611825 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 8.00 | 0.20 | 1.60 | JANNA COLE        Copies made: 8 | 13611826 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 8.00 | 0.20 | 1.60 | JANNA COLE        Copies made: 8 | 13611827 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 7.00 | 0.20 | 1.40 | JANNA COLE        Copies made: 7 | 13611828 |
| | | | | | | | Unit ID: CCCOP03  Notes: COLE, JANNA | |
| | | | | | | | | |
| 07/06/2009 | 08829 | Janna L. Cole | DUPLCC | 50.00 | 0.20 | 10.00 | JANNA COLE        Copies made: 50 | 13611829 |
| | | | | | | | Unit ID: CCCOP03  Notes: | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 41.60 | 11 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 41.60 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 1,165.46 | 69 records | |
| | | BILLED TOTALS:    BILL: | | | | 1,165.46 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 1,207.06 | 80 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,207.06 | | |

**EXHIBIT C**

**83541.00003 - GENERAL EMPLOYMENT**

| | Invoice | Date | Fees | Cost | Total |
|---|---|---|---|---|---|
| BILL | 2267994 | 8/20/2008 | 18,877.00 | 104.00 | 18,981.00 |
| PAYDC | Q123008 | 12/30/2008 | -18,877.00 | -104.00 | -18,981.00 |
| | | | | | 0.00 |
| BILL | 2272209 | 9/24/2008 | 269.00 | 0.00 | 269.00 |
| PAYDC | 13508 | 10/7/2008 | -269.00 | 0.00 | -269.00 |
| | | | | | 0.00 |
| BILL | 2274057 | 10/8/2008 | 5,208.00 | 0.00 | 5,208.00 |
| PAYDC | Q123008 | 12/30/2008 | -5,208.00 | 0.00 | -5,208.00 |
| | | | | | 0.00 |
| BILL | 2279082 | 11/10/2008 | 4,074.50 | 0.00 | 4,074.50 |
| PAYDC | Q123008 | 12/30/2008 | -4,074.50 | 0.00 | -4,074.50 |
| | | | | | 0.00 |
| BILL | 2283370 | 12/8/2008 | 3,640.00 | 6.80 | 3,646.80 |
| PAYDC | Q123008 | 12/30/2008 | -3,640.00 | -6.80 | -3,646.80 |
| | | | | | 0.00 |
| BILL | 2285964 | 1/8/2009 | 704.75 | 0.00 | 704.75 |
| BILL | 2290162 | 2/13/2009 | 6,027.50 | 12.50 | 6,040.00 |
| BILL | 2293206 | 3/12/2009 | 1,817.75 | 7.10 | 1,824.85 |
| BILL | 2297180 | 4/10/2009 | 3,024.00 | 0.00 | 3,024.00 |
| BILL | 2304050 | 6/10/2009 | 0.00 | 86.41 | 86.41 |
| BILL | 2307874 | 7/13/2009 | 2,340.00 | 0.00 | 2,340.00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL BILLED | | | 45,982.50 | 216.81 | 46,199.31 |
| TOTAL PAID | | | 32,068.50 | 110.80 | 32,179.30 |
| TOTAL UNBILLED | | | 0.00 | 0.00 | 0.00 |
| **TOTAL OUTSTANDING** | | | **13,914.00** | **108.01** | **14,020.01** |

Billed and Unbilled Recap Of Time Detail - [083451.00003 - GENERAL EMPLOYMENT]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:30:22 PM

Page 1

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/19/2008 | 00355 | Katessa Charles Davis | 1.80 | 1,008.00 | (general employment) Initial meeting re SOI | 083451.00003 | 9383160 |
| 08/20/2008 | | Invoice=2267994 | 1.80 | 1,008.00 | service agreement and initial analysis. | | |
| 05/20/2008 | 03164 | Danielle F. Fern | 1.20 | 450.00 | (General Employment) Review material relating | 083451.00003 | 9374906 |
| 08/20/2008 | | Invoice=2267994 | 1.20 | 450.00 | to PEO agreements; conference with R. Reinis | | |
| | | | | | and K. Davis re: draft, proposed agreement | | |
| | | | | | between SOI and Great Circle. | | |
| 05/21/2008 | 03164 | Danielle F. Fern | 3.70 | 1,387.50 | (General Employment) Review draft, proposed | 083451.00003 | 9374909 |
| 08/20/2008 | | Invoice=2267994 | 3.70 | 1,387.50 | Agreement between SOI and Great Circle. | | |
| | | | | | Research law relating to "joint employers". | | |
| 05/21/2008 | 00355 | Katessa Charles Davis | 2.30 | 1,288.00 | (general employment) Draft confidential | 083451.00003 | 9372869 |
| 08/20/2008 | | Invoice=2267994 | 2.30 | 1,288.00 | agreement and release for two employees - Beato | | |
| | | | | | and Valdovinos; communication with the client | | |
| | | | | | re the same. | | |
| 05/21/2008 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Analysis of SOI service agreement for issues | 083451.00003 | 9372870 |
| 08/20/2008 | | Invoice=2267994 | 3.00 | 1,680.00 | and advice; and attendant legal research re | | |
| | | | | | provisions of service agreement | | |
| 05/22/2008 | 00355 | Katessa Charles Davis | 1.90 | 1,064.00 | ( general employment) Analysis of legal | 083451.00003 | 9372876 |
| 08/20/2006 | | Invoice=2267994 | 1.90 | 1,064.00 | research and articles re due diligence with | | |
| | | | | | professional employer organizations. | | |
| 05/22/2008 | 03164 | Danielle F. Fern | 1.40 | 525.00 | (General Employment) Review proposed, draft | 083451.00003 | 9374911 |
| 08/20/2008 | | Invoice=2267994 | 1.40 | 525.00 | Agreement with SOI; research law relating to | | |
| | | | | | "joint employers". | | |
| 05/23/2008 | 00355 | Katessa Charles Davis | 3.60 | 2,016.00 | (General employment) Identify legal and | 083451.00003 | 9383164 |
| 08/20/2008 | | Invoice=2267994 | 3.60 | 2,016.00 | business issues in SOI Service Agreement that | | |
| | | | | | must be resolved prior to execution by parties; | | |
| | | | | | complete research re California law as applies | | |
| | | | | | to provisions in SOI Service Agreement and | | |
| | | | | | joint employer liability | | |
| 05/27/2008 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Further analysis of SOI Service Agreement and | 083451.00003 | 9386743 |
| 08/20/2008 | | Invoice=2267994 | 2.50 | 1,400.00 | attendant legal research re the same and affect | | |
| | | | | | of agreement on California employees | | |
| 05/27/2008 | 03164 | Danielle F. Fern | 3.60 | 1,350.00 | (General Employment) Review draft Agreement | 083451.00003 | 9403120 |
| 08/20/2008 | | Invoice=2267994 | 3.60 | 1,350.00 | with SOI; review material relating to "joint | | |
| | | | | | employers". | | |
| 05/28/2008 | 03164 | Danielle F. Fern | 3.40 | 1,275.00 | (General Employment) Complete review of SOI | 083451.00003 | 9403122 |
| 08/20/2008 | | Invoice=2267994 | 3.40 | 1,275.00 | Agreement; review summary of comments prepared | | |
| | | | | | by K. Davis; draft summary of additional | | |
| | | | | | comments. | | |
| 05/28/2008 | 00355 | Katessa Charles Davis | 0.30 | 168.00 | ( general employment) Draft cover memo for | 083451.00003 | 9386747 |
| 08/20/2008 | | Invoice=2267994 | 0.30 | 168.00 | analysis of SOI agreement and useful links for | | |
| | | | | | employers. | | |
| 05/29/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | (general employment) Analyze and finalize | 083451.00003 | 9383168 |
| 08/20/2008 | | Invoice=2267994 | 1.00 | 560.00 | issues regarding SOI agreement. | | |
| 05/30/2008 | 00355 | Katessa Charles Davis | 0.30 | 168.00 | (general employment) Edit settlement agreement | 083451.00003 | 9386750 |
| 08/20/2008 | | Invoice=2267994 | 0.30 | 168.00 | and release for two employees's per client's | | |
| | | | | | request. | | |
| 05/31/2008 | 00355 | Katessa Charles Davis | 0.00 | 0.00 | Write-Off | 083451.00003 | 9427491 |
| 08/20/2008 | | Invoice=2267994 | -5.82 | -3,260.93 | | | |
| 05/31/2008 | 03164 | Danielle F. Fern | 0.00 | 0.00 | Write-Off | 083451.00003 | 9427492 |
| 08/20/2008 | | Invoice=2267994 | -4.64 | -1,739.07 | | | |
| 06/02/2008 | 00365 | Richard Reinis | 2.00 | 1,130.00 | Review SOI agreement and comments re earne. | 083451.00003 | 9406590 |
| 08/20/2008 | | Invoice=2267994 | 2.00 | 1,130.00 | | | |
| 06/03/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | Review of SOI agreement | 083451.00003 | 9406593 |
| 08/20/2008 | | Invoice=2267994 | 1.00 | 565.00 | | | |
| 06/03/2008 | 00355 | Katessa Charles Davis | 0.80 | 448.00 | Further analysis of SOI agreement and issues to | 083451.00003 | 9417012 |
| 08/20/2008 | | Invoice=2267994 | 0.80 | 448.00 | discuss with client. | | |
| 06/03/2008 | 03164 | Danielle F. Fern | 0.80 | 300.00 | Meeting with K. Davis and R. Reinis re: draft | 083451.00003 | 9497457 |

Billed and Unbilled Recap Of Time Detail - [083451.00003 - GENERAL EMPLOYMENT]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:30:22 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 08/20/2008 | | Invoice=2267994 | 0.80 | 300.00 | SOI Agreement. | | |
| 08/04/2008 | 00365 | Richard Reinis | 2.50 | 1,412.50 | memorandum re SOI agreement drafted and sent | 083451.00003 | 9421725 |
| 08/20/2008 | | Invoice=2267994 | 2.50 | 1,412.50 | for review to KD and DF. | | |
| 08/05/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | Complete SOI memorandum and send to client | 083451.00003 | 9421730 |
| 08/20/2008 | | Invoice=2267994 | 1.00 | 565.00 | | | |
| 08/05/2008 | 03164 | Danielle F. Fern | 0.90 | 337.50 | Review draft memo re: SOI Agreement; | 083451.00003 | 9497463 |
| 08/20/2008 | | Invoice=2267994 | 0.90 | 337.50 | correspondence re: same. | | |
| 08/06/2008 | 08827 | Lily Young Chu | 0.30 | 45.00 | Draft cancellation notices for GCFF-Wholesale | 083451.00003 | 9516919 |
| 08/20/2008 | | Invoice=2267994 | 0.30 | 45.00 | and GCFF-Distribution; forward to R. Reinis. | | |
| 08/09/2008 | 00365 | Richard Reinis | 1.20 | 678.00 | Revise SOI memo and send to client for | 083451.00003 | 9436414 |
| 08/20/2008 | | Invoice=2267994 | 1.20 | 678.00 | transmission to SOI. Tele conf with client | | |
| | | | | | regarding memo. | | |
| 06/18/2008 | 00365 | Richard Reinis | 1.60 | 904.00 | Review and analyze SOI agreement; tele conf | 083451.00003 | 9452673 |
| 08/20/2008 | | Invoice=2267994 | 1.60 | 904.00 | with counsel to SOI and with client. Notes to | | |
| | | | | | file. | | |
| 06/20/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | Prepare memo re attorneys fees. | 083451.00003 | 9464836 |
| 08/20/2008 | | Invoice=2267994 | 1.00 | 565.00 | | | |
| 06/23/2008 | 00365 | Richard Reinis | 1.50 | 847.50 | Draft proposed revisions to SOI agreement. Tele | 083451.00003 | 9464843 |
| 08/20/2008 | | Invoice=2267994 | 1.50 | 847.50 | conf with client regarding extent of | | |
| | | | | | alterations. | | |
| 06/30/2008 | 08827 | Lily Young Chu | 0.30 | 45.00 | Follow up with certificate of cancellation; | 083451.00003 | 9516938 |
| 08/20/2008 | | Invoice=2267994 | 0.30 | 45.00 | finalize forms and file. | | |
| 07/01/2008 | 00365 | Richard Reinis | 1.00 | 565.00 | SOI conference call and memo to file re same. | 083451.00003 | 9501948 |
| 08/20/2008 | | Invoice=2267994 | 1.00 | 565.00 | | | |
| 07/09/2008 | 08827 | Lily Young Chu | 0.30 | 45.00 | Finalize cancellation certificates and forward | 083451.00003 | 9642427 |
| 09/24/2008 | | Invoice=2272209 | 0.30 | 45.00 | to R. Reinis for appropriate signatures; file | | |
| | | | | | with Secretary of State. | | |
| 07/21/2008 | 00365 | Richard Reinis | 2.00 | 1,130.00 | Revise SOI agreement and letter to Clay C and | 083451.00003 | 9556461 |
| 08/20/2008 | | Invoice=2267994 | 2.00 | 1,130.00 | client. | | |
| 08/19/2008 | 00355 | Katessa Charles Davis | 0.40 | 224.00 | Counsel client on termination of office | 083451.00003 | 9642718 |
| 09/24/2008 | | Invoice=2272209 | 0.40 | 224.00 | coordinator and review of client documents re | | |
| | | | | | office coordinator. | | |
| 08/20/2005 | 00355 | Katessa Charles Davis | 0.00 | 0.00 | | 083451.00003 | 9643226 |
| 08/20/2008 | | Invoice=2267994 | 2.16 | 1,208.71 | | | |
| 08/20/2008 | 00365 | Richard Reinis | 0.00 | 0.00 | | 083451.00003 | 9643227 |
| 08/20/2008 | | Invoice=2267994 | -3.10 | -1,751.08 | | | |
| 08/20/2008 | 03164 | Danielle F. Fern | 0.00 | 0.00 | | 083451.00003 | 9643228 |
| 08/20/2008 | | Invoice=2267994 | 1.50 | 581.14 | | | |
| 08/20/2008 | 08827 | Lily Young Chu | 0.00 | 0.00 | | 083451.00003 | 9643229 |
| 08/20/2008 | | Invoice=2267994 | -0.13 | -18.76 | | | |
| 09/02/2008 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Further communication with client re interviews | 083451.00003 | 9717634 |
| 10/08/2008 | | Invoice=2274057 | 0.50 | 280.00 | re sexual harassment claims; further | | |
| | | | | | communication with investigator re interview of | | |
| | | | | | witnesses re sexual harassment claims. | | |
| 09/08/2008 | 00355 | Katessa Charles Davis | 3.00 | 1,680.00 | Analyze client documents re production | 083451.00003 | 9702026 |
| 10/08/2008 | | Invoice=2274057 | 3.00 | 1,680.00 | specialist's allegations of sexual harassment; | | |
| | | | | | counsel client re production specialist's | | |
| | | | | | allegations of sexual harassment; recommend and | | |
| | | | | | coordinate outside investigator with client for | | |
| | | | | | interviews re harrassment; interview | | |
| | | | | | investigators and discuss facts with | | |
| | | | | | investigators | | |
| 09/09/2008 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Assist client with selection of third party | 083451.00003 | 9761145 |
| 10/08/2008 | | Invoice=2274057 | 1.50 | 840.00 | investigator; and address legal issues related | | |
| | | | | | to claim for sexual harassment. | | |

Billed and Unbilled Recap Of Time Detail - [083451.00003 - GENERAL EMPLOYMENT]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:30:22 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 09/09/2008 | 00355 | Katessa Charles Davis | 0.20 | 112.00 | further assist client in interviewing and | 083451.00003 | 9761146 |
| 10/08/2008 | | Invoice=2274057 | 0.20 | 112.00 | selecting an investigator. | | |
| 09/18/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Conversations with investigator Debra Reilly | 083451.00003 | 9728813 |
| 10/08/2008 | | Invoice=2274057 | 1.00 | 560.00 | and client Brett Garlinghouse re investigation | | |
| | | | | | and results. | | |
| 09/24/2008 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Analysis of report prepared by investigator of | 083451.00003 | 9742923 |
| 10/08/2008 | | Invoice=2274057 | 1.00 | 560.00 | sexual harassment claims made by Donny | | |
| | | | | | Aboulhosn and communication with investigator | | |
| | | | | | re the same. | | |
| 09/25/2008 | 00355 | Katessa Charles Davis | 0.10 | 56.00 | Communication with investigator re report. | 083451.00003 | 9761161 |
| 10/08/2008 | | Invoice=2274057 | 0.10 | 56.00 | | | |
| 09/26/2008 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Communication with client re investigation | 083451.00003 | 9746812 |
| 10/08/2008 | | Invoice=2274057 | 0.50 | 280.00 | report and company response. | | |
| 09/29/2008 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Draft final written warning and notice of | 083451.00003 | 9761166 |
| 10/08/2008 | | Invoice=2274057 | 1.50 | 840.00 | termination for employees subject to | | |
| | | | | | investigation; communication with client re the | | |
| | | | | | same. | | |
| 10/01/2008 | 00239 | Donald Wellington | 1.50 | 855.00 | Review email from Ms. Davis re Form 5500 filing | 083451.00003 | 9878256 |
| 11/10/2008 | | Invoice=2279082 | 1.50 | 855.00 | penalty issues; conference with Ms. Davis re | | |
| | | | | | same; conference with Mr. Garlinghouse re same; | | |
| | | | | | research and analysis re filing penalty issues. | | |
| 10/01/2008 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | complete final written warning for employee and | 083451.00003 | 9862744 |
| 11/10/2008 | | Invoice=2279082 | 1.50 | 840.00 | talking points memo re termination for other | | |
| | | | | | employee. | | |
| 10/02/2008 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Edit employee correction memos. | 083451.00003 | 9862747 |
| 11/10/2008 | | Invoice=2279082 | 0.50 | 280.00 | | | |
| 10/06/2008 | 00355 | Katessa Charles Davis | 0.20 | 112.00 | Conversation with Brett Garlinghouse re final | 083451.00003 | 9783026 |
| 11/10/2008 | | Invoice=2279082 | 0.20 | 112.00 | written warning and termination notice to | | |
| | | | | | employees. | | |
| 10/10/2008 | 00365 | Richard Reinis | 1.50 | 847.50 | Review pleadings from Bender and send revised | 083451.00003 | 9838072 |
| 11/10/2008 | | Invoice=2279082 | 1.50 | 847.50 | version to him. | | |
| 10/10/2008 | 00239 | Donald Wellington | 1.00 | 570.00 | Prepare for conference call; conference call | 083451.00003 | 9878262 |
| 11/10/2008 | | Invoice=2279082 | 1.00 | 570.00 | with Mr. Gartinghouse and Mr. Salisbury re Form | | |
| | | | | | 5500 filing issues; analysis re same. | | |
| 10/13/2008 | 00239 | Donald Wellington | 0.75 | 427.50 | Research and analysis re orphan plan | 083451.00003 | 9878263 |
| 11/10/2008 | | Invoice=2279082 | 0.75 | 427.50 | regulation; email to Mr. Garlinghouse re Form | | |
| | | | | | 5500 filing issues. | | |
| 10/28/2008 | 00239 | Donald Wellington | 0.25 | 142.50 | Review email from Mr. Salisbury re Form 5500 | 083451.00003 | 9878269 |
| 11/10/2008 | | Invoice=2279082 | 0.25 | 142.50 | filing issues; emails with Mr. Garlinghouse re | | |
| | | | | | same. | | |
| 11/10/2008 | 00355 | Katessa Charles Davis | 2.50 | 1,400.00 | Review of recently published decision and | 083451.00003 | 9940830 |
| 12/08/2008 | | Invoice=2283370 | 2.50 | 1,400.00 | initial draft further papers for court's | | |
| | | | | | consideration. | | |
| 11/21/2008 | 00355 | Katessa Charles Davis | 4.00 | 2,240.00 | Prepare fee application and supporting | 063451.00003 | 9923986 |
| 12/08/2008 | | Invoice=2283370 | 4.00 | 2,240.00 | exhibits. | | |
| 12/16/2008 | 00239 | Donald Wellington | 0.80 | 456.00 | Review email from Mr. Garlinghouse re DOL | 083451.00003 | 10024812 |
| 01/08/2009 | | Invoice=2285964 | 0.80 | 456.00 | inquiry on Form 5500; email to Ms. Park re | | |
| | | | | | same; conference with Mr. Garlinghouse re same; | | |
| | | | | | conference with Ms. Park re same. | | |
| 12/17/2008 | 00239 | Donald Wellington | 0.25 | 142.50 | Review email from Mr. Garlinghouse re Form | 083451.00003 | 10024816 |
| 01/08/2009 | | Invoice=2285964 | 0.25 | 142.50 | 5500; conference with Ms. Park re same; email | | |
| | | | | | to Mr. Garlinghouse re same. | | |
| 12/18/2008 | 02681 | Yvonne Park | 0.25 | 106.25 | Analysis regarding Form 5500 for plan year | 083451.00003 | 9997465 |
| 01/08/2009 | | Invoice=2285964 | 0.25 | 106.25 | ending 2007; conference call with DOL EFAST | | |
| | | | | | Service Representative regarding same. | | |
| 01/07/2009 | 02681 | Yvonne Park | 1.25 | 587.50 | Conference call with Senior Auditor from the | 083451.00003 | 10036913 |
| 02/13/2009 | | Invoice=2290162 | 1.25 | 587.50 | DOL Office of Chief Accountants regarding lack | | |

Billed and Unbilled Recap Of Time Detail - [083451.00003 - GENERAL EMPLOYMENT]

Page 4

Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 4:30:22 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| | | | | | of accountant's opinion for Form 5500 PYE 2007; | | |
| | | | | | draft email to MR. Wellington regarding | | |
| | | | | | conference call. | | |
| 01/08/2009 | 00239 | Donald Wellington | 0.20 | 114.00 | Emails with Ms. Park re status of DOL inquiry; | 083451.00003 | 10094313 |
| 02/13/2009 | | Invoice=2290162 | 0.20 | 114.00 | review file. | | |
| 01/13/2009 | 00239 | Donald Wellington | 0.30 | 171.00 | Conference with Ms. Park re DoL response; email | 083451.00003 | 10049819 |
| 02/13/2009 | | Invoice=2290162 | 0.30 | 171.00 | to Mr. Garlinghouse re information for letter. | | |
| 01/14/2009 | 02681 | Yvonne Park | 2.25 | 1,057.50 | Draft correspondence in response to Department | 083451.00003 | 10075185 |
| 02/13/2009 | | Invoice=2290162 | 2.25 | 1,057.50 | of Labor's inquiry regarding lack of | | |
| | | | | | accountant's opinion for Form 550 plan year | | |
| | | | | | ending December 31, 2007. | | |
| 01/16/2009 | 00239 | Donald Wellington | 0.60 | 342.00 | Conference with Mr. Reinis re background | 083451.00003 | 10049822 |
| 02/13/2009 | | Invoice=2290162 | 0.60 | 342.00 | information for DOL response; finalize letter | | |
| | | | | | to DOL re Form 5500. | | |
| 01/22/2009 | 00355 | Katessa Charles Davis | 1.00 | 560.00 | Analyze complaint for damages under Business & | 083451.00003 | 10059460 |
| 02/13/2009 | | Invoice=2290162 | 1.00 | 560.00 | Professions Code, Section 17200 and draft | | |
| | | | | | letter regarding the same. | | |
| 01/23/2009 | 00365 | Richard Reinis | 0.70 | 395.50 | Review Pineda case, newly published, regarding | 083451.00003 | 10068696 |
| 02/13/2009 | | Invoice=2290162 | 0.70 | 395.50 | the applicability of B&P Code 17203 to wage | | |
| | | | | | claims. | | |
| 01/29/2009 | 00355 | Katessa Charles Davis | 5.00 | 2,800.00 | Legal research for demurrer to complaint and | 083451.00003 | 10082165 |
| 02/13/2009 | | Invoice=2290162 | 5.00 | 2,800.00 | initial draft of demurrer to complaint. | | |
| 02/03/2009 | 00355 | Katessa Charles Davis | 0.50 | 280.00 | Analysis of notice of court order designating | 083451.00003 | 10105848 |
| 03/12/2009 | | Invoice=2293206 | 0.50 | 280.00 | case complex, plaintiffs' objection to complex | | |
| | | | | | designation, and motion under CCP Section 170.6 | | |
| | | | | | and proof of service. | | |
| 02/24/2009 | 02681 | Yvonne Park | 1.25 | 568.75 | Analysis regarding DOL letter regarding 2006 | 083451.00003 | 10158407 |
| 03/12/2009 | | Invoice=2293206 | 1.25 | 568.75 | Form 5500 filings; draft correspondence to DOL | | |
| | | | | | regarding same. | | |
| 02/24/2009 | 00239 | Donald Wellington | 0.80 | 456.00 | Conference with Ms. Park re DOL inquiry on 2006 | 083451.00003 | 10170090 |
| 03/12/2009 | | Invoice=2293206 | 0.80 | 456.00 | plan year; review; email to Mr. Garlinghouse re | | |
| | | | | | same. | | |
| 02/25/2009 | 00239 | Donald Wellington | 0.90 | 513.00 | Review email from Mr. Garlinghouse; finalize | 083451.00003 | 10170093 |
| 03/12/2009 | | Invoice=2293206 | 0.90 | 513.00 | and send letter to DOL re inquiry on 2006 plan | | |
| | | | | | year. | | |
| 03/02/2009 | 00355 | Katessa Charles Davis | 1.50 | 840.00 | Prepare statement re status of pending | 083451.00003 | 10218593 |
| 04/10/2009 | | Invoice=2297180 | 1.50 | 840.00 | litigation against GCFF and GCM in response to | | |
| | | | | | application for D&O coverage renewal. | | |
| 03/04/2009 | 00355 | Katessa Charles Davis | 2.00 | 1,120.00 | Review GCFF employee handbook and draft | 083451.00003 | 10218598 |
| 04/10/2009 | | Invoice=2297180 | 2.00 | 1,120.00 | comments for client. | | |
| 03/05/2009 | 00355 | Katessa Charles Davis | 1.90 | 1,064.00 | Communication with attorney Green re dismissal | 083451.00003 | 10218600 |
| 04/10/2009 | | Invoice=2297180 | 1.90 | 1,064.00 | of Great Circle Management and documents | | |
| | | | | | supporting dismissal; analysis of legal | | |
| | | | | | strategy re dismissal of Great Circle | | |
| | | | | | Management action; initial research re motion | | |
| | | | | | to consolidate or to stay. | | |
| 06/03/2009 | 02589 | Aaron Nocjar | 4.00 | 2,340.00 | Conference with Ms. Zarienga re: COD/bad debt | 083451.00003 | 10486349 |
| 07/13/2009 | | Invoice=2307874 | 4.00 | 2,340.00 | deduction issues in LLC context; analyze and | | |
| | | | | | draft response for Mr. Reinis; respond to Mr. | | |
| | | | | | Reinis's response; teleconference with Mr. | | |
| | | | | | Reinis re: COD/bad debt deductions issues in | | |
| | | | | | LLC context; research and analysis re: current | | |
| | | | | | treatment of credits in debt-for-equity | | |
| | | | | | exchanges in partnership context. | | |
| | | BILLED TOTALS:   WORK: | 97.05 | 50,982.50 | 75 records | | |
| | | BILLED TOTALS:   BILL: | 87.02 | 45,982.50 | | | |
| | | GRAND TOTALS:   WORK: | 97.05 | 50,982.50 | 75 records | | |
| | | GRAND TOTALS:   BILL: | 87.02 | 45,982.50 | | | |

Billed and Unbilled Recap Of Cost Detail - [083451.00003 - GENERAL EMPLOYMENT]
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC 7/30/2009 4:30:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/31/2008 | 00365 | Richard Reinis | FILFEEX | 1.00 | 104.00 | | 104.00 Filing Fees - GKL CORPORATE/SEARCH, INC.- Inv. | 12863923 |
| 08/20/2008 | | Invoice=2267994 | | 1.00 | 104.00 | | 104.00 0623303-IN dated 07/09/08 re GCFF-Distribution, | |
| | | | | | | | Secretary of State Cost Adv., GCFF- Wholesale, | |
| | | | | | | | LLC, Secretary of State Cost Adv. | |
| | | Voucher=645243 Paid | | | | | Vendor=GKL CORPORATE/SEARCH, INC. Balance= .00 Amount= | |
| | | | | | | | 104.00 | |
| | | | | | | | Check #470370 07/31/2008 | |
| 11/18/2008 | 09066 | Merrill | DUPLCC | 34.00 | 0.20 | | 6.80 TEMPS-CC Copies made: 34 | 13133901 |
| 12/08/2008 | | Invoice=2283370 | | 34.00 | 0.20 | | 6.80 Unit ID: CCCOP06 Notes: | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | | 0.60 SHANNON RAMME Copies made: 3 | 13269690 |
| 02/13/2009 | | Invoice=2290162 | | 3.00 | 0.20 | | 0.60 Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | | 0.60 SHANNON RAMME Copies made: 3 | 13269691 |
| 02/13/2009 | | Invoice=2290162 | | 3.00 | 0.20 | | 0.60 Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 3.00 | 0.20 | | 0.60 SHANNON RAMME Copies made: 3 | 13269692 |
| 02/13/2009 | | Invoice=2290162 | | 3.00 | 0.20 | | 0.60 Unit ID: CCCOP06 Notes: RAMME, SHANNON | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 6.00 | 0.20 | | 1.20 SHANNON RAMME Copies made: 6 | 13269693 |
| 02/13/2009 | | Invoice=2290162 | | 6.00 | 0.20 | | 1.20 Unit ID: CCCOP06 Notes: | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | FAXCC | 3.00 | 1.15 | | 3.45 SHANNON RAMME Tel:(310)286-1070 | 13269728 |
| 02/13/2009 | | Invoice=2290162 | | 3.00 | 1.15 | | 3.45 Pages: 3 Unit ID: CCFAX01 | |
| 01/22/2009 | 09387 | Shannon Ellen Ramme | FAXCC | 3.00 | 1.15 | | 3.45 SHANNON RAMME Tel:(415)477-6710 | 13269730 |
| 02/13/2009 | | Invoice=2290162 | | 3.00 | 1.15 | | 3.45 Pages: 3 Unit ID: CCFAX01 | |
| 01/23/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 7.00 | 0.20 | | 1.40 SHANNON RAMME Copies made: 7 | 13269694 |
| 02/13/2009 | | Invoice=2290162 | | 7.00 | 0.20 | | 1.40 Unit ID: CCCOP06 Notes: | |
| 01/28/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 6.00 | 0.20 | | 1.20 SHANNON RAMME Copies made: 6 | 13269695 |
| 02/13/2009 | | Invoice=2290162 | | 6.00 | 0.20 | | 1.20 Unit ID: CCCOP06 Notes: | |
| 02/04/2009 | 09245 | CC Merrill | POST | 1.00 | 0.42 | 0.42 | 0.42 MERRILL-CC Unit ID: CCFAX01 | 13278346 |
| 03/12/2009 | | Invoice=2293206 | | 1.00 | 0.42 | 0.42 | | |
| 02/04/2009 | 09245 | CC Merrill | POST | 1.00 | 1.68 | 1.68 | 1.68 MERRILL-CC Unit ID: CCFAX01 | 13278347 |
| 03/12/2009 | | Invoice=2293206 | | 1.00 | 1.68 | 1.68 | | |
| 02/04/2009 | 09387 | Shannon Ellen Ramme | DUPLCC | 25.00 | 0.20 | | 5.00 SHANNON RAMME Copies made: 25 | 13278527 |
| 03/12/2009 | | Invoice=2293206 | | 25.00 | 0.20 | | 5.00 Unit ID: CCCOP06 Notes: | |
| 05/13/2009 | 00365 | Richard Reinis | FILFEEX | 1.00 | 86.41 | | 86.41 Filing Fees - NOW LEGAL SERVICE Inv. A55861 | 13475063 |
| 06/10/2009 | | Invoice=2304050 | | 1.00 | 86.41 | | 86.41 date 04/20/09 re: Deliver from LASC-CENTRAL | |
| | | | | | | | to S&J CC office on 03/03/09 | |
| | | Voucher=681132 Paid | | | | | Vendor=NOW LEGAL SERVICE Balance= .00 Amount= 3819.15 | |
| | | | | | | | Check #488961 05/14/2009 | |
| | | BILLED TOTALS: WORK: | | | | | 216.81 14 records | |
| | | BILLED TOTALS: BILL: | | | | 216.81 | | |
| | | GRAND TOTAL: WORK: | | | | | 216.81 14 records | |
| | | GRAND TOTAL: BILL: | | | | 216.81 | | |

**EXHIBIT D**

**83451.00004 - GE CAPITAL FRANCHISE FINANCE**

| | Invoice | Date | Fees | Cost | Total |
|---|---|---|---|---|---|
| N/A | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL BILLED | | | 0.00 | 0.00 | 0.00 |
| TOTAL PAID | | | 0.00 | 0.00 | 0.00 |
| TOTAL UNBILLED | | | 16,515.50 | 9.50 | 16,525.00 |
| TOTAL OUTSTANDING | | | **16,515.50** | **9.50** | **16,525.00** |

Billed and Unbilled Recap Of Time Detail - [083451.00004 - GE CAPITAL FRANCHISE FINANCE]          Page 1
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC    7/30/2009 3:33:04 PM

| Date | Initials | Name (Invoice Number) | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 06/22/2009 | 00397 | Susan Wolf | 5.40 | 3,159.00 | Telephone call from R. Reinis regarding debt | 083451.00004 | 10551608 |
| | | | | | documentation; review Plan of Reorganization | | |
| | | | | | regarding same; review emails regarding deal | | |
| | | | | | terms/documents; review and revise form of | | |
| | | | | | Promissory Note, review form of Security | | |
| | | | | | Agreement. | | |
| 06/23/2009 | 00397 | Susan Wolf | 6.60 | 3,861.00 | Review draft Settlement Agreement; draft debt | 083451.00004 | 10551610 |
| | | | | | and security documents to implement Plan of | | |
| | | | | | Reorganization; telephone call to R. Reinis | | |
| | | | | | regarding questions and issues; review | | |
| | | | | | guarantys. | | |
| 06/24/2009 | 00397 | Susan Wolf | 5.90 | 3,451.50 | Meeting with R. Reinis to discuss documentation | 083451.00004 | 10551612 |
| | | | | | and deal issues; draft documents to implement | | |
| | | | | | Plan of Reorganization. | | |
| 06/24/2009 | 00365 | Richard Reinis | 2.00 | 1,130.00 | Review drafts of notes and security agreement. | 083451.00004 | 10551558 |
| 06/25/2009 | 00397 | Susan Wolf | 4.30 | 2,515.50 | Draft documents to implement bankruptcy plan. | 083451.00004 | 10551613 |
| 06/26/2009 | 00397 | Susan Wolf | 2.30 | 1,345.50 | Telephone call to R. Reinis regarding court | 083451.00004 | 10551615 |
| | | | | | order/strategy; telephone call to Ron Bender | | |
| | | | | | regarding real property issues; telephone call | | |
| | | | | | to Sue Babbit. | | |
| 07/06/2009 | 00397 | Susan Wolf | 1.80 | 1,053.00 | Telephone call to Rich Reinis regarding | 083451.00004 | 10603822 |
| | | | | | update/issues and documents; meeting with Rich | | |
| | | | | | regarding same; review letter from ron Bender | | |
| | | | | | regarding Plan; review Promissory Note from | | |
| | | | | | GCFF to Operating Agreement; review Liquidating | | |
| | | | | | Trust regarding post-plan ownership. | | |
| | | UNBILLED TOTALS:  WORK | 28.30 | 16,515.50 | 7 records | | |
| | | UNBILLED TOTALS:  BILL: | 28.30 | 16,515.50 | | | |
| | | GRAND TOTALS:    WORK: | 28.30 | 16,515.50 | 7 records | | |
| | | GRAND TOTALS:    BILL: | 28.30 | 16,515.50 | | | |

Billed and Unbilled Recap Of Cost Detail - [083451.00004 - GE CAPITAL FRANCHISE FINANCE]      Page 1
Client:083451 - GREAT CIRCLE FAMILY FOODS LLC   7/30/2009 3:52:46 PM

| Date | Invoice | Name / Invoice Number | Cost | Quantity | Rate | Amount | Description | Cost Index |
|------|---------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/23/2009 | 09282 | Inez Brown | HRSTAF | 0.25 | 38.00 | 9.50 | Staff Overtime - For Inez Brown on | 13597193 |
| | | | | | | | Tue | |
| | | UNBILLED TOTALS:   WORK | | | | 9.50 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 9.50 | | |
| | | GRAND TOTAL:      WORK: | | | | 9.50 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 9.50 | | |

**EXHIBIT "E"**

1   STEPTOE & JOHNSON LLP
    Richard G. Reinis SBN 45811
2   Katessa C. Davis SBN 146922
    Avenue of the Stars, Suite 2800
3   Los Angeles, California 90067-5052
    Telephone:(310) 734-3200
4   Facsimile: (310) 734-3300
5   Special Counsel to Chapter 11 Debtors and Debtors in Possession

6   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
    Ron Bender (SBN 143364)
7   Juliet Y. Oh (SBN 211414)
8   10250 Constellation Blvd., Suite 1700
    Los Angeles, California 90067
9   Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
10  Attorneys for Chapter 11 Debtors and Debtors in Possession

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                     **SANTA ANA DIVISION**

14

15  In re:                              | Case No.: 8:07-bk-012600-AS

16  GREAT CIRCLE FAMILY FOODS, LLC,     | CHAPTER 11
17  et al.

                                        Jointly Administered with Case Nos:
18          Debtors
                                        Case No. 8:07-bk-12603-ES
19  ☒   Affects All Debtors             Case No. 8:07-bk-12605-ES
20                                      Case No. 8:07-bk-12606-ES
                                        Case No. 8:07-bk-12602-ES
21  ☐   Affects Great Circle Family Foods,   Case No. 8:07-bk-12604-ES
        LLC only
22                                      **INTERIM APPLICATION OF
    ☐   Affects GCFF – Huntington Park, LLC   STEPTOE & JOHNSON LLP FOR
23                                      APPROVAL OF FEES AND
                                        REIMBURSEMENT OF EXPENSES;
24  ☐   Affects GCFF – Orange, LLC only    DECLARATION OF KATESSA
                                        CHARLES DAVIS**
25  ☐   Affects GCFF – San Diego, LLC only
                                        Date:    December 16, 2008
26  ☐   Affects GCFF – Canoga, LLC only    Time:    10:30 a.m.
                                        Place:   Courtroom 5A
27  ☐   Affects GCFF – Ontario, LLC only          411 West Fourth St.
                                                 Santa Ana, CA
28

1  **TO THE HONORABLE ERITHE SMITH, UNITED STATES**
2  **BANKRUPTCY JUDGE:**

3      STEPTOE & JOHNSON LLP. ("S&J"), commercial and employment law counsel
4  to Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC;
5  GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Debtors and
6  Debtors in Possession in the above-referenced Chapter 11 bankruptcy cases (collectively,
7  the "Debtors"), hereby submits its Interim Application for Approval of Fees and
8  Reimbursement of Expenses (the "Application") for services rendered and expenses
9  incurred during the pendency of these Chapter 11 bankruptcy cases, for the period of
10  May 15, 2008 through October 31, 2008 (the "Covered Period").

11  **I.**

12  **INTRODUCTION**

13      The Debtors commenced their bankruptcy cases by filing voluntary petitions for
14  relief under Chapter 11 of the Bankruptcy Code on August 22, 2007 (the "Petition
15  Date"). In this Application, S&J is seeking Court approval and authority to be paid for
16  fees and expenses incurred for legal services rendered related to commercial and
17  employment law matters. As set forth on the summary [first] page to Exhibits "A", "B",
18  and "C" hereto, S&J billed $74,734.31 in legal fees and $2,050.18 in costs and expenses.
19  This is the first time S&J is seeking payment of its fees and expenses for legal services
20  rendered to Debtors.

21  **II.**

22  **FEES AND EXPENSES INCURRED**

23      **A.**    **Request For Allowance and Payment of Fees and Reimbursement of**
24      **Expenses.**

25      S&J incurred $74,739.31 in fees and $2,050.18 in expenses for legal matters
26  related to Debtors, for total fees and expenses in the amount of $76,789.49. This is S&J's
27  first Application for fees and expenses. S&J has not been paid any money for any fees or
28  expenses incurred during the Covered Period.

1

**III.**

## DESCRIPTION AND HISTORY OF THE DEBTORS' BUSINESS, CASE
## BACKGROUND AND NECESSITY FOR FILING CHAPTER 11

The Debtors are in the business of owning and operating Krispy Kreme Doughnut stores. While there are six separate legal entities, the Debtors essentially operate as one consolidated business entity. Pursuant to an order of the Court, the Debtors' bankruptcy estates are being jointly administered.

The Debtors currently own and operate eight Krispy Kreme Doughnut stores and manage three others. Great Circle Family Foods, LLC ("Great Circle") is the lessee of the stores in Chula Vista, Long Beach, Los Angeles (Crenshaw), and Mission Viejo. GCFF-Canoga, LLC is the lessee of the store in Santa Monica. GCFF-Huntington Park, LLC is the lessee of the store in Gardena. GCFF-Ontario, LLC is the lessee of the stores in City of Industry. GCFF-San Diego, LLC is the lessee of the store in Clairemont. Great Circle manages stores in Orange, Ontario and Burbank (the "Three Managed Stores") for the Debtors' franchisor, Krispy Kreme Doughnut Corporation ("KKD"). Those three stores were subject to a Repurchase Agreement between Great Circle and KKD, which has since expired. The premises covered by these leases serve as the Debtors' store locations and are essential to the Debtors' operations. Additionally, many of the locations have valuable leases.

Great Circle was founded in 1998, with the purpose of developing Krispy Kreme Doughnut stores in Southern California. After initial success, the Debtors experienced significant financial problems. Those problems included over-expansion; increases in store development expenses; increases in cost of goods sold to franchisees by the franchisor; an absence of marketing to help sales and overcome bad press; dietary changes; wholesale business undermining retail; and an absence of a credible coffee program and other means of extending day parts.

One means of resolving matters with creditors was to sell assets, and the Debtors sold many of their stores, such that by the end of 2006, the Debtors owned only 9 stores

2

Doc. # CC-195591 v.1

1 │ and operated the Three Managed Stores which are owned by KKD. Much of the
2 │ Debtors' prior large secured indebtedness has been paid off, frequently with agreed upon
3 │ discounts. The Debtors goal was to become a smaller but economically viable company,
4 │ and that goal has been achieved, as the Debtors maintain a very steady annual sales rate
5 │ of approximately $17 Million with an operating profit.

6 │     The Krispy Kreme brand is still magnetic and a top doughnut brand in Southern
7 │ California. A successful wholesale business exists with Stater Bros. That business could
8 │ grow substantially with better designed products, packaging and display units from KKD.

9 │     The Debtors believe that they continue to have a viable operating business, whose
10 │ going concern value must be preserved while the Debtors explore the optimal means of
11 │ emerging from their Chapter 11 bankruptcy cases, whether through an asset sale or plan
12 │ of reorganization. That can only occur through the Debtors' continued operation of their
13 │ stores.

14 │     Pre-petition, the Debtors entered into an asset purchase agreement with an affiliate
15 │ of KKD for the purchase of four of the Debtors' stores. Pursuant to the terms of that
16 │ agreement, KKD had a due diligence period of several months following the Petition
17 │ Date to waive its purchase contingencies. KKD permitted the due diligence period to
18 │ lapse without waiving its purchase contingencies.

19 │     The Debtors' business operations are profitable and have been throughout the
20 │ pendency of these Chapter 11 bankruptcy cases. As a result, the Debtors' business
21 │ operations have resulted in increasing the Debtors' cash balance, even after taking into
22 │ account the payment of professional fees and expenses of the Debtors' counsel and the
23 │ Committee's counsel. The Debtors have a sound business that is well managed, which
24 │ the Debtors believe can successfully emerge from Chapter 11 as a reorganized entity.

25 │     However, the dynamics of these cases are complex in terms of the Debtors'
26 │ relationship with KKD and the Three Managed Stores and the magnitude of the pre-
27 │ petition debt of the Debtors' primary secured creditor, GE. As a result, before it made
28 │ sense for the Debtors to emerge from their Chapter 11 bankruptcies, the Debtors need to

3

1    reach some resolution with KKD with regard to the Three Managed Stores, and the

2    Debtors needed to reach a mutually acceptable accommodation with GE. After extensive

3    negotiations, the Debtors believe they have reached mutually acceptable arrangements

4    with both KKD and GE.

5         As of the Petition Date, the Debtors had a written agreement with GE, which was

6    premised upon the consummation of the Debtors' sale of certain stores to KKD in

7    accordance with their pre-bankruptcy agreement. As a result of KKD's decision not to

8    proceed with that purchase, the Debtors' pre-petition agreement had essentially gone

9    stale. The Debtors therefore instead requested GE to consent to a plan of reorganization

10   which would leave the Debtors as a continuing operating and viable entity, with the

11   Debtors' purchase of the Three Managed Stores from KKD, which GE ultimately agreed

12   to do.

13        Since the Debtors required additional time to formulate their ideal exit strategy,

14   the Debtors filed three motions to extend their exclusivity periods to file and obtain

15   acceptances of a plan(s) of reorganization. The Debtors' exclusive periods within which

16   to file a plan and obtain acceptances thereof were extended through and including

17   October 15, 2008 and December 16, 2008, respectively, without prejudice to the

18   Committee's rights to file a plan, which the Committee has had the right to do since

19   December 21, 2007.

20        On October 15, 2008, the Debtors filed their initial plan of reorganization and

21   disclosure statement. On November 10, 2008, the Debtors filed their first amended plan

22   of reorganization and related disclosure statement. The disclosure statement hearing is

23   scheduled for December 16, 2008. The Debtors hope to confirm their reorganization plan

24   in February, 2009 and have the plan of reorganization become effective at the end of

25   February, 2009.

26

27

28

4

**IV.**

## BRIEF NARRATIVE STATEMENT OF SERVICES RENDERED, TIME
## EXPENDED, AND FEES CHARGED FOR EACH MATTER

When recording their time, S&J timekeepers place all time entries for fees and expenses related to Debtors into one of two matters: (i) Matter No. 83451.0001 which relates to the class action, David Houser et al. v. Great Circle Family Foods, LLC et al., Case No. BC345742, pending in the Superior Court of Los Angeles County, Case No. BC345742; and (ii) Matter No. 83451-0003 which relates to advice and counsel to Debtors on issues concerning wage and hour issues, discrimination, harassment, retaliation, employee counseling and performance reviews, terminations, leaves of absence and service agreements. S&J does its best to place time entries into categories which accurately reflect the work performed. References below made to "the Covered Period" shall mean the period of May 15, 2008 through October 31, 2008.

### 1.    Matter No: 83451.0001 – Houser Litigation

On or about January 11, 2006, plaintiffs David Houser and Richard Steven Ethos filed the complaint in the Los Angeles Superior Court for overtime wages on behalf of the named plaintiffs and all other employees similarly situated against defendant Great Circle Family Foods, LLC. ("GCFF"), among others.  On or about March 21, 2006, GCFF filed an answer to the complaint.

Plaintiffs' complaint alleges two (2) causes of action against GCFF, related to an alleged misclassification of its employees as exempt :

    (A)    failure to pay overtime in violation of Labor Code 55 1194 and 1197 and California Industrial Welfare Commission Orders;

    (B)    violation of Business and Professions Code 5 17200 which prohibits unfair business practices, such as unlawful employment compensation in violation of wage and hour orders and the Labor Code;

In or about August 2007, GCFF filed for Chapter 11 bankruptcy.  On July 1, 2008, Plaintiffs were granted relief from the United States Bankruptcy Court for the Central

5

1  District of California, Santa Ana Division from the automatic stay in favor of Plaintiffs

2  Houser and Erdos to permit Plaintiffs to proceed to seek approval in the California

3  Superior Court of Plaintiffs' settlement agreement with the non-debtor Administaff

4  Companies, Inc. in this action.

5  　　GCFF objected the settlement in the Los Angeles Superior Court, which right was

6  expressly reserved at the time Plaintiffs sought relief from the bankruptcy stay. The

7  Court's Order granting in part and denying in part Plaintiff's motion for relief from

8  automatic stay, which was signed by the Honorable Erithe A. Smith on July 9, 2008,

9  states in part:

10　　　　　　"1. 　. . . Relief from the automatic stay is hereby granted in
　　　　　　favor of Plaintiffs to permit Plaintiffs to proceed to seek approval in
11　　　　　　the California Superior Court of Plaintiffs' settlement agreement
　　　　　　with non-debtor party Administaff in the State Court Action titled
12　　　　　　David Houser, et al. v. Great Circle Family Foods LLC, et al. (Case
　　　　　　No. BC345742) (the "State Court Action"), **without prejudice to**
13　　　　　　**the rights of Great Circle or any of the other Debtors to object to**
　　　　　　**the approval of the settlement agreement by the California**
14　　　　　　**Superior Court as permitted under state law.**" [Req. for Jud.
15　　　　　　Not., Exhibit 1].

16  Further, an Amended Order was signed by Judge Erithe A. Smith on August 21, 2008,

17  stating essentially the same:

18　　　　　　"2. 　Granted in favor of Plaintiffs to permit Plaintiffs to enter into
　　　　　　settlement agreements with nondebtor defendants, and to proceed to
19　　　　　　seek approval in the California Superior court of such settlement
　　　　　　agreements, in the State court Action entitled David Houser, et. al. v.
20　　　　　　Great Circle Family Foods LLC, et. al. (Case No. BC345742) (the
　　　　　　"State Court Action"), **without prejudice to the rights of Great**
21　　　　　　**Circle or any of the other Debtors to object to the approval of**
22　　　　　　**the settlement agreements by the California Superior Court as**
　　　　　　**permitted under state law; . . .**" [Exhibit 1]
23

24  GCFF's filed objections to the Plaintiffs' Motion for Preliminary Approval of the Class

25  Action Settlement, as between Plaintiffs and Administaff, and appeared at a status

26  conference regarding bankruptcy proceedings. The Hon. Mary Ann Murphy of the Los

27  Angeles Superior Court is expected to finally rule on the Plaintiffs' Motion for

28

6

1    Preliminary Approval of the Class Action Settlement on December 1, 2008.  During the

2    Covered Period, S&J billed 98.40 hours and incurred $46, 579.81 of fees in this matter.

3    **2.    Matter No. 83451.0003 – General Employment**

4    S& J has provided Debtors with counsel and advice as to PEO service agreements,

5    and personnel issues related to leaves of absence, performance assessments, harassment

6    complaints and investigations during the Covered Period.  During the Covered Period,

7    S&J billed 64.40 hours and incurred $28,159.50 of fees in this matter, dealing with

8    advice and counsel on issues related to service agreements and personnel issues.  This

9    work involved providing Debtor advice concerning significant long term relations

10    impacting its human resources practices with a large and constantly revolving work force,

11    terminating employees with many years of service, resolving matters of disputed facts as

12    between employees and other employment related counseling.

13    **B.    Detailed Listing of All Time Spent by the Professional on the Matter**

14    **for Which Compensation is Sought**

15    Attached hereto as Exhibit "A", "B" and "C" is a detailed listing of all time that

16    S&J spent during the Covered Period, as well as the monthly invoices for which S&J

17    seeks compensation including the date S&J rendered the service, a description of the

18    service, the amount of time spent and a designation of the person who rendered the

19    service for the period of time for the Covered Period for the Houser litigation and

20    General Employment advice and counsel.  Also included in Exhibit "D" is a summary of

21    the hours charged by each of S&J's timekeepers that performed services for the Debtor.

22    Also, Attached hereto as Exhibit "A" and "C" is a summary listing by category

23    and an itemization of all costs and expenses that S&J advanced on behalf of the Debtors

24    during these cases.  These include S&J's expenses incurred in photocopying, making

25    long distance telephone calls, telecopying, mailing, and hiring messenger services.  S&J

26    generally handles regular and routine photocopying in-house for which S&J charges

27    clients.  All expenses that S&J advanced on behalf of the Debtors were necessarily

28

7

incurred and are properly charged as administrative expenses of the Debtors' Chapter 11
estates.

### C.    Description of Professional Education and Experience

Richard Reinis, Esq. and Katessa Charles Davis, Esq. specialize in and limit their
practice to matters of commercial and employment litigation and labor issues, and are
well qualified to represent the Debtors in these areas of the law.  All attorneys comprising
or associated with S&J are admitted to practice law in the California courts and in the
United States District Court for the Central District of California.  Attached hereto as
Exhibit "E" is a copy of S&J's firm resume and the resumes of Richard Reinis, Esq. and
Katessa Charles Davis, Esq.  Attached hereto as Exhibit "D" is also a listing of the
current hourly billing rates for each of S&J's attorneys and paralegals, including Richard
Reinis, Esq. and Katessa Charles Davis, Esq. who worked on Matter no. 83451.0001
[Houser] and Matter no. 83451.0003 [General Employment].

### D.    Source and Amount of Cash Available to Pay S&J's Allowed Fees and Expenses

Based upon the Debtors' monthly operating reports, as well as the review and
analysis of Debtors' bankruptcy counsel, S&J believes that the Debtors have sufficient
funds on hand from the operation of their business to pay S&J's fees and expenses, and
those of all other professionals who have been employed in these cases.

## V.

## STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to
compensation requests in the Ninth Circuit was that the Court should award attorneys'
fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659
F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982).  This is no longer
the law.  The legislative history to Section 330 of the Bankruptcy Code indicates that
Congress was primarily concerned with protecting the public interest in the smooth,
efficient operation of the bankruptcy system by encouraging competent attorneys to

8

1    remain in the field. First National Bank of Chicago v. Committee of Creditors Holding
2    Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In
3    re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end,
4    Congress specifically disavowed notions of economy of administration, and provided that
5    compensation in bankruptcy cases should be comparable to what is charged in
6    nonbankruptcy matters. Id. at 346.

7        Under the lodestar approach, the Court is to determine the number of hours
8    reasonably expended in an attorney's representation of a debtor and multiply such
9    number by a reasonable hourly rate for the services performed. See Delaware Valley
10   Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A
11   reasonable hourly rate is presumptively the rate the marketplace pays for the services
12   rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989);
13   Burgess v. Klenske (In re Manoa Finance Co., Inc.), 853 F.2d 687, 691 (9th Cir. 1988).
14   Recognizing that the determination of an appropriate "market rate" for the services of a
15   lawyer is inherently difficult, the Supreme Court stated: "Market prices of commodities
16   and most services are determined by supply and demand. In this traditional sense there is
17   no such thing as a prevailing market rate for the service of lawyers in a particular
18   community. The type of services rendered by lawyers, as well as their experience, skill,
19   and reputation, varies extensively -- even within a law firm. Accordingly, the hourly
20   rates of lawyers in private practice also vary widely. The fees charged often are based on
21   the product of hours devoted to the representation multiplied by the lawyer's customary
22   rate." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated
23   that a reasonable attorney's fee "means a fee that would have been deemed reasonable if
24   billed to affluent plaintiffs by their own attorneys." Missouri v. Jenkins by Agyei, 109
25   S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist,
26   J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which
27   attorneys in the area with comparable skill, experience and reputation typically would be
28   entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

9

# VI.

## CONCLUSION

WHEREFORE, S&J respectfully requests that this Court enter an order:

      (1)    approving S&J's fees in the amount of $74,739.31 and expenses in the amount of $2,050.18, for total fees and expenses in the amount of $ 76,789.49 incurred during the Covered Period;

      (2)    authorizing S&J to be paid the sum of $76,789.49 by the Debtors; and

      (3)    granting such other and further relief as the Court deems just and proper.

Dated:  November 21, 2008          STEPTOE & JOHNSON LLP

                               By: _____
                               RICHARD G. REINIS
                               KATESSA CHARLES DAVIS
                               JEFFREY M. GOLDMAN
                               Special Counsel to Debtors and Debtors in
                               Possession

Dated:  November 21, 2008          LEVENE, NEALE, BENDER, RANKIN
                             & BRILL L.L.P.

                               By: _____
                               RON BENDER
                               JULIET Y. OH
                               Attorneys for Debtors and Debtors in
                               Possession

10

**DECLARATION OF KATESSA CHARLES DAVIS, ESQ.**

I, Katessa Charles Davis, Esq., hereby declare as follows:

1.      I am a partner of Steptoe & Johnson LLP ("S&J"), which is serving as commercial and employment law counsel to Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Debtors and Debtors in Possession in the above-referenced Chapter 11 bankruptcy cases (collectively, the "Debtors").

2.      I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

3.      I and Richard Reinis, Esq. are the attorneys at S&J primarily responsible for handling the Debtors' commercial and employment law matters. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

4.      The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on S&J's business records kept in the ordinary course of S&J's business.

5.      All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which S&J requests reimbursement are the actual expenses incurred by S&J for such services, and S&J does not seek any additional amounts or profits with respect thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November, 2008, at Los Angeles, California.

KATESSA CHARLES DAVIS

1

Doc. # CC-195591 v.1

**EXHIBITS IN SUPPORT OF STEPTOE & JOHNSON'S FEE APPLICATION
HOUSER v. GCFF (00001) AND GENERAL EMPLOYMENT (00003)**

**LIST OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Fees and Expenses Related to Matter No. 83451.0001: Houser v. GCFF |
| B | Summary of Unbilled Time for Matter No. 83451.0001: Houser v. GCFF |
| C | Fees and Expenses for Matter No. 83451.0001-0003: General Employment |
| D | Hourly Rates and Total Hours Billed By Timekeepers in Houser v. GCFF, Matter No. 83451.0001 and General Employment, Matter No. 983451.0003 |
| E | Resumes of Steptoe & Johnson LLP, Richard G. Reinis, Esq. and Katessa C. Davis, Esq. |

Doc. # CC-195603 v.1

12

**EXHIBIT A**