RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GREAT CIRCLE FAMILY FOODS, LLC, et al.,<br><br>Debtors.<br><br>---<br><br>☒ Affects All Debtors<br><br>☐ Affects Great Circle Family Foods, LLC only<br><br>☐ Affects GCFF-Huntington Park, LLC only<br><br>☐ Affects GCFF-Orange, LLC only<br><br>☐ Affects GCFF-San Diego, LLC only<br><br>☐ Affects GCFF-Canoga, LLC only<br><br>☐ Affects GCFF-Ontario, LLC only | Case No. 8:07-bk-12600-ES<br><br>CHAPTER 11<br><br>Jointly Administered with Case Nos.:<br><br>Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES<br><br>NOTICE OF HEARING ON FINAL APPLICATIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THE DEBTORS' CHAPTER 11 CASES<br><br>Date: August 20, 2009<br>Time: 10:30 a.m.<br>Place: Courtroom 5A<br>      411 West Fourth St.<br>      Santa Ana, CA |

**PLEASE TAKE NOTICE** that a hearing will be held on August 20, 2009, at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the final applications (the "Fee Applications") for allowance of fees and expenses of professionals who have been employed in the Chapter 11 bankruptcy cases of Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Chapter 11 debtors and debtors herein (collectively, the "Debtors"). A total of four Fee Applications will be considered by the Court at the hearing to be held on August 20, 2009.

The following is a summary of the four Fee Applications and the fees and expenses that the respective professionals are seeking Court approval of on a final basis:

1. <u>Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB")</u>. LNBRB is bankruptcy counsel to the Debtors. During the Covered Period of November 1, 2008 through July 6, 2009, LNBRB incurred fees in the amount of $261,464 and expenses in the amount of $42,404.98 for total fees and expenses in the amount of $303,868.98. LNBRB has not been paid any money by the Debtors or their estates for any fees or expenses incurred during this Covered Period. Accordingly, LNBRB is seeking to be paid the total sum of $303,868.98 for fees and expenses incurred during the Covered Period of November 1, 2008 through July 6, 2009.

2. <u>Steptoe & Johnson LLP ("Steptoe")</u>. Steptoe is special counsel to the Debtors. During the Covered Period of May 15, 2008 through July 6, 2009, Steptoe incurred fees in the amount of $150,319.50 and expenses in the amount of $5,176.93 for total fees and expenses in the amount of $155,496.43. Steptoe is seeking to be paid the total sum of $155,496.43 for fees incurred during the Covered Period of May 15, 2008 through July 6, 2009.

3. <u>Reed Smith LLP ("Reed Smith")</u>. Reed Smith is special real estate counsel to the Debtors. During the Covered Period of March 30, 2009 through and including July 6, 2009, Reed Smith incurred fees in the amount of $4,785. Reed Smith has not been paid any money by the Debtors or their estates for any fees or expenses incurred during this Covered Period.

Accordingly, Reed Smith is seeking to be paid the total sum of $4,785 for fees incurred during the Covered Period of March 30, 2009 through July 6, 2009.

4. Weiland, Golden, Smiley, Wang, Ekvall & Strok, LLP ("Weiland, Golden, Smiley, et. al."). Weiland, Golden, Smiley, et. al. is counsel to the Official Committee of Unsecured Creditors. During the Covered Period of June 1, 2008 through and including July 30, 2009, Weiland, Golden, Smiley, et. al. incurred fees in the amount of $54,474 and expenses in the amount of $622.03 for total fees and expenses in the amount of $55,096.03. Weiland, Golden, Smiley, et. al. has not been paid any money by the Debtors or their estates for any fees or expenses incurred during this Covered Period. Accordingly, Weiland, Golden, Smiley, et. al. is seeking to be paid the total sum of $55,096.03 for fees and expenses incurred during the Covered Period of June 1, 2008 through July 30, 2009.

5. In addition to all of the foregoing, all of the foregoing professionals, as well as all other professionals who have been employed in these Chapter 11 bankruptcy cases, are seeking to have approved on a final basis all fees and expenses which were previously approved by the Court on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that all of the Fee Applications are on file with the Bankruptcy Court and available for inspection and copying at the office of the Clerk of the Bankruptcy Court. Copies of any Fee Application may also be obtained by sending a written request for a copy to the respective applicant.

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the Fee Applications must, not later than August 6, 2009, be filed with the Clerk of the Bankruptcy Court and be served on the respective applicant.

1  **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court may deem the failure of any creditor or party in interest to file and serve a timely objection to a Fee Application to constitute consent to the granting and payment of the fees and expenses requested by the applicant in the Fee Application.

Dated: July 30, 2009

GREAT CIRCLE FAMILY FOODS, LLC
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC


By: /s/ Ron Bender
    RON BENDER
    KRIKOR J. MESHEFEJIAN
    LEVENE, NEALE, BENDER,
    RANKIN & BRILL L.L.P.
    Attorneys for Chapter 11 Debtors
    and Debtors in Possession

| In re: | CHAPTER 11 |
|---|---|
| GREAT CIRCLE FAMILY FOODS, LLC, et al.,          Debtor(s). | CASE NUMBER 8:07-bk-12600-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON FINAL APPLICATIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THE DEBTORS' CHAPTER 11 CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 30, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbrb.com
- Bradley D Blakeley    bblakeley@bandblaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com
- Penn A Butler    pabutler@ssd.com
- Richard H Golubow    pj@winthropcouchot.com
- Michael S Greger    mgreger@allenmatkins.com
- Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Michael A Isaacs    misaacs@luce.com
- Monica Y Kim    myk@lnbrb.com
- Wendy A Loo    wendy.loo@lacity.org
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Ethan B Minkin    ethan.minkin@kutakrock.com
- Randall P Mroczynski    randym@cookseylaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- David M Poitras    dpoitras@jmbm.com
- Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Holly Roark    holly@roarklawoffices.com
- Julie H Rome-Banks    julie@bindermalter.com
- Martha E Romero    Romero@mromerolawfirm.com
- Gary B Rudolph    grudolph@sparberlaw.com
- Evan D Smiley    esmiley@wgllp.com
- Ovsanna Takvoryan    ovsanna@takvoryanlawgroup.com
- James A Timko    jtimko@allenmatkins.com
- Kim Tung    kt@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| GREAT CIRCLE FAMILY FOODS, LLC, et al., Debtor(s). | CASE NUMBER 8:07-bk-12600-ES |

☐ Service information continued on attached page

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On July 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Via Overnight Mail
The Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Room 5041
Santa Ana, CA 92701

☒ Service information continued on attached page

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 30, 2009 | LOURDES CRUZ | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC

**REQUEST FOR SPECIAL NOTICE**
**SERVICE BY U.S. MAIL**

Debtors
Roger E. Glickman, President and COO
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
315 West 9th Street # 950
Los Angeles, CA 90015

Offices of the U.S. Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Committee Counsel
Evan D. Smiley
Weiland, Golden, Smiley, Wang, et al.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

RSN-Counsel for GE Capital Franchise
Ethan B. Minkin
Kutak Rock LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253

Richard G. Reinis, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Counsel for G.E.
Jeff Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

RSN-Counsel for Krispy Kreme Doughnut Corp.
Christopher R. Kaup, Esq.
Tiffany & Bosco, P.A.
Camelback Esplanade II
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016

RSN-Counsel for Krispy Kreme Doughnut
David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308

RSN-Counsel for Piege Co. dba Felina Lingerie
Marc Smith, Esq./Ann Penners Bergen, Esq.
Krane & Smith
16255 Ventura Blvd., Suite 600
Encino, CA 91436-2302

RSN-Counsel to The Krausz Companies, Inc.
Katten Muchin Rosenman LLP
Thomas J. Leans, Esq./Brian D. Huben, Esq.
Dustin P. Branch, Esq.
2029 Century Park East, Suite 2600
Los Angeles, CA  90067

RSN-Counsel to The Irvine Co. & Burbank Empire Center
Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 East Penn St., Suite 510
Whittier, CA 90602-1797

RSN-Counsel to the Tim Leimert Marital Trust dated April 22, 1993 and Robert Porter
Jeffrey A. Krieger, Esq.
Greenberg Glusker Fields et al.
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

RSN-Tim Leimert Marital Trust dated April 22, 1993 and Robert Porter
c/o Walter Leimert III
Leimert Investment Company
606 North Larchmont Blvd., Suite 302
Los Angeles, CA 90004-1395

RSN
Los Angeles County Treasurer & Tax Collector
Attn:  Bonita Sanchez
P.O. Box 54110
Los Angeles, CA 90051-0110

RSN-Counsel for E-Lake Holding, L.P.
Michael Isaacs, Esq.
Luce, Forward, Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

RSN – Counsel for Health Net
Michael Finnegan/Nadine Youssef
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

RSN-Counsel for Bakemark USA, LLC
Scott E. Blakeley, Esq.
Blakeley & Blakeley LLP
1000 Quail Street, Suite 200
Newport Beach, CA 92660

RSN-Counsel to OTR
Diane L. Gibson, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

RSN-Counsel to OTR
Jordan A. Kroop, Esq.
Squire, Sanders & Dempsey, L.L.P.
Two Renaissance Square, Suite 2700
Phoenix, AZ 85004

Counsel for Bixby Land Company
Michael S. Greger, Esq./James A. Timko, Esq.
Allen Matkins Leck Gamble, et al.
1900 Main Street, 5th Floor
Irvine, CA 92614-7321

RSN-Counsel for Terramar fka GMS Realty
Richard J. Annen/Todd R. Gabriel
Sparber Rudolph Annen, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101

RSN- Counsel for County of Riverside
Martha E. Romero / Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

RSN-Counsel for IKON Financial Svcs.
IKON Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Counsel for Duc Nguyen
Stan Mallison, Hector Martinez
LAW OFCS MALLISON & MARTINEZ
1042 Brown Ave., Ste A
Lafayette, CA 94549

Chris Fredrick
CCP, Inc.
220 Newport Center Drive, Ste 18
Newport Beach, CA 92660

S.E.C.
5670 Wilshire Blvd.
Ste 1100
Los Angeles, CA 90036

L.A. County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

RSN – Counsel for Duc Nguyen and Erdos
Christian L. Raisner
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Counsel for Duc Nguyen
NAVA & GOMEZ
Santos Gomez, Stanley J. Hodson
326 South 'A' Street, Suite 2
Oxnard, CA 93030

Counsel for Administaff Companies, Inc.
John M. Polson/Rafael Nendel-Flores
Fisher & Phillips LLP
2050 Main Street, Suite 1000
Irvine, CA 92614

October Acquisitions
Peter Henman
312 S. Rodeo Dr
Beverly Hills, CA 90210

Counsel for Krispy Kreme
Roger W. Clark/Thomas M. Madruga
Clark, Goldberg & Madruga
11400 W. Olympic Blvd., Suite 1150
Los Angeles, CA 90064

Jeff Williams
Managing Director - Tax
RSM McGladrey, Inc.
PO Box 15409
New Bern, NC 28561

Counsel for Administaff Companies, Inc.
Charles Beckham/Karl Burrer
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010

Securities Exchange Commission
450 5th Street, NW
Washington, DC 20549

Consolidated List for:
GREAT CIRCLE FAMILY FOODS, LLC,
GCFF-HUNTINGTON PARK, LLC
GCFF-ORANGE, LLC
GCFF-SAN DIEGO, LLC
GCFF-CANOGA, LLC
GCFF-ONTARIO, LLC

**CREDITORS' COMMITTEE**
**SERVICE BY U.S. MAIL**

Debtors
Great Circle Family Foods, et al.
717 State College Blvd., No. I
Fullerton, CA 92831

Offices of the U.S. Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Counsel to Committee
Evan D. Smiley, Esq.
Weiland, Golden, Smiley, Wang, Ekvall &
LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Committee Member
The Rancho Mirage Trust
Attn: Daryl L. Bishop
P.O. Box 6157
Beverly Hills, CA 90212

Committee Member
MKM Oceanside, LLC and Piege Company
c/o Marc Smith, Esq.
Krane & Smith
16255 Ventura Blvd., Suite 600
Encino, CA 91436

Committee Member
Krispy Kreme Doughnut Corporatin
Attn: Darryl Marsch, Asst. Gen. Mgr.
370 Knollwood Street
Winston-Salem, NC 27103

Committee Member
Bakemark USA LLC
Attn: Carol Shokraee
7351 Crider Avenue
Pico Rivera, CA 90660

Committee Member
Paul A. Laufer
P.O. Box 3553
Beverly Hills, CA 90212

Committee Member
Nudnicks LLC
Kamprath Seed Co., LLC
c/o Pali Capital – Bert Cohen
650 5th Avenue, 6th Floor
New York, NY 10019

Committee Member
Carol Karlovich
2052 Via Casa Alta
La Jolla, CA 92037-5732

GREAT CIRCLE FAMILY FOODS
PROFESSIONALS LIST
SERVICE BY U.S. MAIL

Debtors
Roger E. Glickman, President and COO
Great Circle Family Foods, LLC
Dba Krispy Kreme Doughnuts
315 West 9th Street # 950
Los Angeles, CA 90015

Committee Counsel
Evan D. Smiley
Weiland, Golden, Smiley, Wang, et al.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Offices of the U.S. Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Jeff Williams
Managing Director - Tax
RSM McGladrey, Inc.
PO Box 15409
New Bern, NC 28561

Debtor's Special Counsel
Katessa C. Davis, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Debtor's Special Counsel
Silver & Freedman
Attn: Mitchell N. Reinis, Esq.
2029 Century Park East, Suite 1900
Los Angeles, CA 90067

Debtor's Special Real Estate Counsel
Reed Smith
Attn: Kenneth Goldman, Esq.
1901 Ave of the Stars, Ste. 700
Los Angeles, CA 90067

Debtor's Exclusive Listing Broker for
Long Beach Store
Chris Fredrick
California Commercial Partners, Inc.
220 Newport Center Drive, Suite 18
Newport Beach, CA 92660