RON BENDER (SBN 143364)
KRIKOR MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com; kjm@lnbrb.com

FILED & ENTERED
AUG 31 2009
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

GREAT CIRCLE FAMILY FOODS, LLC, et al.,

Debtors.

☒ Affects All Debtors

☐ Affects Great Circle Family Foods, LLC only

☐ Affects GCFF-Huntington Park, LLC only

☐ Affects GCFF-Orange, LLC only

☐ Affects GCFF-San Diego, LLC only

☐ Affects GCFF-Canoga, LLC only

☐ Affects GCFF-Ontario, LLC only

Case No. 8:07-bk-12600-ES

CHAPTER 11

Jointly Administered with Case Nos.:

Case No. 8:07-bk-12603-ES
Case No. 8:07-bk-12605-ES
Case No. 8:07-bk-12606-ES
Case No. 8:07-bk-12602-ES
Case No. 8:07-bk-12604-ES

**ORDER GRANTING DEBTORS' MOTION FOR ORDER DISALLOWING CLAIM NO. 76-1 FILED BY COUNTY OF SAN BERNARDINO**

Hearing Date/Time:
Date: June 9, 2009
Time: 10:30 a.m.
Place: Courtroom 5A
411 West Fourth St.
Santa Ana, CA 92701

On June 9, 2009, in the above-referenced court, a hearing was held to consider the Motion for an Order Disallowing Claim No. 76-1 asserted by the County of San Bernardino (the “Motion”), filed by Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the Debtors and Debtors in Possession in the above-referenced, jointly administered Chapter 11 bankruptcy cases (collectively, the “Debtors”).

Upon consideration of the Motion, the Memorandum of Points and Authorities, together with all exhibits attached thereto and evidence submitted in support thereof, no opposition having been filed, the Court having determined that notice of the Motion and hearing thereon were proper, and other good cause appearing,

**IT IS HEREBY ORDERED** that Claim No. 76-1 filed in the Debtors’ main bankruptcy case by the County of San Bernardino is hereby allowed only as a general nonpriority unsecured claim in the amount of $683.00 and an unsecured claim receiving priority treatment in the amount of $4,716.97.

**IT IS SO ORDERED.**

###

DATED: August 31, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING DEBTORS' MOTION FOR ORDER DISALLOWING CLAIM NO. 76-1 FILED BY COUNTY OF SAN BERNARDINO** was or will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

None

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **August 4, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By overnight mail:**
**Hon. Erithe A. Smith**
**United States Bankruptcy Judge**
**411 West Fourth Street**
**Santa Ana, CA 92701**

**By U.S. mail:**
**Martha E. Romero, Esq.**
**Romero Law Firm**
**BMR Professional Bldg.**
**6516 Bright Avenue**
**Whittier, CA 90601**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2009 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTORS' MOTION FOR ORDER DISALLOWING CLAIM NO. 76-1 FILED BY COUNTY OF SAN BERNARDINO** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 4, 2009** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender rb@lnbrb.com
- Bradley D Blakeley bblakeley@bandblaw.com
- Dustin P Branch dustin.branch@kattenlaw.com
- Penn A Butler pabutler@ssd.com
- Richard H Golubow pj@winthropcouchot.com
- Michael S Greger mgreger@allenmatkins.com
- Lawrence J Hilton lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Bonnie M Holcomb bonnie.holcomb@doj.ca.gov
- Robert E Huttenhoff rhuttenhoff@shbllp.com
- Michael A Isaacs misaacs@luce.com
- Monica Y Kim myk@lnbrb.com
- Wendy A Loo wendy.loo@lacity.org
- Hutchison B Meltzer hmeltzer@wgllp.com
- Krikor J Meshefejian kjm@lnbrb.com
- Ethan B Minkin ethan.minkin@kutakrock.com
- Randall P Mroczynski randym@cookseylaw.com
- Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
- David M Poitras dpoitras@jmbm.com
- Christian L Raisner bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Holly Roark holly@roarklawoffices.com
- Julie H Rome-Banks julie@bindermalter.com
- Martha E Romero Romero@mromerolawfirm.com
- Gary B Rudolph grudolph@sparberlaw.com
- Evan D Smiley esmiley@wgllp.com
- Ovsanna Takvoryan ovsanna@takvoryanlawgroup.com
- James A Timko jtimko@allenmatkins.com
- Kim Tung kt@lnbrb.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

None

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an “Entered” stamp, the party lodging the judgment or order will serve a complete copy bearing an “Entered” stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

None

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.