RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com; kjm@lnbrb.com

Attorneys for Chapter 11
Debtors and Debtors in Possession

**FILED & ENTERED**

**SEP 03 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kent  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SANTA ANA DIVISION)

| | |
|---|---|
| In re: | Case No. 8:07-bk-12600-ES |
| GREAT CIRCLE FAMILY FOODS, LLC, et al., | CHAPTER 11 |
| Debtors. | Jointly Administered with Case Nos.: |
| | Case No. 8:07-bk-12603-ES |
| ☒ Affects All Debtors | Case No. 8:07-bk-12605-ES |
| | Case No. 8:07-bk-12606-ES |
| ☐ Affects Great Circle Family Foods, LLC only | Case No. 8:07-bk-12602-ES |
| | Case No. 8:07-bk-12604-ES |
| ☐ Affects GCFF-Huntington Park, LLC only | **ORDER GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 502(c) TO SCHEDULE HEARING AND ESTABLISH PROCEDURES TO ESTIMATE CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS** |
| ☐ Affects GCFF-Orange, LLC only | |
| ☐ Affects GCFF-San Diego, LLC only | |
| ☐ Affects GCFF-Canoga, LLC only | Date: August 11, 2009 |
| | Time: 10:30 a.m. |
| ☐ Affects GCFF-Ontario, LLC only | Place: Courtroom 5A |
| | 411 West Fourth St. |
| | Santa Ana, CA |

On August 11, 2009, at 10:30 a.m., the above-referenced Court held a hearing on the motion (the "Motion") filed by Great Circle Family Foods, LLC; GCFF-Huntington Park, LLC; GCFF-Orange, LLC; GCFF-San Diego, LLC; GCFF-Canoga, LLC; and GCFF-Ontario, LLC, the debtors and debtors in possession in the above-referenced Chapter 11 bankruptcy cases (collectively, the "Debtors" and where applicable, the "Reorganized Debtor"), pursuant to 11 U.S.C. §§ 105 and 502(c), to estimate the disputed and unliquidated claims (the "Claims") of Richard Houser and Steven Erdos, and Duc Nguyen (the "Claimants") for purposes of distributions of property to general unsecured creditors of the Debtors' estates pursuant to the Debtors' confirmed Second Amended Plan of Reorganization, As Modified, which was confirmed by this Court at a hearing held on April 30, 2009 (the "Plan"). Appearances were made as noted on the Court's record.

The Court, having considered the Motion, the joint opposition filed by the Claimants, the oral arguments presented by counsel for the Debtors and counsel for the Claimants, and having found that:

A. The Claims are unliquidated and a determination of the Debtors' liability as well as the allowed amount of the Claims is not readily ascertainable in a simple hearing;

B. The consummation of the confirmed Plan, and therefore the administration of these cases, will be unduly delayed if distribution to creditors is delayed until final judgments for the Claims are rendered in the pending state court actions;

C. In estimating the Claims, this Court should use whatever method is best suited to the particular circumstances;

D. Estimation of the Claims will necessarily involve a review of numerous time records as well as evidence related to the Debtors' defenses to the Claims; and

E. In order to ensure finality of the Plan distribution process, the estimation of the

Claims by this Court must be binding as to the Debtors' liability.

**BASED UPON ALL OF THE FOREGOING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The Motion is hereby granted without prejudice to the Claimants pursuing claims against non-debtor defendants in state court and without prejudice to Duc Nguyen seeking modification of Duc Nguyen's proof of claim upon a separately noticed motion.

2. To avoid unduly delaying the consummation of the confirmed Plan, and therefore the administration of these cases, this Court will conduct a claims estimation proceeding for the Claims pursuant to 11 U.S.C. § 502(c), which proceeding will be binding as to the Debtors' liability, if any, with regard to the Claims.

3. The Court shall conduct the claims estimation proceeding pursuant to the following schedule:

    a. The discovery completion date will be October 16, 2009;

    b. The deadline for the Claimants to submit evidence in support of the Claims (declarations and documentary evidence) will be November 20, 2009;

    c. The deadline for the Debtors to submit evidence in support of the Debtors' defenses and opposition to the Claims will be December 18, 2009;

    d. The deadline for the Debtors and the Claimants to submit "trial" briefs (legal argument/analysis) in support of their respective positions will be January 11, 2010; and

    e. An evidentiary hearing will commence on January 25, 2010 at 9:00 a.m., and continue thereafter, as appropriate and to the extent necessary,

through the later of January 29, 2010 or when completed (the "Claims Estimation Hearings"). Any declarants who have submitted declarations with respect to the Claims Estimation Hearings must be present for cross examination on such hearing dates.

**IT IS SO ORDERED**.

###

DATED: September 3, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 502(c) TO SCHEDULE HEARING AND ESTABLISH PROCEDURES TO ESTIMATE CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS** was or will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

None

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 19, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By overnight mail:**
Hon. Erithe A. Smith
United States Bankruptcy Judge
411 West Fourth Street
Santa Ana, CA 92701

**By U.S. mail:**
Richard G. Reinis, Esq.
Katessa Davis, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Ste 2800
Los Angeles, CA 90067

Co-Counsel for Duc Nguyen, et al.
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Marco A. Palau, Esq.
Law Offices of Mallison & Martinez
1042 Brown Ave., Ste A
Lafayette, CA 94549

<u>Co Counsel for Duc Nguyen, et al.</u>
Christian L. Raisner, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Ste. 200
Alameda, CA 94501-1091

<u>Attorneys for Houser & Erdos</u>
Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
Green Welling PC
595 Market St., Ste. 2750
San Francisco, CA 94105

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2009 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 502(c) TO SCHEDULE HEARING AND ESTABLISH PROCEDURES TO ESTIMATE CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 19, 2009** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender    rb@lnbrb.com
- Bradley D Blakeley    bblakeley@bandblaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com
- Penn A Butler    pabutler@ssd.com
- Richard H Golubow    pj@winthropcouchot.com
- Michael S Greger    mgreger@allenmatkins.com
- Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Michael A Isaacs    misaacs@luce.com
- Monica Y Kim    myk@lnbrb.com
- Wendy A Loo    wendy.loo@lacity.org
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Ethan B Minkin    ethan.minkin@kutakrock.com
- Randall P Mroczynski    randym@cookseylaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- David M Poitras    dpoitras@jmbm.com
- Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
- Holly Roark    holly@roarklawoffices.com
- Julie H Rome-Banks    julie@bindermalter.com
- Martha E Romero    Romero@mromerolawfirm.com
- Gary B Rudolph    grudolph@sparberlaw.com
- Evan D Smiley    esmiley@wgllp.com
- Ovsanna Takvoryan    ovsanna@takvoryanlawgroup.com
- James A Timko    jtimko@allenmatkins.com
- Kim Tung    kt@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

None

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**Richard G. Reinis, Esq.**
**Katessa Davis, Esq.**
**Steptoe & Johnson LLP**
**2121 Avenue of the Stars, Ste 2800**
**Los Angeles, CA 90067**

**Co-Counsel for Duc Nguyen, et al.**
**Stan S. Mallison, Esq.**
**Hector R. Martinez, Esq.**
**Marco A. Palau, Esq.**
**Law Offices of Mallison & Martinez**
**1042 Brown Ave., Ste A**
**Lafayette, CA 94549**

**Co Counsel for Duc Nguyen, et al.**
**Christian L. Raisner, Esq.**
**Weinberg, Roger & Rosenfeld**
**1001 Marina Village Parkway, Ste. 200**
**Alameda, CA 94501-1091**

**Attorneys for Houser & Erdos**
**Robert S. Green, Esq.**
**Nicole D. Reynolds, Esq.**
**Green Welling PC**
**595 Market St., Ste. 2750**
**San Francisco, CA 94105**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

8