ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert S. Green (SBN 136183)<br>Nicole D. Reynolds (SBN 246255)<br>GREEN WELLING, P.C.<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: 415-477-6700<br>Facsimile: 415-477-6710<br>Email: rsg@classcounsel.com | FILED<br>SEP 24 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| ☐ Individual appearing without attorney<br>☑ Attorney for: Claimants Richard Steven Erdos & David Houser | |

ORDER TO CHAMBERS
Date 9-24-09

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: Great Circle Family Foods, LLC, et al. | CASE NO: 07-012600<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>[LBR 9075-1(b)]<br>**BY FAX** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. *Title of motion:* Claimants' Motion for a Protective Order

    b. *Date of filing of motion:* 9/24/09

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

    a. Briefly specify the relief requested in the motion:
    Claimants request a protective order providing that their depositions not be taken until Debtor produces the relevant, requested documents to ensure fairness and equity. Claimants further seek a one month extension of the schedule relating to the estimation proceeding to ensure that all relevant documents are produced and that Debtor's delay tactics do not allow it to gain an unfair advantage.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                                Page 1                                            F 9075-1.1.APPLICATION

    b.  Identify the parties affected by the relief requested in the motion:

        Debtor Great Circle Family Foods, LLC and Claimants Richard Steven Erdos and David Houser.

    c.  State the reasons necessitating a hearing on shortened time:

        Claimants request that their Motion for a Protective Order relating to Debtor's Notices of the Depositions of Richard Steven Erdos and David Houser be heard by September 28, 2009. The deposition of Richard Steven Erdos is noticed for September 29, 2009 and Debtor refuses to produce documents relevant to his claims and employment prior to that date.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date: 9/24/09

GREEN WELLING, P.C.
*Print Law Firm Name (if applicable)*

Robert Green
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009     Page 2     F 9075-1.1.APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____     _____                                              _____
Date                                      Type Name                                                                        Signature

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                        Page 3                                       F 9075-1.1.APPLICATION