# ORIGINAL

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

STEPTOE & JOHNSON LLP
Seong H. Kim, Esq. (SBN 166604)
Katessa C. Davis, Esq. (SBN 146922)
Jeffrey M. Goldman, Esq. (SBN 233840)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90066
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: skim@steptoe.com; kdavis@steptoe.com; jgoldman@steptoe.com

FOR COURT USE ONLY

FILED
SEP 29 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

ENTERED
SEP 30 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

☐ Individual appearing without attorney
☒ Attorney for: Great Circle Family Foods, LLC

LODGED
SEP 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Santa Ana DIVISION

In re: Great Circle Family Foods, LLC

CASE NO.: 07-12600-ES
CHAPTER: 11

Debtor(s).

ORDER:
☐ GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE

☒ DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

[LBR 9075-1(b)]

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* Motion for an Order Estimating Claimants' Claims as Valueless, etc...

    b. *Date of filing of motion:* 9/25/09

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a. *Date of filing of Application:* 9/25/09

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                         Page 1                        F 9075-1.2.ORDER

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

   a. ☒ **The Application is denied.** The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

   (1) ☐ A hearing on the motion will take place as follows:

   | Hearing Date:<br>Time:<br>Courtroom: | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
   |---|---|

   (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | a. _Deadlines:_<br>Date:<br>Time: | b. _Persons/entities to be provided with telephonic notice:_<br><br>☐ See attached page<br><br>c. _Telephonic notice is also required upon_ the United States trustee |
   |---|---|

   (3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

   a. ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

   | b. _Deadlines:_<br>Date:<br>Time: | c. _Persons/entities to be served with written notice and a copy of this order:_<br><br>☐ See attached page<br><br>d. _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |
   |---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009 — Page 2 — F 9075-1.2.ORDER

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. *Deadlines:* <br> Date: <br><br> Time: | c. *Persons/entities to be served with motion, declarations, supporting documents:* <br><br><br> ☐ See attached page <br><br> d. *Service is also required upon:* <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(5) ☐ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. *Deadlines:* <br> Date: <br><br> Time: | c. *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br> d. *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. *Deadlines:* <br> Date: <br><br> Time: | c. *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> d. *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009      Page 3      **F 9075-1.2.ORDER**

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☐ at least 2 days before the Hearing.

☐ no later than:   Date:                              Time:

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

Date: 9/29/09

_____
UNITED STATES BANKRUPTCY JUDGE

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                              Page 4                              F 9075-1.2.ORDER

| In re: Great Circle Family Foods, LLC, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 07-bk-12600-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2121 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as Order Granting/Denying Application and Setting Hearing on Shortened Notice will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
None

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/25/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/25/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/25/09 | Shari Green | /s/ Shari Green |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      **F 9013-3.1**

| In re: Great Circle Family Foods, LLC, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 07-bk-12600-ES |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Office of the United States Trustee
Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701
(Via Overnight Mail)

Attorneys for Chapter 11 Debtors and Debtors in Possession
Ron Bender, Esq.
Krikor J. Meshefejian
LEVENE NEALE BENDER RANKIN & BRILL LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
(Via Overnight Mail)

Counsel to Committee
Evan D. Smiley, Esq.
WEILAND, GOLDEN, SMILEY, WANG, EKVAL LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
(Via Overnight Mail)

Attorneys for David Houser and David Houser and Their Proposed Class
Patricio T.D. Barrera, Esq.
Ashley A. Davenport, Esq.
Barrera & Associates
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
(Via Overnight Mail)

-and-

Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
GREEN WELLING P.C.
595 Market Street, Suite 2750
San Francisco, CA 94105
(Via E-Mail and Overnight Mail)

Attorneys for Duc Nguyen and his Proposed Class
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Marco A. Palau, Esq.
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
(Via E-Mail and Overnight Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1