| | |
|---|---|
| 1 | Robert S. Green (State Bar No. 136183) |
|   | Nicole D. Reynolds (State Bar No. 246255) |
| 2 | **GREEN WELLING, P.C.** |
|   | 595 Market Street, Suite 2750 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 477-6700 |
| 4 | Facsimile: (415) 477-6710 |
| 5 | Attorneys for CLAIMANTS |
|   | Richard Steven Erdos and David Houser |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | ) | Case No.: SA: 07-12600 ES |
|---|---|---|
| Great Circle Family Foods; GCFF-Canoga, LLC; GCFF-Huntington Park, LLC; GCFF – Ontario, LLC; GCFF-Orange, LLC and GCFF-San Diego, LLC, | ) ) ) ) ) | **CLAIMANT DAVID HOUSER'S AND RICHARD STEVEN ERDOS'S STATUS REPORT** |
| Debtors | ) ) | Date: **March 18, 2010** |
| DAVID HOUSER, et al. | ) ) | Time: **9:30 a.m.** |
|  | ) | Dept: 5A |
| Plaintiffs, | ) | Judge: Honorable Erithe E. Smith |
| vs. | ) |  |
| GREAT CIRCLE FAMILY FOODS, ET AL. | ) |  |
| Defendants. | ) |  |

CLAIMANT HOUSER'S AND ERDOS'S STATUS REPORT

Pursuant to the Court's Order on February 18, 2010, Claimants David Houser and Richard Steven Erdos hereby submit this status report to address (1) the status of their individual claims; (2) the nature of the remaining putative class claims; and (3) the impact of Mr. Houser's and Mr. Erdos's withdrawal of their individual claims on the remaining putative class claims.

Sometime near the end of 2009, Mr. Houser and Mr. Erdos independently settled their individual claims against Debtor. Plaintiff's counsel was not involved in the settlement negotiations. The settlements were not made on behalf of a putative class, and therefore did not cover any putative class members' claims. Nevertheless, Mr. Houser and Mr. Erdos can no longer pursue their individual claims in bankruptcy court and have sought to withdraw themselves as purported class representatives. Thus, on January 21, 2010, Plaintiffs Houser and Erdos filed a notice of withdrawal of their Claim No. 58-1.

Also, at the end of 2009, Plaintiffs' counsel were retained by a third putative class member to prosecute the remaining putative class claims. Plaintiffs' counsel learned this week, however, that this third class representative was contacted by Debtor's agents who offered money to settle his individual claims and that he agreed. As a result, Plaintiffs' counsel no longer represents any class member, and therefore cannot pursue any claims on behalf of a class. Debtor likely has contacted other putative class members regarding settlement.

It should be noted that a great majority of putative class members (approximately 90 out of about 109 class members) were known to Debtor, but were not provided notice of Debtor's bankruptcy. Accordingly, those putative class members' claims may not be estimated without violating their due process rights. *See, e.g., In re Arch Wireless, Inc.,* 534 F.3d 76 (1st Cir. 2008) (holding that 11 U.S.C.A. § 1141 does not discharge the debt of a creditor who was known to an individual corporate debtor and failed to receive notice, even if the creditor had actual knowledge of the general existence of the bankruptcy proceedings); *Spring Valley Farms, Inc.,* 863 F.2d 832, 834 (11th Cir. 1989) (same); *Reliable Elec. Co., Inc. v. Olson Const. Co.,* 726 F.2d 620, 622-23 (10th Cir.1984) (discharging of debt under section 1141 violated due process when creditor with knowledge of the bankruptcy did not receive statutory notice of

1 confirmation hearing); *In re Mortgage & Realty Trust*, 125 B.R. 575, 582 (Bankr. C.D. Cal. 1991) ("The discharge of a claim without reasonable notice of a confirmation hearing violates due process.").

In light of the withdrawal of the Claim filed by Mr. Houser and Mr. Erdos, there are no pending proceedings on behalf of Mr. Houser or Mr. Erdos, individually, nor are there any pending proceedings on behalf of the class that Mr. Houser and Mr. Erdos sought to represent.

DATED: March 4, 2010            GREEN WELLING, P.C.

By: _____
Nicole D. Reynolds

Robert S. Green
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Patricio Barrera
BARRERA & ASSOCIATES
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: (310) 802-1500
Facsimile: (310) 802-0500

Attorneys for Plaintiffs
DAVID HOUSER AND RICHARD ERDOS

CLAIMANT HOUSER'S AND ERDOS'S STATUS REPORT

**PROOF OF SERVICE**

I, Cynthia Thomas, hereby declare as follows:

    I am employed by Green Welling, A Professional Corporation, 595 Market Street, Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a party to this action. On March 4, 2010, I served the within document(s):

1. **CLAIMANT DAVID HOURSER'S AND RICHARD STEVEN ERDOS' STATUS REPORT;**

__XX__  by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

____  by depositing the document(s) listed above in a sealed envelope with delivery fees provided for a FedEx pick up box or office designated for overnight delivery, and addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed March 4, 2010, at San Francisco, California.

_____
Cynthia Thomas

**In re: Great Circle Family Foods,**
Case Nos: SA:07-12600 ES

*Via Regular Mail*

Seong H. Kim
Katessa C. Davis
Jeffrey M. Goldman
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Counsel for Defendants

*Via Regular Mail*

Patricio T.D. Barrera
**BARRERA & ASSOCIATES**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
(310) 802-1500
(310) 802-0500 fax

Attorneys for Plaintiffs David Houser and Richard Steven Erdos

Ron Bender
**LEVENE NEALE BENDER RANKIN & BRILL LLP**
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067
(310) 229-1234
(310) 229-1244 fax

Attorneys for Debtor

Evan D. Smiley
Hutchison B. Meltzer
**WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
(714) 966-1000
(714) 966-1002 fax

Official Committee of Unsecured Creditors

Roger E. Glickman
**Great Circle Family Foods, LLC**
**Dba Krispy Kreme Doughnuts**
315 West 9th Street #950
Los Angeles, CA 90015
(213) 489-2340
(213) 455-2263 fax

Debtors

**Offices of the US Trustee**
Michael J. Houser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701
(714) 338-3400
(714) 338-3421 fax

Trustee

Stan S. Mallison
**Law Offices of Mallison & Martinez**
1042 Brown Avenue
Lafayette, CA 94549

Attorney for Duc Nguyen