**FILED & ENTERED**

APR 21 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 8:07-bk-12600-ES |
| Great Circle Family Foods, LLC, | Chapter: 11 |
| | <u>AMENDED</u><br>ORDER GRANTING MOTION<br>FOR PROTECTIVE ORDER |
| Debtor. | Date: November 17, 2009<br>Time: 10:30 AM<br>Location: |

The Court conducted a hearing on the "Motion For Protective Order", (the "Motion") at the above-captioned time and place. Appearances were made as noted on the court's record. The moving party has failed to lodge an order pursuant to Local Bankruptcy Rule 9021-1(1)(a). Based upon the evidence presented at the hearing and good cause appearing, it is

ORDERED that the Motion is granted on the terms set forth on the record at the hearing.

###

DATED: April 21, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) AMENDED ORDER GRANTING MOTION FOR PROTECTIVE ORDER was entered on the date indicated as "Entered" on the first page Of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
Green Welling, P.C.
595 Market Street, suite 2750
San Francisco, CA   94105

Jeffrey M. Goldman, Esq.
Steptoe & Johnson, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA   90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page