Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone:    (510) 832-9999
Facsimile:    (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com

Counsel for Claimant DUC NGUYEN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GREAT CIRCLE FAMILY FOODS, LLC, et al.<br><br>Debtors<br><br>☒ Affects All Debtors<br>☐ Affects GCFF, LLC only<br>☐ Affects GCFF – Huntington Park, LLC only<br>☐ Affects GCFF – Orange, LLC only<br>☐ Affects GCFF – San Diego, LLC only<br>☐ Affects GCFF – Canoga, LLC only<br>☐ Affects GCFF – Ontario, LLC only<br><br>DUC NGUYEN,<br><br>Claimant/Plaintiff,<br><br>vs.<br><br>GREAT CIRCLE FAMILY FOODS, LLC, et al.<br><br>Debtors/Defendants. | Case No.: 8:07-bk-012600-ES<br><br>CHAPTER 11<br><br>Jointly Administered with Case Nos:<br><br>Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES<br><br>**AMENDED [ORIGINAL MOTION FILED UNDER INCORRECT EVENT CODE] NOTICE AND MOTION FOR CONTINUANCE OF CLASS CERTIFICATION DEADLINE AND FOR SANCTIONS AGAINST STEPTOE & JOHNSON, COUNSEL FOR GREAT CIRCLE FAMILY FOODS, LLC**<br><br>Date: June 3, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom 5A |

To the Honorable Erithe A. Smith, United States Bankruptcy Judge, and to All Interested parties and their Attorneys of Record:

Please Take Notice that, on June 3, 2010 at 10:30 a.m. or as soon thereafter as the matter may be heard, Plaintiff Duc Nguyen will and hereby does move for an Order to continue the deadline to move for class certification and for sanctions against Steptoe & Johnson, counsel for Defendant Great Circle Family Foods, LLC (GCFF) et al., requiring Steptoe & Johnson to pay expert expenses and attorney's fees resulting from the failure to comply with the Court's Order compelling production of the putative class member timekeeping database, and ordering GCFF to produce, within five days of the hearing on the instant motion, the complete timekeeping database that has been withheld in violation of the Court's Order.

PLEASE TAKE FURTHER NOTICE that any opposition to this Motion must be filed with the Court and served on counsel for Plaintiff no later than fourteen (14) days prior to the hearing date. A failure to file and serve an opposition by a party in interest may be deemed by the Court to constitute consent to granting the relief requested by Plaintiff's in this Motion.

This motion is brought pursuant to Federal Rule of Civil Procedure (FRCP) 37(b)(2)(A) (made applicable to these proceedings under Federal Rule of Bankruptcy Procedure (FRBP) 7037) and the inherent powers of the Court to impose sanctions against any person or party's failure to obey a prior court order, and pursuant to FRCP 16(b)(4) (made applicable to this adversary proceeding pursuant to FRBP 7016) and the inherent powers of the Court to modify for good cause any previous scheduling order.

This motion is made on the grounds that GCFF has failed to provide Plaintiff the complete timekeeping database ordered by the Court on December 8, 2009 and that is critical to Plaintiff's class certification motion. Counsel for GCFF has refused to meet and confer in good faith and continues to disobey the Court's order despite numerous attempts by Plaintiff's counsel to resolve the matter amicably. Further, in an attempt to gain a tactical advantage, Defendant refused to extend the class certification deadline to bring the matter before the Court. Plaintiff hired an expert to conduct data analysis for class certification but has spent more than 18 hours

instead analyzing the data for completeness and soundness. Plaintiff's counsel have also spent numerous hours dealing with defective and incomplete data, meeting and conferring with GCFF's counsel and preparing this motion. Plaintiff therefore requests that the Court impose the following sanctions on GCFF's counsel, Steptoe & Johnson (and/or GCFF if necessary):

(1) Production of the timekeeping database within five days of the hearing;

(2) Payment of the costs incurred by Plaintiff's expert in examining the reliability and integrity of defective and incomplete data, in the amount of $2,668.30 (18.54 hrs); and

(3) Payment of the attorney's fees incurred by Plaintiff's counsel attempting to resolve this issue informally and bringing this motion.

Plaintiff also requests that the Court continue the deadline for Plaintiff to move for class certification to July 9, 2010. Since the hearing date for the class certification motion was moved from June 1, 2010 to August 3, 2010 through no fault of Plaintiff's, all parties will receive adequate notice and no party will be prejudiced.

This motion is based on this notice and motion, the supporting memorandum of points and authorities submitted herewith, the supporting declarations of Stan S. Mallison, Database Expert Aaron Woolfson, and Marco A. Palau submitted herewith; the records on file in this matter and of which the Court may take judicial notice; and any evidence and oral argument that the Court may permit at the hearing.

Date: April 29, 2010                          MALLISON & MARTINEZ

                                              By:    /s/ Stan S. Mallison
                                                     Stan S. Mallison
                                                     Counsel for Plaintiff Duc Nguyen

| | |
|---|---|
| In re: Great Circle Family Foods, et al. | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:07-bk-012600-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1939 Harrison Street, Suite 730, Oakland, CA 94612

A true and correct copy of the foregoing document(s) described:
Nguyen's Notice of Motion and Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC

Memorandum of Points & Authorities in Support of Motion and Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family, LLC

Declaration of Stan Mallison In Support of Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC

Declaration of Marco A. Palau In Support of Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC

Declaration of Aaron Woolfson In Support of Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC

Proposed Order Granting Duc Nguyen's Motion for Continuance of Class Certification Deadline and for Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: Great Circle Family Foods, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:07-bk-012600-ES |

On April 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Mail:**

Seon H. Kim, Esq.
Katessa C. Davis, Esq.
Jeffrey M. Goldman, Esq.
Steptoe & Johnson
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90066
(Counsel for Debtor)

Office of the U.S. Trustee
Micahel J. Houser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Honorable Erithe A. Smith
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

Ron Bender, Esq.
Levene Neale Bender Rankin & Brill
1025 Constellation Blvd. Suite 1700
Los Angeles, California 90067
(Counsel for Debtor)

Evan D. Smiley, Esq.
Weiland, Golden, Smiley, Wang, Ekvall LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
(Counsel to Committee)

Robert S. Green, Esq.
Nicole D. Reynolds, Esq.
Green Welling PC
595 Market St., Suite 2750
San Francisco, CA 94105
(Counsel for Houser & Erdos)

Patricio Barrera, Esq.
Barrera & Associates
1500 Rosecrans Ave, Suite 500
Manhattan Beach, CA 90266
(Counsel for Houser & Erdos)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: Great Circle Family Foods, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:07-bk-012600-ES |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2010 | Dyvianne Martinez | /s/ Dyvianne Martinez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**