# EXHIBIT 14

STEPTOE & JOHNSON LLP
Seong H. Kim (SBN 166604)
Email: skim@steptoe.com
Katessa C. Davis (SBN 146922)
Email: kdavis@steptoe.com
Jeffrey M. Goldman (SBN 233840)
Email: jgoldman@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel.:  (310) 734-3200
Fax:  (310) 734-3300

Special Counsel for Debtor Great Circle Family Foods, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No.: 8:07-bk-012600-ES |
|---|---|
| GREAT CIRCLE FAMILY FOODS, LLC, et al. | CHAPTER 11 |
| | Jointly Administered with Case Nos: |
| Debtors | Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES |
| ☒    Affects All Debtors | |
| ☐    Affects Great Circle Family Foods, LLC only | **DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE FAMILY FOODS, LLC, GCFF-HUNTINGTON PARK, LLC, GCFF-ORANGE, LLC, GCFF-SAN DIEGO, LLC, GCFF-CANOGA, LLC, AND GCFF-ONTARIO** |
| ☐    Affects GCFF – Huntington Park, LLC only | |
| ☐    Affects GCFF – Orange, LLC only | |
| ☐    Affects GCFF – San Diego, LLC only | |
| ☐    Affects GCFF – Canoga, LLC only | |
| ☐    Affects GCFF – Ontario, LLC only | |

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc. # CC-219334

## REQUEST FOR PRODUCTION OF DOCUMENTS

## REQUEST FOR PRODUCTION NO. 1.

All writings (as the term 'writing' is defined in California Evidence Code §250) sufficient to show the number and location (address) of all of DEBTOR'S stores in the State of California from June 6, 2003 to the present.

## FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 1.

Without waiving any prior objections asserted by Responding Party Great Circle Family Foods, LLC ("Responding Party") to this Request for Production of Documents, and subject to those objections, Responding Party responds as follows:

Pursuant to the December 18, 2009 Order of the United States Bankruptcy Court for the Central District of California, as stated by the Court on December 8, 2009 at the hearing on Claimants' Joint Motion To: (1) Compel Production Of Documents For Failure to Respond To Discovery; (2) Compel Testimony On Class Matters; and (3) Compel Production Of Class Data & Documents, no further response to this Request for Production of Documents is required.

## REQUEST FOR PRODUCTION NO. 2.

All writings (as the term 'writing' is defined in California Evidence Code §250) reflecting employee work schedules for each of your stores in the State of California from June 6, 2003 to the present.

## FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 2.

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce the documents in its possession, custody, or control. This information is located in the time database produced with these responses, and can be viewed with SQL Server 2005 software. In addition, Responding Party will produce hard copy schedules for Unit Managers and General Managers. However, the

1

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

62

1  documents do not accurately reflect the hours worked by Unit Managers and General
2  Managers.

3  **REQUEST FOR PRODUCTION NO. 3.**

4      All writings (as the term 'writing' is defined in California Evidence Code §250)
5  which contain, or make reference to, any communication between DEBTORS and any
6  person (the term person means "any" natural person, public or private organizations,
7  firm, association, organization, partnership, joint venture, business, trust, corporation,
8  government or public entity) concerning the provision of all minimum and overtime
9  wages earned from June 6, 2003 to the present.

10  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 3.**

11      Without waiving any prior objections asserted by Responding Party to this
12  Request for Production of Documents and subject to those objections, Responding Party
13  responds as follows:

14      Responding Party has produced writings that relate to Claimant Nguyen, as well as
15  Responding Party's Employee Handbook. <u>See</u>, GCFF-NGUYEN 000001 – 000044.
16  After conducting a further diligent search and making a further reasonable inquiry,
17  Responding Party will further produce additional documents in its possession, custody, or
18  control.  This information will be located in the payroll documents provided on compact
19  disk, as well as the time database produced with these responses, which can be viewed
20  with SQL Server 2005 software.

21  **REQUEST FOR PRODUCTION NO. 4.**

22      All writings (as the term 'writing' is defined in California Evidence Code §250)
23  which contain, or make reference to, any communication between DEBTORS and any
24  person (the term person means "any" natural person, public or private organizations,
25  firm, association, organization, partnership, joint venture, business, trust, corporation,
26  government or public entity) concerning the provision of required rest periods from June
27  6, 2003 to the present.

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 4.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced writings that relate to Claimant Nguyen, as well as Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software.

**REQUEST FOR PRODUCTION NO. 5.**

All writings (as the term 'writing' is defined in California Evidence Code §250) which contain, or make reference to, any communication between DEBTORS and any person (the term person means "any" natural person, public or private organizations, firm, association, organization, partnership, joint venture, business, trust, corporation, government or public entity) concerning the provision of required meal periods from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 5.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced writings that relate to Claimant Nguyen, as well as Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact

3

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

64

1 disk, as well as the time database produced with these responses, which can be viewed

2 with SQL Server 2005 software.

3 **REQUEST FOR PRODUCTION NO. 6.**

4 All writings (as the term 'writing' is defined in California Evidence Code §250)

5 which contain, or make reference to, any communication between DEBTORS and any

6 person (the term person means "any" natural person, public or private organizations,

7 firm, association, organization, partnership, joint venture, business, trust, corporation,

8 government or public entity) concerning the indemnification of employees for all

9 necessary expenditures or losses incurred from June 6, 2003 to the present.

10 **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 6.**

11 Without waiving any prior objections asserted by Responding Party to this

12 Request for Production of Documents and subject to those objections, Responding Party

13 responds as follows:

14 Responding Party has produced writings that relate to Claimant Nguyen, as well as

15 Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044.

16 Upon conducting a further diligent search and making a further reasonable inquiry,

17 Responding Party discovered that there are hundreds of boxes of Responding Party's

18 accounting documents that may or may not contain documents responsive to this request

19 which are stored off-site. Responding Party will meet and confer with opposing counsel

20 in order to provide full and complete data as to a particular individual, should such data

21 be within Responding Party's possession, custody, and control, at Claimant's expense.

22 **REQUEST FOR PRODUCTION NO. 7.**

23 All writings (as the term 'writing' is defined in California Evidence Code §250)

24 which contain, or make reference to, any communication between DEBTORS and any

25 person (the term person means "any" natural person, public or private organizations,

26 firm, association, organization, partnership, joint venture, business, trust, corporation,

27 government or public entity) concerning the provision of itemized wage statements from

28 June 6, 2003 to the present.

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 7.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced writings that relate to Claimant Nguyen, as well as Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk.

**REQUEST FOR PRODUCTION NO. 8.**

All writings (as the term 'writing' is defined in California Evidence Code §250) which contain, or make reference to, any communication between DEBTORS and any person (the term person means "any" natural person, public or private organizations, firm, association, organization, partnership, joint venture, business, trust, corporation, government or public entity) concerning the payment of wages immediately upon the employees' separation of employment for any reason including, termination, voluntarily quit with 72 hours notice, voluntarily quit without notice and layoffs to its employees from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 8.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced writings that relate to Claimant Nguyen, as well as Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

66

1   control.  This information will be located in the payroll documents provided on compact

2   disk.

3   **REQUEST FOR PRODUCTION NO. 9.**

4   All writings (as the term 'writing' is defined in California Evidence Code §250)

5   including without limitation daily time sheets, generated by DEBTORS which contain, or

6   make reference to, the number of hours class members were required, permitted or

7   suffered to work per day from June 6, 2003 to the present.

8   **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 9.**

9   Without waiving any prior objections asserted by Responding Party to this

10   Request for Production of Documents and subject to those objections, Responding Party

11   responds as follows:

12   Responding Party has produced writings that relate to Claimant Nguyen.  <u>See,</u>

13   GCFF-NGUYEN 000022 – 000044.  After conducting a further diligent search and

14   making a further reasonable inquiry, Responding Party will further produce additional

15   documents in its possession, custody, or control.  This information will be located in the

16   payroll documents provided on compact disk, as well as the time database produced with

17   these responses, which can be viewed with SQL Server 2005 software.

18   **REQUEST FOR PRODUCTION NO. 10.**

19   All writings (as the term 'writing' is defined in California Evidence Code §250)

20   generated by DEBTORS which contain, or make reference to, the days per week class

21   members were required, permitted or suffered to work from June 6, 2003 to the present.

22   **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 10.**

23   Without waiving any prior objections asserted by Responding Party to this

24   Request for Production of Documents and subject to those objections, Responding Party

25   responds as follows:

26   Responding Party has produced writings that relate to Claimant Nguyen.  <u>See,</u>

27   GCFF-NGUYEN 000022 – 000044.  After conducting a further diligent search and

28   making a reasonable inquiry, Responding Party will further produce additional

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

67

1  documents in its possession, custody, or control. This information will be located in the

2  payroll documents provided on compact disk, as well as the time database produced with

3  these responses, which can be viewed with SQL Server 2005 software.

4  **REQUEST FOR PRODUCTION NO. 11.**

5      All writings (as the term 'writing' is defined in California Evidence Code §250)

6  generated by DEBTORS which contain, or make reference to, the scheduling of work

7  hours and workdays for its employees from June 6, 2003 to the present.

8  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 11.**

9      Without waiving any prior objections asserted by Responding Party to this

10  Request for Production of Documents and subject to those objections, Responding Party

11  responds as follows:

12      Responding Party has produced writings that relate to Claimant Nguyen. See,

13  GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and

14  making a further reasonable inquiry, Responding Party will further produce additional

15  documents in its possession, custody, or control. This information will be located in the

16  time database produced with these responses, and can be viewed with SQL Server 2005

17  software. In addition, Responding Party will further produce further hard copy schedules

18  for Unit Managers and General Managers. However, the documents do not accurately

19  reflect the hours worked by Unit Managers and General Managers.

20  **REQUEST FOR PRODUCTION NO. 12.**

21      All writings (as the term 'writing' is defined in California Evidence Code §250)

22  that relate to wages, salary, earnings, bonuses, stock options, stock shares or other forms

23  of remuneration/compensation that DEBTORS paid its employees from June 6, 2003 to

24  the present.

25  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 12.**

26      Without waiving any prior objections asserted by Responding Party to this

27  Request for Production of Documents and subject to those objections, Responding Party

28  responds as follows:

68

1  Responding Party has produced writings that relate to Claimant Nguyen. See,

2  GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and

3  making a further reasonable inquiry, Responding Party will further produce additional

4  documents in its possession, custody, or control regarding the putative class members, as

5  well as Unit Managers and General Managers. This information will be located in the

6  payroll information on compact disk, and the time database produced with these

7  responses, which can be viewed with SQL Server 2005 software. However, the

8  documents do not accurately reflect the hours worked by Unit Managers and General

9  Managers.

10  **REQUEST FOR PRODUCTION NO. 13.**

11  All payroll records pertaining to DEBTORS' employees, including, without

12  limitation, W-2 forms, Year-to-Date earnings, Year-End Summaries, and pay stubs

13  reflecting wages and other forms of remuneration/compensation to them.

14  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 13.**

15  Without waiving any prior objections asserted by Responding Party to this

16  Request for Production of Documents and subject to those objections, Responding Party

17  responds as follows:

18  Responding Party has produced the documents that relate to Claimant Nguyen.

19  See, GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and

20  making a further reasonable inquiry, Responding Party will further produce additional

21  documents in its possession, custody, or control. This information will be located in the

22  payroll documents provided on compact disk, as well as the time database produced with

23  these responses, which can be viewed with SQL Server 2005 software.

24  **REQUEST FOR PRODUCTION NO. 14.**

25  All time cards or time records of DEBTORS for their employees from June 6,

26  2003 to the present.

27

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 14.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced writings that relate to Claimant Nguyen. <u>See,</u> GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software. In addition, Responding Party will further produce further hard copy schedules for Unit Managers and General Managers. However, the documents do not accurately reflect the hours worked by Unit Managers and General Managers.

**REQUEST FOR PRODUCTION NO. 15.**

All time cards or time records of DEBTORS that show when its employees begin and end each work period, including meal periods, split shift intervals, and total daily hours from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 15.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party has produced the documents that relate to Claimant Nguyen. <u>See</u>, GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce additional documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software. In addition, Responding Party will further produce further hard copy schedules for Unit Managers

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE FAMILY FOODS, LLC, ETC.

70

1  and General Managers.  However, the documents do not accurately reflect the hours

2  worked by Unit Managers and General Managers.

3  **REQUEST FOR PRODUCTION NO. 16.**

4         All writings (as the term 'writing' is defined in California Evidence Code §250)

5  that constitute, refer, or relate to personnel guides, employee handbooks, supervisory

6  manuals, memos, directives, and similar documents that describe, embody, or otherwise

7  reflect DEBTORS' employment policies, practices, and procedures during the period of

8  June 6, 2003 to the present.

9  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 16.**

10        Without waiving any prior objections asserted by Responding Party to this

11  Request for Production of Documents and subject to those objections, Responding Party

12  responds as follows:

13        After conducting a further diligent search and making a further reasonable inquiry,

14  Responding Party has produced Responding Party's Employee Handbook.  See, GCFF-

15  NGUYEN 000001 – 000021.  After conducting a further diligent search and making a

16  further reasonable inquiry, Responding Party will further produce documents in its

17  possession, custody, or control.

18  **REQUEST FOR PRODUCTION NO. 17.**

19        All writings (as the term 'writing' is defined in California Evidence Code §250)

20  that constitutes, refer or relate to DEBTORS' operations manual or equivalent from June

21  6, 2003 to the present.

22  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 17.**

23        Without waiving any prior objections asserted by Responding Party to this

24  Request for Production of Documents and subject to those objections, Responding Party

25  responds as follows:

26        After conducting a diligent search and making a reasonable inquiry, Responding

27  Party has produced the documents responsive to this request including its Employee

28

---

10

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 210224

1  Handbook and management training materials.  <u>See</u>, GCFF-NGUYEN 000001-000021;

2  GCFF-H/E 0622-0881.

3  **REQUEST FOR PRODUCTION NO. 18.**

4      All writings (as the term 'writing' is defined in California Evidence Code §250)

5  that constitute, refer or relate to DEBTORS' annual payroll budget for each of its store

6  locations in the State of California from June 6, 2003 to the present.

7  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 18.**

8      Without waiving any prior objections asserted by Responding Party to this

9  Request for Production of Documents and subject to those objections, Responding Party

10  responds as follows:

11      After conducting a further diligent search and making a further reasonable inquiry,

12  Responding Party will further produce the documents in its possession, custody, or

13  control sufficient to identify the payroll budget for each of its store locations in the State

14  of California from June 6, 2003 to the present.

15  **REQUEST FOR PRODUCTION NO. 19.**

16      All writings (as the term 'writing' is defined in California Evidence Code §250)

17  that identify DEBTORS' annual payroll to all of its employees in the State of California

18  from June 6, 2003 to the present.

19  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 19.**

20      Without waiving any prior objections asserted by Responding Party to this

21  Request for Production of Documents and subject to those objections, Responding Party

22  responds as follows:

23      After conducting a further diligent search and making a further reasonable inquiry,

24  Responding Party will further produce the documents in its possession, custody, or

25  control.

26

27

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

72

1  **REQUEST FOR PRODUCTION NO. 20.**

2      All writings (as the term 'writing' is defined in California Evidence Code §250)

3  which refer to, mention, or constitute DEBTORS' payment of minimum wages

4  policy(ies) and/or practice(s) in the state of California from June 6, 2003 to the present.

5  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 20.**

6      Without waiving any prior objections asserted by Responding Party to this

7  Request for Production of Documents and subject to those objections, Responding Party

8  responds as follows:

9      Responding Party has produced writings that relate to Claimant Nguyen, as well as

10  Responding Party's Employee Handbook.  After conducting a further diligent search and

11  making a further reasonable inquiry, Responding Party will further produce additional

12  documents in its possession, custody, or control.  This information will be located in the

13  payroll documents provided on compact disk, as well as the time database produced with

14  these responses, which can be viewed with SQL Server 2005 software.

15  **REQUEST FOR PRODUCTION NO. 21.**

16      All writings (as the term 'writing' is defined in California Evidence Code §250)

17  which refer to, mention, or constitute DEBTORS' payment of overtime wages policy(ies)

18  and/or practice(s) in the state of California from June 6, 2003 to the present.

19  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 21.**

20      Without waiving any prior objections asserted by Responding Party to this

21  Request for Production of Documents and subject to those objections, Responding Party

22  responds as follows:

23      Responding Party has produced writings that relate to Claimant Nguyen, as well as

24  Responding Party's Employee Handbook.  See, GCFF-NGUYEN 000001 – 000044.

25  After conducting a further diligent search and making a further reasonable inquiry,

26  Responding Party will further produce additional documents in its possession, custody, or

27  control regarding the putative class members.  This information will be located in the

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

73

1  payroll documents provided on compact disk, as well as the time database produced with

2  these responses, which can be viewed with SQL Server 2005 software.

3  **REQUEST FOR PRODUCTION NO. 22.**

4      All writings (as the term 'writing' is defined in California Evidence Code §250)

5  which refer to, mention, or constitute DEBTORS' rest and/or meal period policy(ies)

6  and/or practice(s) in the state of California from June 6, 2003 to the present.

7  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 22.**

8      Without waiving any prior objections asserted by Responding Party to this

9  Request for Production of Documents and subject to those objections, Responding Party

10  responds as follows:

11      Responding Party has produced writings that relate to Claimant Nguyen, as well as

12  Responding Party's Employee Handbook.  See, GCFF-NGUYEN 000001 – 000044.

13  After conducting a further diligent search and making a further reasonable inquiry,

14  Responding Party will further produce additional documents in its possession, custody, or

15  control regarding the putative class members.  This information will be located in the

16  payroll documents provided on compact disk, as well as the time database produced with

17  these responses, which can be viewed with SQL Server 2005 software.

18  **REQUEST FOR PRODUCTION NO. 23.**

19      All writings (as the term 'writing' is defined in California Evidence Code §250)

20  which refer to, mention, or constitute DEBTORS' policy(ies) and/or practice(s) to ensure

21  that their employees, including Creditor DUC NGUYEN, took and/or take their rest

22  and/or meal periods at any time from June 6, 2003 to the present.

23  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 23.**

24      Without waiving any prior objections asserted by Responding Party to this

25  Request for Production of Documents and subject to those objections, Responding Party

26  responds as follows:

27      Responding Party has produced writings that relate to Claimant Nguyen, as well as

28  Responding Party's Employee Handbook.  See, GCFF-NGUYEN 000001 – 000044.

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

1   After conducting a further diligent search and making a further reasonable inquiry,

2   Responding Party will further produce additional documents in its possession, custody, or

3   control regarding the putative class members.  This information will be located in the

4   payroll documents provided on compact disk, as well as the time database produced with

5   these responses, which can be viewed with SQL Server 2005 software.

6   **REQUEST FOR PRODUCTION NO. 24.**

7       All writings (as the term 'writing' is defined in California Evidence Code §250)

8   which refer to, mention, or constitute DEBTORS' policy(ies) and/or practice(s) to ensure

9   that their employees, including Creditor DUC NGUYEN, took and/or take their rest

10  and/or meal periods at any time from June 6, 2003 to the present.

11  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 24.**

12      Without waiving any prior objections asserted by Responding Party to this

13  Request for Production of Documents and subject to those objections, Responding Party

14  responds as follows:

15      Responding Party has produced writings that relate to Claimant Nguyen, as well as

16  Responding Party's Employee Handbook.  See, GCFF-NGUYEN 000001 – 000044.

17  After conducting a further diligent search and making a further reasonable inquiry,

18  Responding Party will further produce additional documents in its possession, custody, or

19  control regarding the putative class members.  This information will be located in the

20  payroll documents provided on compact disk, as well as the time database produced with

21  these responses, which can be viewed with SQL Server 2005 software.

22  **REQUEST FOR PRODUCTION NO. 25.**

23      All writings (as the term 'writing' is defined in California Evidence Code §250)

24  that constitute agreements between DEBTORS and their employees to consent to on-duty

25  meal periods from June 6, 2003 to the present.

26

27

28

75

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 25.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party responds that no such written agreements exist.

**REQUEST FOR PRODUCTION NO. 26.**

All writings (as the term 'writing' is defined in California Evidence Code §250) that constitute agreements between DEBTORS and their employees to waive meal periods from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 26.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party responds that no such written agreements exist.

**REQUEST FOR PRODUCTION NO. 27.**

All writings (as the term 'writing' is defined in California Evidence Code §250) supporting any contention that non-exempt employees, including Creditor DUC NGUYEN, working maximum six hour shifts for DEBTORS agreed to waive meal periods from April 21, 2004 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 27.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party responds that no such written agreements exist.

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

76

1  **REQUEST FOR PRODUCTION NO. 28.**

2      All writings (as the term 'writing' is defined in California Evidence Code §250)

3  which refer to, mention, or constitute DEBTORS' policy(ies) and/or practice(s) to

4  indemnify employees for all necessary expenditures or losses incurred to perform their

5  work in the state of California from June 6, 2003 to the present.

6  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 28.**

7      Without waiving any prior objections asserted by Responding Party to this

8  Request for Production of Documents and subject to those objections, Responding Party

9  responds as follows:

10      Responding Party has produced writings that relate to Claimant Nguyen, as well as

11  Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044.

12  After conducting a further diligent search and making a further reasonable inquiry,

13  Responding Party will further produce additional documents in its possession, custody, or

14  control regarding the putative class members.

15  **REQUEST FOR PRODUCTION NO. 29.**

16      All writings (as the term 'writing' is defined in California Evidence Code §250)

17  showing any reimbursements or indemnification payments DEBTORS made to their

18  employees, including Creditor DUC NGUYEN, in the state of California from June 6,

19  2003 to the present.

20  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 29.**

21      Without waiving any prior objections asserted by Responding Party to this

22  Request for Production of Documents and subject to those objections, Responding Party

23  responds as follows:

24      Upon conducting a further diligent search and making a further reasonable inquiry,

25  Responding Party discovered that there are hundreds of boxes of Responding Party's

26  accounting documents that may or may not contain documents responsive to this request

27  which are stored off-site. Responding Party will meet and confer with opposing counsel

28

---

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

77

1  in order to provide full and complete data as to a particular individual, should such data

2  be within Responding Party's possession, custody, and control, at Claimant's expense.

3  **REQUEST FOR PRODUCTION NO. 30.**

4      All writings (as the term 'writing' is defined in California Evidence Code §250)

5  which refer to, mention, or constitute DEBTORS' policy(ies) and/or practice(s) to issue

6  accurate itemized wage statements to its employees in the state of California from June 6,

7  2003 to the present.

8  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 30.**

9      Without waiving any prior objections asserted by Responding Party to this

10  Request for Production of Documents and subject to those objections, Responding Party

11  responds as follows:

12      Responding Party has produced writings that relate to Claimant Nguyen, as well as

13  Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044.

14  After conducting a further diligent search and making a further reasonable inquiry,

15  Responding Party will further produce additional documents in its possession, custody, or

16  control.  This information will be located in the payroll information on compact disk.

17  **REQUEST FOR PRODUCTION NO. 31.**

18      All writings (as the term 'writing' is defined in California Evidence Code §250)

19  which refer to, mention, or constitute DEBTORS' policy(ies) and/or practice(s) to pay

20  earned wages at the time of an employee's separation in accordance with Labor Code §§

21  201-203 in the state of California from June 6, 2003 to the present.

22  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 31.**

23      Without waiving any prior objections asserted by Responding Party to this

24  Request for Production of Documents and subject to those objections, Responding Party

25  responds as follows:

26      Responding Party has produced writings that relate to Claimant Nguyen, as well as

27  Responding Party's Employee Handbook. See, GCFF-NGUYEN 000001 – 000044.

28  After conducting a further diligent search and making a further reasonable inquiry,

1  Responding Party will further produce additional documents in its possession, custody, or

2  control. This information will be located in the payroll information on compact disk.

3  **REQUEST FOR PRODUCTION NO. 32.**

4       All writings (as the term 'writing' is defined in California Evidence Code §250)

5  constituting or concerning DEBTORS' pay scales for their employees in the state of

6  California from June 6, 2003 to the present.

7  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 32.**

8       Without waiving any prior objections asserted by Responding Party to this

9  Request for Production of Documents and subject to those objections, Responding Party

10  responds as follows:

11       Responding Party has produced writings that relate to Claimant Nguyen, as well as

12  Responding Party's Employee Handbook. <u>See,</u> GCFF-NGUYEN 000001 – 000044.

13  After conducting a further diligent search and making a further reasonable inquiry,

14  Responding Party will further produce additional documents in its possession, custody, or

15  control regarding the putative class members, as well as Unit Managers and General

16  Managers. This information will be located in the payroll documents provided on

17  compact disk, as well as the time database produced with these responses, which can be

18  viewed with SQL Server 2005 software.

19  **REQUEST FOR PRODUCTION NO. 33.**

20       All employee handbooks, policy manuals, or other writings (as the term 'writing'

21  is defined in California Evidence Code §250), including any revisions, that DEBTORS'

22  generated, produced, or used at any time from June 6, 2003 to the present.

23  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 33.**

24       Without waiving any prior objections asserted by Responding Party to this

25  Request for Production of Documents and subject to those objections, Responding Party

26  responds as follows:

27       Responding Party has produced Responding Party's Employee Handbook. <u>See,</u>

28  GFCC-NGUYEN 000001 – 000022. After conducting a further diligent search and

18

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

79

1   making a further reasonable inquiry, Responding Party will further produce additional
2   documents in its possession, custody, or control. See, GCFF- NGUYEN 000460-496.

3   **REQUEST FOR PRODUCTION NO. 34.**

4        All writings (as the term 'writing' is defined in California Evidence Code §250)
5   that describe DEBTORS' electronic data processing systems, programs, and output
6   thereof, including all mainframe systems, linked area networks, and word processing,
7   electronic mail, personal information managers ("PICS"), calendars, and spreadsheet
8   programs it used to record, store, compute, analyze or retrieve any information referring
9   or relating to the actual hours worked by its Non-Exempt Employees in the State of
10  California from June 6, 2003 to the present.

11  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 34.**

12       Without waiving any prior objections asserted by Responding Party to this
13  Request for Production of Documents and subject to those objections, Responding Party
14  responds as follows:

15       After conducting a further diligent search and making a further reasonable inquiry,
16  Responding Party will further produce its "Aloha Reference Materials" and HULA
17  BackOffice Quick Reference Guide. See, GFCC-NGUYEN 000055 – 000094. There are
18  no other documents in Responding Party's possession, custody, or control.

19  **REQUEST FOR PRODUCTION NO. 35.**

20       All training manuals or software manuals concerning DEBTORS' computer
21  payroll, scheduling, time keeping, or reimbursement policies.

22  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 35.**

23       Without waiving any prior objections asserted by Responding Party to this
24  Request for Production of Documents and subject to those objections, Responding Party
25  responds as follows:

26       Responding Party has produced writings that relate to Claimant Nguyen, as well as
27  Responding Party's Employee Handbook. See, GFCC-NGUYEN 000001 – 000022.
28  After conducting a further diligent search and making a further reasonable inquiry,

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

1  Responding Party will further produce additional documents in its possession, custody, or

2  control.

3  **REQUEST FOR PRODUCTION NO. 36.**

4      All training manuals or software manuals concerning DEBTORS' computer

5  payroll, scheduling, time keeping, or reimbursement practices.

6  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 36.**

7      Without waiving any prior objections asserted by Responding Party to this

8  Request for Production of Documents and subject to those objections, Responding Party

9  responds as follows:

10      Responding Party has produced writings that relate to Claimant Nguyen, as well as

11  Responding Party's Employee Handbook. See, GFCC-NGUYEN 000001 – 000022.

12  After conducting a further diligent search and making a further reasonable inquiry,

13  Responding Party will further produce additional documents in its possession, custody, or

14  control.

15  **REQUEST FOR PRODUCTION NO. 37.**

16      All training manuals or software manuals concerning DEBTORS' computer

17  payroll, scheduling, time keeping, or reimbursement data.

18  **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 37.**

19      Without waiving any prior objections asserted by Responding Party to this

20  Request for Production of Documents and subject to those objections, Responding Party

21  responds as follows:

22      Responding Party has produced writings that relate to Claimant Nguyen, as well as

23  Responding Party's Employee Handbook. See, GFCC-NGUYEN 000001 – 000022.

24  After conducting a further diligent search and making a further reasonable inquiry,

25  Responding Party will further produce additional documents in its possession, custody, or

26  control.

27

28

20

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219234

**REQUEST FOR PRODUCTION NO. 38.**

All DEBTORS' Payroll or Timekeeping databases or data containing data concerning any and all time period(s) from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 38.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party will further produce the documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software.

**REQUEST FOR PRODUCTION NO. 39.**

All DEBTORS' Security databases or data which record class member presence at DEBTORS' worksites for any and all time period(s) from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 39.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party has not located any responsive documents aside from the timekeeping database documents that Responding Party will produce.

**REQUEST FOR PRODUCTION NO. 40.**

All DEBTORS' data, documents or writings concerning any payments made in which employment taxes were not deducted for any and all time period(s) from June 6, 2003 to the present.

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE FAMILY FOODS, LLC, ETC.

Doc # CC 219234

82

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 40.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, including overly broad, burdensome, and irrelevant, Responding Party responds as follows:

Responding Party discovered that there are hundreds of boxes of Responding Party's accounting documents that may or may not contain documents responsive to this request which are stored off-site. Responding Party will meet and confer with opposing counsel in order to provide full and complete data as to a particular individual, should such data be within Responding Party's possession, custody, and control, at Claimant's expense.

**REQUEST FOR PRODUCTION NO. 41.**

All DEBTORS' employee contact lists or documents or data showing employee addresses or telephone numbers for any and all time period(s) from June 6, 2003 to the present.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 41.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

Responding Party will further produce the documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software, as well as GCFF H/E 1525-1527 and Debtor Great Circle Family Foods, LLC's Further Responses to Claimants Richard Erdos and David Houser's First Set of Requests for Production of Documents. In the event further information is required as to any particular non-exempt putative class member, Responding Party will meet and confer with opposing counsel in order to provide full and complete data as to a particular individual, within Responding Party's possession, custody, and control.

22

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

83

**REQUEST FOR PRODUCTION NO. 42.**

All DOCUMENTS and/or data which identify individuals employed by YOU since June 6, 2003.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 42.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce the documents in its possession, custody, or control with respect to Propounding Party's putative class, as well as Unit Managers and General Managers. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software.

**REQUEST FOR PRODUCTION NO. 43.**

All DOCUMENTS sufficient to show telephone and address information of all your employees since June 6, 2003.

**FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 43.**

Without waiving any prior objections asserted by Responding Party to this Request for Production of Documents and subject to those objections, Responding Party responds as follows:

After conducting a further diligent search and making a further reasonable inquiry, Responding Party will further produce the documents in its possession, custody, or control. This information will be located in the payroll documents provided on compact disk, as well as the time database produced with these responses, which can be viewed with SQL Server 2005 software, as well as GCFF H/E 1525-1527 and Debtor Great Circle Family Foods, LLC's Further Responses to Claimants Richard Erdos and David Houser's First Set of Requests for Production of Documents. In the event further information is required as to any particular non-exempt putative class member,

23

1   Responding Party will meet and confer with opposing counsel in order to provide full and

2   complete data as to a particular individual, within Responding Party's possession,

3   custody, and control.

4   **REQUEST FOR PRODUCTION NO. 44.**

5         All time cards or time records of your employees including plaintiff and all other

6   non-exempt employees, since June 6, 2003.

7   **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 44.**

8         Without waiving any prior objections asserted by Responding Party to this

9   Request for Production of Documents and subject to those objections, Responding Party

10   responds as follows:

11         After conducting a further diligent search and making a further reasonable inquiry,

12   Responding Party will further produce the documents in its possession, custody, or

13   control as to Propounding Party's putative class, and Unit Managers and General

14   Managers (although the time records as to Unit Managers and General Managers do not

15   necessarily reflect hours actually worked by such employees). This information will be

16   located in the time database produced with these responses, which can be viewed with

17   SQL Server 2005 software.

18   **REQUEST FOR PRODUCTION NO. 45.**

19         All DOCUMENTS reflecting work schedules for your employees since June 6,

20   2003.

21   **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 45.**

22         Without waiving any prior objections asserted by Responding Party to this

23   Request for Production of Documents and subject to those objections, Responding Party

24   responds as follows:

25         After conducting a further diligent search and making a further reasonable inquiry,

26   Responding Party will further produce the documents in its possession, custody, or

27   control. This information will be located in the time database produced with these

28   responses, and can be viewed with SQL Server 2005 software. In addition, Responding

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

1    Party will further produce further hard copy schedules for Unit Managers and General

2    Managers. However, the documents do not accurately reflect the hours worked by Unit

3    Managers and General Managers.

4    **REQUEST FOR PRODUCTION NO. 46.**

5        All Payroll records of your employees showing wages, salary, earnings, bonuses,

6    employee health and welfare or pension benefits or other compensation you paid to your

7    employees since June 6, 2003.

8    **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 46.**

9        Without waiving any prior objections asserted by Responding Party to this

10    Request for Production of Documents and subject to those objections, Responding Party

11    responds as follows:

12        Responding Party has produced writings that relate to Claimant Nguyen. <u>See</u>,

13    GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and

14    making a further reasonable inquiry, Responding Party will further produce the

15    documents in its possession, custody, or control. This information will be located in the

16    payroll information provided on compact disk.

17    **REQUEST FOR PRODUCTION NO. 47.**

18        All DOCUMENTS that concern the provision or waiver of meal or rest periods

19    including all documentation and data reflecting the recording of meal or rest periods.

20    **FURTHER RESPONSE TO REQUEST FOR PRODUCTION NO. 47.**

21        Without waiving any prior objections asserted by Responding Party to this

22    Request for Production of Documents and subject to those objections, Responding Party

23    responds as follows:

24        Responding Party has produced writings that relate to Claimant Nguyen. <u>See</u>,

25    GCFF-NGUYEN 000022 – 000044. After conducting a further diligent search and

26    making a further reasonable inquiry, Responding Party will further produce additional

27    documents in its possession, custody, or control. This information will be located in the

28

86

1  payroll documents provided on compact disk, as well as the time database produced with

2  these responses, which can be viewed with SQL Server 2005 software.

3

4  Dated: January 19, 2010                                STEPTOE & JOHNSON LLP

5

6

7  By: _____

    JEFFREY M. GOLDMAN

8  Special Counsel for Debtor Great Circle

    Family Foods, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

26

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

1

## PROOF OF SERVICE
### F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

2

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a

3

party to this action. My business address is: Steptoe & Johnson LLP, 2121 Avenue of the Stars,

Suite 2800, Los Angeles, California 90067.

4

5

On **January 19, 2010,** I served the following listed document(s), by method indicated

below, on the parties in this action: **DEBTOR GREAT CIRCLE FAMILY FOODS,**

6

**LLC'S FURTHER RESPONSES TO CLAIMANT DUC NGUYEN'S DEMAND**

**FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT**

7

**CIRCLE FAMILY FOODS, LLC, GCFF-HUNTINGTON PARK, LLC, GCFF-**

**ORANGE, LLC, GCFF-SAN DIEGO, LLC, GCFF-CANOGA, LLC, AND GCFF-**

8

**ONTARIO**

9

### *SEE ATTACHED SERVICE LIST*

10

☒ **BY U.S. MAIL**

By placing ☐ the original / ☒ a true copy thereof enclosed in a

☐ **BY ELECTRONIC SERVICE via**
**electronic filing service provider LexisNexis**

11

sealed envelope(s), with postage fully prepaid, addressed as per

the attached service list, for collection and mailing at Steptoe &

By electronically transmitting the document(s) listed
above to LexisNexis File and Serve, an electronic

12

Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los

filing service provider at

Angeles, California 90067, following ordinary business

www.fileandserve.lexisnexis.com, from the email

13

practices. I am readily familiar with Steptoe & Johnson LLP's

practice for collection and processing of documents for mailing.

address _____@steptoe.com, at approximately

_____. To my knowledge, the transmission was

14

Under that practice, the document is deposited with the United

States Postal Service on the same day as it is collected and

reported as complete and without error. *See* Cal. R.

Ct. R. 2.253, 2.255, 2.260.

15

processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY**

16

By delivering the document(s) listed above in a sealed

☐ **BY EMAIL**

By electronically transmitting the document(s) listed

17

envelope(s) or package(s) designated by the express service

carrier, with delivery fees paid or provided for, addressed as per

above to the email address(es) of the person(s) set

forth on the attached service list from the email

18

the attached service list, to a facility regularly maintained by the

express service carrier or to an authorized courier or driver

address _____@steptoe.com, at approximately

_____. To my knowledge, the transmission was

19

authorized by the express service carrier to receive documents.

**Note:** Federal Court requirement: service by overnight delivery

reported as complete and without error. Service by

email was made ☐ pursuant to agreement of the

20

was made ☐ pursuant to agreement of the parties, confirmed in

writing, or ☐ as an additional method of service as a courtesy

parties, confirmed in writing, or ☐ as an additional

method of service as a courtesy to the parties or ☐

21

to the parties or ☐ pursuant to Court Order.

pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

22

I declare under penalty of perjury under the laws of the State of California and the United States

23

of America that the above is true and correct.

24

Executed on January 19, 2010 at Los Angeles, California.

25

Jeffrey Goldman

26

Type or Print Name                                              Signature

27

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334

88

1

## SERVICE LIST

2

3   Ron Bender, Esq. (Responses only)              Attorneys for Chapter 11 Debtors in
Krikor J. Meshefejian                          Possession
4   LEVENE NEALE BENDER RANKIN &
BRILL LLP
5   10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
6                                                  Counsel to Committee
7   Evan D. Smiley, Esq. (Responses only)
WEILAND GOLDEN, SMILEY, WANG,
8   EKVAL LLP
650 Town Center Drive, Suite 950
9   Costa Mesa, CA  92626
Attorneys for David Houser and David
10   Patricio T.D. Barrera, Esq. (Responses         Houser and Their Proposed Class
only)
11   Ashley A. Davenport, Esq.
Barrera & Associates
12   1500 Rosecrans Avenue, Suite 500
13   Manhattan Beach, CA  90266

14   Robert S. Green Esq.
Nicole D. Reynolds, Esq.
15   GREEN WELLING, P.C.
16   595 Market Street, Suite 2750
San Francisco, CA  94105
17   (Responses sent by U.S. Mail)
Responses and Documents sent by
18   overnight delivery)
Attorneys for Duc Nguyen and his
19   Stan S Mallison, Esq.                          Proposed Class
Hector R. Martinez, Esq.
20   Marco A. Palau, Esq.
21   LAW OFFICES OF Mallison & Martinez
1042 Brown Avenue
22   Lafayette, CA  94549
(Responses sent by U.S. Mail)
23   Responses and Documents sent by
overnight delivery)
24

25

26

27

28

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

89

**PROOF OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

On **January 19, 2010**, I served the following listed document(s), by method indicated below, on the parties in this action: **DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE FAMILY FOODS, LLC, GCFF-HUNTINGTON PARK, LLC, GCFF-ORANGE, LLC, GCFF-SAN DIEGO, LLC, GCFF-CANOGA, LLC, AND GCFF-ONTARIO**

### *SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**
By placing ☐ the original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067, following ordinary business practices. I am readily familiar with Steptoe & Johnson LLP's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at www.fileandserve.lexisnexis.com, from the email address _____@steptoe.com, at approximately _____. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☒ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents. **Note:** Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☒ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY EMAIL**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address _____@steptoe.com at approximately _____. To my knowledge, the transmission was reported as complete and without error. Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on January 19, 2010 at Los Angeles, California.

Jeffrey Goldman
Type or Print Name

Signature

29

90

# SERVICE LIST

1

2  Robert S. Green Esq.
   Nicole D. Reynolds, Esq.
3  GREEN WELLING, P.C.
   595 Market Street, Suite 2750
4  San Francisco, CA  94105

5
   Stan S Mallison, Esq.                    Attorneys for Duc Nguyen and his
6  Hector R. Martinez, Esq.                 Proposed Class
   Marco A. Palau, Esq.
7  LAW OFFICES OF Mallison & Martinez
   1042 Brown Avenue
8  Lafayette, CA  94549

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

30

DEBTOR GREAT CIRCLE FAMILY FOODS, LLC'S FURTHER RESPONSES TO CLAIMANT DUC
NGUYEN'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO GREAT CIRCLE
FAMILY FOODS, LLC, ETC.

Doc # CC 219334