### DECLARATION OF ROGER GLICKMAN

I, Roger Glickman, declare:

1. I am the Chief Executive Officer of Great Circle Family Foods, LLC ("Debtor GCFF"). I make this declaration in support of Debtor's Opposition to the Amended Motion for Continuance of Class Certification Deadline and For Sanctions Against Steptoe & Johnson, Counsel for Great Circle Family Foods, LLC.

2. I have personal knowledge of all of the facts set forth in this Declaration and based upon my knowledge of, and experience with, Debtor GCFF's business operations, and if called and sworn as a witness at trial or at any other hearing before this Court, I would and could testify as follows:

3. I assisted in securing the documents and data for production to Claimant, pursuant to the Court's January 18 discovery order. Based upon my review of the Debtor's files, Debtor GCFF produced all responsive documents and data in its possession to Claimant. The vast majority of the responsive data was in the possession of ADP and Hula Software. Upon request by Debtor GCFF, ADP and Hula Software voluntarily produced responsive data, without the coercion of a subpoena, in response to the Court's discovery order. Based on my several conversations with representatives from ADP and Hula Software, Debtor GCFF produced all responsive data in the possession of ADP and Hula Software. There is nothing else in Debtor's possession, custody, or control that is responsive to the discovery propounded by Claimant.

4. Debtor does not own either ADP or Hula Software, and it has no authority, control or responsibility for the operations of either ADP or Hula Software. Further, Debtor does not maintain or manage the data of either ADP or Hula Software. Upon receipt of the data from ADP and Hula Software, Debtor did not alter, amend or supplement the data, but merely copied the data and produced it to Claimant. Specifically, Debtor GCFF produced what it received, as received, from both ADP and Hula Software to Claimant.

5. The distribution in this action has been delayed through no fault of Debtor GCFF. Debtor GCFF is anxious to move forward with the Plan and distribution so that it can move forward with its business operations. Debtor GCFF is attempting to refinance its business.

1  However, financial institutions are unwilling to lend money to Debtor until the claims in the
2  pending action are resolved. The resolution of the claims and distribution of funds have been
3  needlessly delayed due to the one, final claim of Duc Nguyen. Mr. Nguyen has expended
4  significant resources and attorney's fees in this action to recover at most a day's wage for each of
5  the putative class members. Claimant's conduct (i) of moving for a continuance of the filing
6  date for the class certification motion on the day the class certification motion was due, and then
7  (ii) of proceeding with an evidentiary hearing simply does not make fiscal sense, considering the
8  potential monetary recovery. Unreasonable delay means Debtor is unable to refinance its
9  business.
10     I declare under penalty of perjury under the laws of the State of California and the United
11 States of America that the foregoing is true and correct.
12     Executed on this __19TH__ day of May, 2010, in Los Angeles, California.

13
14                                      _____
15                                              ROGER GLICKMAN

2
DECLARATION OF ROGER GLICKMAN
Doc. # CC-226154 v.2