| In re:  Great Circle Family Foods, LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 07-bk-12600-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2121 Avenue of the Stars, 28th Floor, Los Angeles, CA  90067.

A true and correct copy of the foregoing documents described as:

1. **DEBTOR'S OPPOSITION TO AMENDED MOTION FOR CONTINUANCE OF CLASS CERTIFICATION DEADLINE AND FOR AN ORDER REQUIRING STEPTOE & JOHNSON TO PAY CLAIMANT'S EXPERT EXPENSES; DECLARATIONS OF JEFFREY M. GOLDMAN, JUAN-CARLOS MEJIA, AND ROGER GLICKMAN IN SUPPORT THEREOF;**

2. **EVIDENTIARY OBJECTIONS TO THE AMENDED DECLARATION OF AARON WOOLFSON FILED IN SUPPORT OF MOTION FOR CONTINUANCE;**

3. **EVIDENTIARY OBJECTIONS TO THE AMENDED DECLARATION OF MARCO PALAU FILED IN SUPPORT OF MOTION FOR CONTINUANCE;**

4. **EVIDENTIARY OBJECTIONS TO THE AMENDED DECLARATION OF STAN MALLISON FILED IN SUPPORT OF MOTION FOR CONTINUANCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the United States Trustee
ustpregion16.sa.ecf@usdoj.gov

Attorneys for Chapter 11 Debtors and Debtors in Possession
Ron Bender, Esq.
Krikor J. Meshefejian
LEVENE NEALE BENDER RANKIN & BRILL LLP
rb@lnbrb.com; kjm@lnbrb.com

Counsel to Committee
Evan D. Smiley, Esq.
WEILAND, GOLDEN, SMILEY, WANG, EKVAL LLP
esmiley@wgllp.com

Attorneys for Duc Nguyen and his Proposed Class
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Marco A. Palau, Esq.
LAW OFFICES OF MALLISON & MARTINEZ
e-notices@themmlawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: Great Circle Family Foods, LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 07-bk-12600-ES |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 20, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, Express Mail, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that overnight mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building
Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593
(Via U.S. Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 20, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2010 | Maria Rodriguez | /s/ Maria Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**