| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number<br>Katessa C. Davis (State Bar No. 146922)<br>Jeffrey M. Goldman (State Bar No. 233840)<br>Steptoe & Johnson LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles CA  90067<br>Telephone No.:  310-734-3200<br>Fascimile No.:  310-734-3300<br>kdavis@steptoe.com; jgoldman@steptoe.com<br>*Attorney for* Special Counsel For Chapter 11 Debtor Great Circle Family Foods LLC | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Great Circle Family Foods, LLC<br><br><br>Debtor(s). | |

| | |
|---|---|
| Duc Nguyen,<br><br>Plaintiff(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-012600 ES |
| vs. | ADVERSARY NO.: |
| Great Circle Family Foods, LLC,<br><br>Defendant(s). | DATE:  June 17, 2010<br>TIME:  9:30 a.m.<br>PLACE:  Courtroom 5A |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A.    **PLEADINGS/SERVICE:**

1.    Have all parties been served?    ☒ Yes    ☐ No

2.    Have all parties filed and served answers to the complaint/ counter-complaints/etc.?    ☒ Yes    ☐ No

3.    Have all motions addressed to the pleadings been resolved?    ☒ Yes    ☐ No

4.    Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?    ☒ Yes    ☐ No

5.    If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page):

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 7016-1.1**

Doc. # CC-228149 v.2

American LegalNet, Inc.
www.FormsWorkflow.com

Joint Status Report - *Page 2*                                                    **F 7016-1.1**

| In re<br>Great Circle Family Foods, LLC | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:07-bk-012600 ES |
| Debtor(s). | ADVERSARY NO.: |

**B.**    <u>**READINESS FOR TRIAL**</u>:

1.    When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff has not yet decided whether to appeal, which would affect the estimation proceeding dates, and is considering options. As such, it is premature to state when the case will be ready for trial. | Debtor is ready for the claims estimation proceeding for Duc Nguyen's individual claim. Debtor's counsel and witnesses are available at anytime, except from July 12 to July 20, 2010 for the evidentiary hearing. |

2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Possible appeal, class certification and discovery if appeal is successful. | |

3.    When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery efforts depend on possible appeal. | Debtor has completed its discovery efforts. |

4.    What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Production of database and discovery previously ordered by the court. | Debtor does not require additional discovery in preparation for the claims estimation proceeding. |

**C.**    <u>**TRIAL TIME**</u>:

1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 10 days for class-wide estimation,<br> 1 day for individual Nguyen claim. | Debtor estimates that the time required to present its side of the case is four (4) hours or less. |

2.    How many witnesses do you intend to call at trial (including opposing parties)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Approximately ten (10) witnesses for class-wide estimation and up to three (3) if on individual basis. | Debtor intends to call one witness and to cross-examine Mr. Nguyen, whose presence at the hearing has been ordered by the Court. |

3.    How many exhibits do you anticipate using at trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 50+ (electronic database(s) & reports taken therefrom. Declarations and other documentary evidence. | Debtor anticipates using less than 10 exhibits at the claims estimation proceeding. |

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                **F 7016-1.1**

Doc. # CC-228149 v.2

American LegalNet, Inc.<br>
www.FormsWorkflow.com

F 7016-1.1

| In re | CHAPTER: 11 |
| Great Circle Family Foods, LLC | CASE NO.: 8:07-bk-012600 ES |
| Debtor(s). | ADVERSARY NO.: |

## D.    PRE-TRIAL CONFERENCE:

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons.

Plaintiff

Pre-trial conference _X_(is)/ ____(is not) requested.
          Pre-trial conference is requested for
Reasons: class-wide estimation.
No pre-trial conference is requested for individual
claim.

Defendant

Pre-trial conference ____(is)/_X_(is not) requested.
Reasons:  Because this is an evidentiary hearing
related to an individual claim, there is no need for
a pretrial conference.

Plaintiff

Pre-trial conference should be set after:

(date) After the appeal process.

Defendant

Pre-trial conference should be set after:

(date) N/A

## E.    SETTLEMENT:

1.    What is the status of settlement efforts?
      Debtor is willing to discuss the settlement of Duc Nguyen's individual claim. Nguyen is willing to discuss
      settlement on a class-wide basis.
2.    Has this dispute been formally mediated?        ☐    Yes    ☒    No
      If so, when?

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7016-1.1

January 2009

Doc. # CC-228149 v.2

American LegalNet, Inc.
www.FormsWorkflow.com

**F 7016-1.1**

3.    Do you want this matter sent to mediation at this time?

| Plaintiff | | | Defendant | |
| --- | --- | --- | --- | --- |
| ☐ Yes | ☒ No | | ☐ Yes | ☒ No |

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7016-1.1**

January 2009

Doc. # CC-228149 v.2

American LegalNet, Inc.
www.FormsWorkflow.com

Joint Status Report - *Page 5*

**F 7016-1.1**

| In re<br>Great Circle Family Foods, LLC | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:07-bk-012600 ES |
| Debtor(s). | ADVERSARY NO.: |

**F.**    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Debtor's Comments:

It is undisputed that Claimant Duc Nguyen worked for Debtor for four weeks, from July 12, 2004 to August 11, 2004, before he was terminated for poor attendance and tardiness. His total earnings during the summer of 2004 were $1,607.33, at a hourly wage of $7.50. Because the potential claim for unpaid wages is nominal (no more than $120.00), Debtor encourages Claimant Duc Nguyen to withdraw his claim without further delay, and thereby dispense with the need for an evidentiary hearing of his individual claim.

Claimant's Comments:

Nguyen disputes Debtors comments and will decide by the applicable deadline whether or not he will appeal the Court's order denying relief to the class. In the event that Nguyen proceeds individually, he will consider his options regarding the withdrawal of his individual claim.

Respectfully submitted,

Dated: June 10, 2010 _____

Mallison & Martinez _____
*Firm Name*

By: /s/ Marco A. Palau _____

Name: Marco A. Palau _____

Attorney for: Plaintiff Duc Nguyen _____

Dated: June 10, 2010 _____

Steptoe & Johnson, LLP _____
*Firm Name*

By: /s/ Jeffrey M. Goldman _____

Name: Jeffrey M. Goldman _____

Special Counsel for Chapter 11 Debtor
Attorney for: Great Circle Family Foods, LLC _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Doc. # CC-228149 v.2

American LegalNet, Inc.
www.FormsWorkflow.com

Joint Status Report - *Page 6*

**F 7016-1.1**

| In re<br>Great Circle Family Foods, LLC | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:07-bk-012600 ES |
| Debtor(s). | ADVERSARY NO.: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____ _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 10, 2010 | Shannon Ramme | /s/ Shannon Ramme |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case 8:07-bk-12600-ES    Doc 571    Filed 06/10/10    Entered 06/10/10 17:02:37    Desc
Main Document    Page 7 of 7
Joint Status Report - Page 7

F 7016-1.1

| In re<br>Great Circle Family Foods, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-012600 ES<br>ADVERSARY NO.: |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Ron Bender    rb@lnbrb.com

Bradley D Blakeley    bblakeley@blakeleyllp.com

Dustin P Branch    dustin.branch@kattenlaw.com

Penn A Butler    pabutler@ssd.com

Jeffrey M Goldman    jgoldman@steptoe.com

Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com

Robert S Green    cacb.uscouorts@classcounsel.com

Michael S Greger    mgreger@allenmatkins.com

Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com

Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov

Robert E Huttenhoff    rhuttenhoff@shbllp.com

Michael A Isaacs    misaacs@luce.com

Monica Y Kim    myk@lnbrb.com

Wendy A Loo    wendy.loo@lacity.org

Stan S Mallison    enotices@themmlawfirm.com

Hutchison B Meltzer    hmeltzer@wgllp.com

Krikor J Meshefejian    kjm@lnbrb.com

Ethan B Minkin    ethan.minkin@kutakrock.com

Randall P Mroczynski    randym@cookseylaw.com

Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com

David M Poitras    dpoitras@jmbm.com

Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Holly Roark    holly@roarklawoffices.com

Julie H Rome-Banks    julie@bindermalter.com

Martha E Romero    Romero@mromerolawfirm.com

Gary B Rudolph    grudolph@sparberlaw.com

Evan D Smiley    esmiley@wgllp.com

Ovsanna Takvoryan    ovsanna@takvoryanlawgroup.com

James A Timko    jtimko@allenmatkins.com

Kim Tung    kt@lnbrb.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkflow.com