| | |
|---|---|
| 1   Stan S. Mallison (SBN 184191)<br>Hector R. Martinez (SBN 206336)<br>2   Marco A. Palau (SBN 242340)<br>MALLISON & MARTINEZ<br>3   1939 Harrison Street, Suite 730<br>Oakland, California 94612<br>4   Telephone:     (510) 832-9999<br>Facsimile:      (510) 832-1101<br>5   stanm@themmlawfirm.com<br>hectorm@themmlawfirm.com<br>6   mpalau@themmlawfirm.com | **FILED & ENTERED**<br><br>**OCT 08 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY reid       DEPUTY CLERK** |

7   Counsel for Claimant DUC NGUYEN

8                                  UNITED STATES BANKRUPTCY COURT

9                     CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| 10  In re:<br>11  GREAT CIRCLE FAMILY FOODS, LLC, et al.<br>12<br>13      Debtors<br>14  ☒   Affects All Debtors<br>15  ☐   Affects GCFF, LLC only<br>16  ☐   Affects GCFF – Huntington Park, LLC<br>17      only<br>18  ☐   Affects GCFF – Orange, LLC only<br>19  ☐   Affects GCFF – San Diego, LLC only<br>20  ☐   Affects GCFF – Canoga, LLC only<br>21  ☐   Affects GCFF – Ontario, LLC only<br>22  DUC NGUYEN,<br>23      Claimant/Plaintiff,<br>24      vs.<br>25<br>26  GREAT CIRCLE FAMILY FOODS, LLC, ET<br>AL.<br>27<br>28      Debtors/Defendants. | Case No.:  8:07-bk-12600-ES<br><br>CHAPTER 11<br><br>Jointly Administered with Case Nos:<br><br>Case No. 8:07-bk-12603-ES<br>Case No. 8:07-bk-12605-ES<br>Case No. 8:07-bk-12606-ES<br>Case No. 8:07-bk-12602-ES<br>Case No. 8:07-bk-12604-ES<br><br>**ORDER GRANTING CLAIMANT DUC NGUYEN'S MOTION TO WITHDRAW CLAIM WITHOUT PREJUDICE** |

[PROPOSED] ORDER GRANTING CLAIMANT DUC NGUYEN'S MOTION
TO WITHDRAW CLAIM WITHOUT PREJUDICE—Case No. 8:07-bk-12600-ES

On September 2, 2010 a hearing was held before the Honorable Erithe A. Smith in Courtroom 5A of the Santa Ana Bankruptcy Court regarding Creditor Duc Nguyen's Motion to Withdraw the Claim of Creditor Duc Nguyen Without Prejudice. Attorney Marco A. Palau appeared on behalf of Claimant Duc Nguyen, and attorney Katessa C. Davis appeared on behalf of Debtor Great Circle Family Foods, LLC.

After consideration of the papers and oral argument of the parties, the Court hereby rules as follows:

(1) The Motion is GRANTED;

(2) Claimant Duc Nguyen's claim is hereby withdrawn without prejudice; and

(3) Claimant Duc Nguyen is permanently barred from re-filing a claim against Debtor Great Circle Family Foods, LLC.

IT IS SO ORDERED.

###

DATED: October 8, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

In re: GREAT CIRCLE FAMILY FOODS, INC., et al.                                                                CHAPTER 11

                                   Debtor                                                                    Case No. 8:07-bk-12600-ES

_____

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1939 Harrison Street, Suite 730, Oakland, CA  94612

A true and correct copy of the foregoing document described as : **PROPOSED ORDER GRANTING CLAIMANT DUC NGUYEN'S MOTION TO WITHDRAW CLAIM WITHOUT PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL:**   On *September 14, 2010,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Seon H. Kim, Esq.  
Katessa C. Davis, Esq.  
Jeffrey M. Goldman, Esq.  
Steptoe & Johnson  
2121 Avenue of the Stars, Suite 2800  
Los Angeles, CA  90066  
(Counsel for Debtor)

Office of the U.S. Trustee  
Michael J. Houser, Esq.  
411 West Fourth Street, Suite 9041  
Santa Ana, CA  92701

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        *PROOF OF SERVICE*

In re: GREAT CIRCLE FAMILY FOODS, INC., et al.                                                                  CHAPTER 11
                        Debtor                                                              Case No. 8:07-bk-12600-ES

_____

Honorable Erithe A. Smith                                      Evan D. Smiley, Esq.
Ronald Reagan Federal Building and United States Courthouse    Weiland, Golden, Smiley, Wang, Ekvall LLP
411 West Fourth Street, Suite 5041                             650 Town Center Drive, Suite 950
Santa Ana, CA  92701-4593                                      Costa Mesa, CA  92626
                                                               (Counsel to Committee)


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| September 14, 2010 | Dyvianne Martinez | /s/ Dyvianne Martinez |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                 *PROOF OF SERVICE*

In re: GREAT CIRCLE FAMILY FOODS, INC., et al.                                                          CHAPTER 11

                                    Debtor                                                      Case No. 8:07-bk-12600-ES

_____

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Granting Claimant Duc Nguyen's Motion to Withdraw Claim Without Prejudice was entered on the date indicated as _____ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_September 23, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

                                                  SEE ATTACHED

                                                                    ☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Marco A. Palau
Mallison & Martinez
1042 Brown Ave.
Lafayette, CA 94549

                                                                    ☐ Service information continued on attached page

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                  *PROOF OF SERVICE*

In re:  GREAT CIRCLE FAMILY FOODS, INC., et al.                                                                                    CHAPTER 11

                                    Debtor                                                                                    Case No. 8:07-bk-12600-ES

_____

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Evan D. Smiley, Esq.  
Weiland, Golden, Smiley, Wang, Ekvall LLP  
650 Town Cewnter Drive, Suite 950  
Costa Mesa, CA  92626

Office of the U.S. Trustee  
Michael J. Houser, Esq.  
411 W. 4th Street, #9041  
Santa Ana, CA  92701

Marco A. Palau, Esq.  
Stan S. Mallison, Esq.

Mallison & Martinez  
1939 Harrison Street, Suite 730  
Oakland, CA  94612

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                              *PROOF OF SERVICE*

In re: GREAT CIRCLE FAMILY FOODS, INC., et al.                                                          CHAPTER 11

Debtor                                                                                       Case No. 8:07-bk-12600-ES

_____

# Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

1. **Ron Bender**     rb@lnbrb.com
2. **Bradley D Blakeley**     bblakeley@blakeleyllp.com
3. **Dustin P Branch**     dustin.branch@kattenlaw.com
4. **Penn A Butler**     pabutler@ssd.com
5. **Jeffrey M Goldman**     jgoldman@steptoe.com
6. **Richard H Golubow**     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
7. **Robert S Green**     cacb.uscouorts@classcounsel.com
8. **Michael S Greger**     mgreger@allenmatkins.com
9. **Lawrence J Hilton**     lhilton@hewittoneil.com, pgarnica@hewittoneil.com
10. **Bonnie M Holcomb**     bonnie.holcomb@doj.ca.gov
11. **Robert E Huttenhoff**     rhuttenhoff@shbllp.com
12. **Michael A Isaacs**     misaacs@luce.com
13. **Monica Y Kim**     myk@lnbrb.com
14. **Wendy A Loo**     wendy.loo@lacity.org
15. **Stan S Mallison**     enotices@themmlawfirm.com
16. **Hutchison B Meltzer**     hmeltzer@wgllp.com
17. **Krikor J Meshefejian**     kjm@lnbrb.com
18. **Ethan B Minkin**     ethan.minkin@kutakrock.com
19. **Randall P Mroczynski**     randym@cookseylaw.com
20. **Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
21. **David M Poitras**     dpoitras@jmbm.com
22. **Christian L Raisner**     bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
23. **Holly Roark**     holly@roarklawoffices.com
24. **Julie H Rome-Banks**     julie@bindermalter.com
25. **Martha E Romero**     Romero@mromerolawfirm.com

_____

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          *PROOF OF SERVICE*

In re: GREAT CIRCLE FAMILY FOODS, INC., et al.                                           CHAPTER 11
                    Debtor                                                    Case No. 8:07-bk-12600-ES

_____

26. **Gary B Rudolph**    rudolph@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;iriarte@sullivanhill.com
27. **Evan D Smiley**    esmiley@wgllp.com
28. **Ovsanna Takvoryan**    ovsanna@takvoryanlawgroup.com
29. **James A Timko**    jtimko@allenmatkins.com
30. **Kim Tung**    kt@lnbrb.com
31. **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    *PROOF OF SERVICE*